IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMERICAN MEDICAL SYSTEMS, INC. and AMS RESEARCH CORP., | ) ) ) | |
| Plaintiffs, | ) ) ) | Civil Action No. |
| v. | ) ) | |
| CELSION CORPORATION, | ) ) | JURY TRIAL DEMANDED |
| Defendant. | ) ) ) ) | |

## COMPLAINT

Plaintiffs American Medical Systems, Inc. and AMS Research Corporation (collectively "AMS") for their complaint against Defendant Celsion Corporation ("Celsion") allege as follows:

1.     This is a civil action arising under the Patent laws of the United States (35 U.S.C. § 1 *et seq.*), for damages and injunctive relief as provided in Title 35 U.S.C. § 281 and §§ 283-285.

## THE PARTIES

2.     Plaintiff American Medical Systems, Inc. is a corporation organized and existing under the laws of the State of Delaware with a principal place of business at 10700 Bren Road West, Minnetonka, Minnesota 55343.

3.     Plaintiff AMS Research Corporation is a corporation organized and existing under the laws of the State of Delaware with a principal place of business at 10700 Bren Road West, Minnetonka, Minnesota 55343.

4.    On information and belief, Defendant Celsion Corporation is a corporation organized and existing under the laws of the State of Delaware with a principal place of business at 10220-L Old Columbia Road, Columbia, Maryland 21046.

## JURISDICTION AND VENUE

5.    This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

6.    This Court has personal jurisdiction over Celsion.

7.    Venue is proper within this District pursuant to 28 U.S.C. §§ 1391(b), 1391(c), and 1400(b).

## BACKGROUND

8.    United States Patent No. 5,220,927 entitled "Urethral Inserted Applicator for Prostate Hypothermia" ("the '927 patent") duly and legally issued on June 22, 1993. The '927 patent is assigned to AMS. A true and correct copy of the '927 patent is attached as Exhibit A to this Complaint.

9.    AMS has the right to make, use, sell, and offer to sell the inventions of the '927 patent, and has the right to sue and to recover for past, present, and future infringement of the '927 patent. AMS has complied with the provisions of 35 U.S.C. § 287(a) with respect to the '927 patent.

10.    United States Patent No. 6,216,703 entitled "Therapeutic Prostatic Thermotherapy" ("the '703 patent") duly and legally issued on April 17, 2001. The '703 patent is assigned to AMS. A true and correct copy of the '703 patent is attached as Exhibit B to this Complaint.

2

11.    AMS has the right to make, use, sell, and offer to sell the inventions of the '703 patent, and has the right to sue and to recover for past, present, and future infringement of the '703 patent. AMS has complied with the provisions of 35 U.S.C. § 287(a) with respect to the '703 patent.

12.    United States Patent No. 7,089,064 entitled "Therapeutic Prostatic Thermotherapy" ("the '064 patent") duly and legally issued on August 8, 2006. The '064 patent is assigned to AMS. A true and correct copy of the '064 patent is attached as Exhibit C to this Complaint.

13.    AMS has the right to make, use, sell, and offer to sell the inventions of the '064 patent, and has the right to sue and to recover for past, present, and future infringement of the '064 patent. AMS has complied with the provisions of 35 U.S.C. § 287(a) with respect to the '064 patent.

14.    United States Patent No. 7,093,601 entitled "Therapeutic Prostatic Thermotherapy" ("the '601 patent") duly and legally issued on August 22, 2006. The '601 patent is assigned to AMS. A true and correct copy of the '601 patent is attached as Exhibit D to this Complaint.

15.    AMS has the right to make, use, sell, and offer to sell the inventions of the '601 patent, and has the right to sue and to recover for past, present, and future infringement of the '601 patent. AMS has complied with the provisions of 35 U.S.C. § 287(a) with respect to the '601 patent.

**COUNT I**
**INFRINGEMENT OF U.S. PATENT NO. 5,220,927**

16.    The allegations of paragraphs 1-15 above are incorporated for this Count I as though fully set forth herein.

3

17.    Celsion has manufactured, used, sold, offered for sale, and/or imported into the United States products, including the Prolieve, which infringe one or more claims of the '927 patent, either literally or under the doctrine of equivalents, either directly, contributorily, by inducement, or otherwise, in violation of 35 U.S.C. § 271.

18.    Celsion's infringement of the '927 patent has been and continues to be willful, without license, and carried out with full knowledge of the '927 patent.

19.    Celsion's infringement of the '927 patent is ongoing and will continue unless restrained and enjoined by this Court.

20.    As a result of the aforementioned actions of Celsion, AMS has suffered and continues to suffer damages and irreparable harm. Plaintiffs have no adequate remedy at law.

<div align="center">

**COUNT II**
**INFRINGEMENT OF U.S. PATENT NO. 6,216,703**

</div>

21.    The allegations of paragraphs 1-20 above are incorporated for this Count II as though fully set forth herein.

22.    Celsion has manufactured, used, sold, offered for sale, and/or imported into the United States products, including Prolieve, the use of which infringes one or more claims of the '703 patent, either literally or under the doctrine of equivalents, either directly, contributorily, by inducement, or otherwise, in violation of 35 U.S.C. § 271.

23.    Celsion's infringement of the '703 patent has been and continues to be willful, without license, and carried out with full knowledge of the '703 patent.

24.    Celsion's infringement of the '703 patent is ongoing and will continue unless restrained and enjoined by this Court.

25.    As a result of the aforementioned actions of Celsion, AMS has suffered and continues to suffer damages and irreparable harm. Plaintiffs have no adequate remedy at law.

<div align="center">4</div>

## COUNT III
## INFRINGEMENT OF U.S. PATENT NO. 7,089,064

26.    The allegations of paragraphs 1-25 above are incorporated for this Count III as though fully set forth herein.

27.    Celsion has manufactured, used, sold, offered for sale, and/or imported into the United States products, including Prolieve, the use of which infringes one or more claims of the '064 patent, either literally or under the doctrine of equivalents, either directly, contributorily, by inducement, or otherwise, in violation of 35 U.S.C. § 271, as will be established after a reasonable opportunity for investigation and discovery.

28.    Celsion's infringement of the '064 patent has been and continues to be willful, without license, and carried out with full knowledge of the '064 patent, as will be established after a reasonable opportunity for investigation and discovery.

29.    Celsion's infringement of the '064 patent is ongoing and will continue unless restrained and enjoined by this Court.

30.    As a result of the aforementioned actions of Celsion, AMS has suffered and continues to suffer damages and irreparable harm. Plaintiffs have no adequate remedy at law.

## COUNT IV
## INFRINGEMENT OF U.S. PATENT NO. 7,093,601

31.    The allegations of paragraphs 1-30 above are incorporated for this Count IV as though fully set forth herein.

32.    Celsion has manufactured, used, sold, offered for sale, and/or imported into the United States products, including Prolieve, the use of which infringes one or more claims of the '601 patent, either literally or under the doctrine of equivalents, either directly, contributorily, by

inducement, or otherwise, in violation of 35 U.S.C. § 271, as will be established after a reasonable opportunity for investigation and discovery.

33.    Celsion's infringement of the '601 patent has been and continues to be willful, without license, and carried out with full knowledge of the '601 patent, as will be established after a reasonable opportunity for investigation and discovery.

34.    Celsion's infringement of the '601 patent is ongoing and will continue unless restrained and enjoined by this Court.

35.    As a result of the aforementioned actions of Celsion, AMS has suffered and continues to suffer damages and irreparable harm. Plaintiffs have no adequate remedy at law.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray for relief as follows:

A.    For judgment that Celsion has infringed the '927 patent;

B.    For judgment that Celsion has infringed the '703 patent;

C.    For judgment that Celsion has infringed the '064 patent;

D.    For judgment that Celsion has infringed the '601 patent;

E.    For judgment that Celsion's infringement of the '927 patent is willful;

F.    For judgment that Celsion's infringement of the '703 patent is willful;

G.    For judgment that Celsion's infringement of the '064 patent is willful;

H.    For judgment that Celsion's infringement of the '601 patent is willful;

I.    For a preliminary and permanent injunction prohibiting Celsion, its subsidiaries, divisions, affiliates, officers, directors, agents, servants, employees, attorneys, and all those persons acting in privity or in concert with them from infringing, contributing to the infringement of, and inducing infringement of the '927 patent;

6

J.      For a preliminary and permanent injunction prohibiting Celsion, its subsidiaries, divisions, affiliates, officers, directors, agents, servants, employees, attorneys, and all those persons acting in privity or in concert with them from infringing, contributing to the infringement of, and inducing infringement of the '703 patent;

K.      For a preliminary and permanent injunction prohibiting Celsion, its subsidiaries, divisions, affiliates, officers, directors, agents, servants, employees, attorneys, and all those persons acting in privity or in concert with them from infringing, contributing to the infringement of, and inducing infringement of the '064 patent;

L.      For a preliminary and permanent injunction prohibiting Celsion, its subsidiaries, divisions, affiliates, officers, directors, agents, servants, employees, attorneys, and all those persons acting in privity or in concert with them from infringing, contributing to the infringement of, and inducing infringement of the '601 patent;

M.      For an award to Plaintiffs of damages with interest for infringement of the '927 patent, and that the damages be trebled;

N.      For an award to Plaintiffs of damages with interest for infringement of the '703 patent, and that the damages be trebled;

O.      For an award to Plaintiffs of damages with interest for infringement of the '064 patent, and that the damages be trebled;

P.      For an aware to Plaintiffs of damages with interest for infringement of the '601 patent, and that the damages be trebled;

Q.      For a declaration that this is an exceptional case 35 U.S.C. § 285, and an award to Plaintiffs of their costs, expenses, and attorneys fees; and

R.      Such other and further relief as this Court may deem just and proper.

7

## JURY DEMAND

Plaintiffs demand a trial by jury on all issues so triable in this Complaint.

Dated: September 28, 2006

*Anne Shea Gaza*

Frederick L. Cottrell III (#2555)
cottrell@rlf.com
Anne S. Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, Delaware 19899
Telephone: (302) 651-7700

*Attorneys for Plaintiffs American Medical Systems, Inc. and AMS Research Corp.*

OF COUNSEL:

Leland G. Hansen
Timothy J. Malloy
Sandra A. Frantzen
Merle S. Elliott
**McAndrews, Held & Malloy, Ltd.**
500 West Madison Street, 34th Floor
Chicago, IL 60661
Telephone: (312) 775-8000
Facsimile: (312) 775-8100

8

# EXHIBIT A

US005220927A

# United States Patent [19]

## Astrahan et al.

[11] Patent Number: 5,220,927

[45] Date of Patent: Jun. 22, 1993

[54] **URETHRAL INSERTED APPLICATOR FOR PROSTATE HYPERTHERMIA**

[75] Inventors: **Melvin A. Astrahan**, Los Alamitos, Calif.; **Paul F. Turner**, North Salt Lake, Utah

[73] Assignee: **BSD Medical Corporation**, Salt Lake City, Utah

[21] Appl. No.: **495,736**

[22] Filed: **Mar. 15, 1990**

### Related U.S. Application Data

[63] Continuation-in-part of Ser. No. 225,307, Jul. 28, 1988, Pat. No. 4,967,765.

[51] Int. Cl.⁵ .................................... **A61N 5/02**
[52] U.S. Cl. .................................... **128/785; 128/786; 128/804; 128/736**
[58] Field of Search ................ 128/804, 784–786, 128/788, 736, 401

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,154,246 | 5/1979 | LeVeen | 128/784 |
| 4,311,154 | 1/1982 | Sterzer et al. | 128/804 |
| 4,448,198 | 5/1984 | Turner | 128/422 |
| 4,524,550 | 7/1985 | Ruggera et al. | 128/1.5 |
| 4,583,556 | 4/1986 | Hines et al. | 128/804 |
| 4,601,296 | 7/1986 | Yerushalmi et al. | 128/804 |
| 4,658,836 | 4/1987 | Turner | 128/804 |
| 4,669,475 | 6/1987 | Turner | 128/399 |
| 4,676,258 | 6/1987 | Inokochi et al. | 128/804 |
| 4,681,122 | 7/1987 | Winters et al. | 128/736 |
| 4,700,716 | 10/1987 | Kasevich et al. | 128/804 |
| 4,712,559 | 12/1987 | Turner | 128/422 |
| 4,813,429 | 3/1989 | Eshel et al. | 128/736 |
| 4,860,752 | 8/1989 | Turner | 128/422 |
| 4,967,765 | 11/1990 | Turner et al. | 128/804 X |
| 5,007,431 | 4/1991 | Sterzer | 128/804 |

#### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3534124 | 4/1987 | Fed. Rep. of Germany | 128/788 |
| 8103616 | 12/1981 | PCT Int'l Appl. | 128/804 |

#### OTHER PUBLICATIONS

*Medical Tribune*, vol. 29, No. 9, Thursday, Mar. 31, 1988, "Transurethral Hyperthemia for BPH: Trial's Goal is to Top 80% Success," by Rick McClure, pp. 3, 13, 14.

Astrahan et al, "Microwave Applicator . . . Hyperplasic", Int. J. Hyperthemia, 1989, vol. 5, No. 3, 283–286.

Andrew Wu, et al., "Performance Characteristics of a Helical Microwave Interstitial Antenna for Local Hyperthermia", Mar./Apr. '87, Med. Phys, 14(2), pp. 235–237.

El–Deek M. El–Sayed et al., "Use of Sheath Helix Slow–Wave Structure as an Applicator in Microwave Heating Systems" 1981, Journal of Microwave Power, 16 (3&4), pp. 283–288.

(List continued on next page.)

*Primary Examiner*—Lee S. Cohen
*Attorney, Agent, or Firm*—Mallinckrodt & Mallinckrodt

[57] **ABSTRACT**

A urethral inserted applicator for prostate electromagnetic hyperthermia includes apparatus for holding and positioning at least one electromagnetic energy applicator in a urethral passage extending through a prostate gland. The apparatus includes a multi-passage or multi-tube, balloon type urinary or Foley catheter with fluid-dry passages for insertion of microwave antenna or capacitive electrode type applicators, and an electromagnetic compatible type temperature sensor for measuring the temperature of the prostate tissue. The urinary catheter provides an open fluid receiving tube enabling urine drainage from the bladder and a balloon at the tip region of the catheter for engaging the bladder neck to properly position and hold the apparatus during treatment. An electromagnetic generator supplies electromagnetic energy to the applicators. A comparator is connected to the temperature sensor and a temperature reference potentiometer for comparing the actual tissue temperature with a desired temperature and for providing output control signals to the electromagnetic generator for controlling the output of the generator to the applicators. The insertable coaxial applicators can be any type constructed with small coaxial cable.

**24 Claims, 9 Drawing Sheets**



## OTHER PUBLICATIONS

Jozef Mendecki et al., "Microwave Applicators for Localized Hyperthemia Treatment of Cancer of the Prostate", Nov. '80, Int. J. Radiation Biol. Phys., V. 6, No. 11, pp. 1583–1588.

Tadashi Harada, et al., "Microwave Surgical Treatment of Diseases of Prostate", Urology, Dec '85 vol. XXVI No. 6, pp. 572–576.

Ding–Jiu Li, et al "Design & Thermometry of an Intracavitary Microwave Applicator Suitable for Treatment of Some Vaginal & Rectal Cancers", Nov. '84 Int. J. RadiationOncology Biol. Phys. V. 10, pp. 2155–2162.

Leonid Leybovich, et al., "Intracavitary Hyperthermia: A Newly Designed Applicator for Tracheal Tumors:", Jan. '87, Endocurietherapy/Hyperthermia Oncology, V. 3, pp. 23–29.

Toru Satoh, et al., "Thermal Distribution Studies of Helical Coil Microwave Antennas for Interstitial Hyperthermia", Int. J. Radiation Oncology Biol. Phys. vol. 15, pp. 1209–1218.

P. B. Dunscombe et al., "Heat Production in Microwave–Irradiated Thermocouples", Med. Phys. 13 (4), Jul./Aug. 1986.

R. T. Constable et al., "Perturbation of the Temperature Distribution in Micro–wave Irradiated Tissue Due to the Presence of Metallic Thermometers", Med. Phys 14 (3), May/Jun. 1987.

Transactions on Biomedical Eng. Leonard S. Taylor, "Electromagnetic Syringe", vol. BME–25, No. 3, May 1978.

*Medical Tribune*, vol. 29, No. 9, Thursday, Mar. 31, 1988, "Transurethral Hyperthermia for BPH: Trial's Goal is to Top 80% Success," by Rick McClure, pp. 3, 13, 14.



FIG. 1



FIG. 2

FIG. 10



FIGURE 3



FIGURE 4



## FIGURE 5



FIG.6



FIGURE 7

FIGURE 8



FIG.9



FIGURE 19    FIGURE 11    FIGURE 12



1

## URETHRAL INSERTED APPLICATOR FOR PROSTATE HYPERTHERMIA

### RELATED APPLICATIONS

This is a continuation-in-part of copending application Ser. No. 07/255,307, filed Jul. 28, 1988, now U.S. Pat. No. 4,967,765, entitled Urethral Inserted Applicator for Prostate Hyperthermia, Paul F. Turner, Inventor.

### BACKGROUND OF THE INVENTION

1. Field

This invention relates to electromagnetic radiation antenna or electrode devices for medical hyperthermic purposes, and more particularly to a combined catheter and electromagnetic or microwave applicator for treating prostatomegaly such as benign prostatic hypertrophy, prostatitis, and prostate malignancy by urethral insertion.

2. State of the Art

Hyperthermia or induced high body temperature has been considered beneficial in treating various human diseases including many types of cancer. More specifically, various types of malignant growths are considered by many researchers to have a relatively narrow hyperthermia treatment temperature range. Below a threshold temperature of about 41.5 degrees Celsius, thermal destruction of these malignancies is not possible, and, in fact, their growth may be stimulated. However, at temperatures above a range of about 43 to 45 degrees Celsius thermal damage to most normal body tissue cells occurs if exposure lasts for even a relatively short duration.

While some types of skin cancers are known to respond to direct application of surface heat, deeply located malignant growths, owing to normal blood flow body heat transfer properties of the body, were most difficult to heat to the desired temperature without damaging overlying healthy tissue. A solution to this problem has been the development of electromagnetic radiation (EMR) heating devices for inducing hyperthermia. This form of treatment is known as "diathermia".

EMR heating of subsurface growths from an exterior surface is ordinarily enabled by configuration and placement of one or more applicators and by appropriate selection of EMR frequency, phase, and intensity. Nevertheless, tissue growths inside of, or in close proximity to, heat sensitive tissue or organs, are much more effectively and safely heated by EMR irradiating applicators positioned within the body as closely as possible to the growth requiring treatment.

The advantages of positioning EMR applicators relatively close to the growth to be heated by radiation include improved heating control, more localized heating and consequently less possibility of overheating adjacent healthy tissue and more direct treatment of the enlarged tissues causing the undesirable symptoms.

Close applicator access to certain types of diseased tissue growths is provided by surgical procedures for naturally occurring body passages such as the esophagus, larynx, prostate gland and colon. Surgical procedures enlarge the passage by cutting away the passage tissue. Some heating methods use small EMR applicators placed over the tissue or in an incision to provide direct irradiation of the growth. An illustrative type of body passage insertable EMR applicator is described in

2

U.S. Pat. No. 2,407,690 issued to Southworth. The Southworth type body passage EMR applicators have been configured to cause a heating pattern that tends to be concentrated at the radiating tip of the applicator and which decreases at a usually exponential rate from such tip towards the radiation source.

Special and difficult problems often attend growths found along natural body passages. For example, diseased tissue tends to spread around and along the passage, often in a relatively thin layer. Typically, the diseased layer may be less than a centimeter thick and may extend as far as 6–10 centimeters along the passage. The use of Southworth type applicators result in nonuniform irradiation heating of the elongated growth. Thus, the temperature at the tip of the Southworth type applicator may have to be so hot that it kills surrounding healthy tissue in order to make the portion of the applicator toward the radiation source, i.e. power supply, hot enough to kill the growth.

Ridged and non-flexible antenna rectal inserted devices are known. Examples of such devices are disclosed in U.S. Pat. No. 4,601,296 issued to Yerushalmi, and a 1980 article titled "Microwave Applicators for Localized Hyperthermia Treatment of Cancer of the Prostate" by Mendecki et al., Int. J. Radiation Oncology, Biol. Phys., Vol. 6, pp. 1583 and 1588

Also, helical coil designs have been used to heat tissues placed within the cylindrical opening of the device. Such devices are disclosed in U.S. Pat. No. 4,527,550 issued July 1985 to Ruggera

A body passage insertable applicator apparatus for EMR systems is known that includes a urethral inserted probe having a monopole antenna (Microwave Surgical Treatment of Diseases of Prostate, Harada et al., Urology, December 1985, Vol. XXVI, No. 6, pp. 572–576). This device of Harada has no position fixing device to reliably provide correct placement. It also does not include a temperature monitoring device to monitor the prostate tissue or a means of controlling the treated prostate tissue at a preset target temperature. The Harada device does not include a fluid drainage device to enable urine drainage for prolonged treatment. The Harada device is described as more of a microwave surgery device which applies a large amount of power to a short length of tissues for a short time to cause lethal damage to the tissues. If a longer length of tissues along the urethra is to be treated, multiple treatment of short, adjacent lengths of tissue are required with the antenna manually repositioned along the urethra between each treatment. Tissue temperatures far above 50 degrees Celsius are intended in treated tissues to cause tissue coagulation of the treated tissues. This high controlled temperature is noted by Harada to have caused "destruction of the prostate itself" in animal experiments. "On histologic examination, an extensive necrotic region with hemorrhage was noted immediately after the procedure". Although the Harada device and procedure appeared to provided some benefit to some patients, the uncontrolled procedure and system presents undesirable possible risk to the patients. The difficulty in positioning, controlling, and the general use of the Harada devices appears not very practical since the suggested normal positioning is by "rectal examination or transabdonimal echography".

Also known is a helical wound coil applicator having coaxial inner and outer conductors electrically connected at an EMR input end to a conventional coaxial

3

transmission line for transmitting high frequency EMR from a source to the applicator. The applicator outer conductor is longitudinally split on opposite sides to form first and second outer conductor segments. The inner conductor is electrically connected to an applicator termination end of one of such segments. A dielectric media is disposed between the applicator inner and outer conductors, and the outer conductor and termination end are covered by a dielectric sheath. A substantially uniform, external electric tissue heating field is obtained along substantially the entire length of the applicator by exponentially increasing the thickness of the dielectric sheath over the termination end equal to at least half the outer diameter of the applicator. Those persons skilled in the art desiring further information concerning this device are referred to U.S. Pat. No. 4,658,836 issued Apr. 21, 1987 to Paul F. Turner. This helical coil style antenna design was described by Andrew Wu, M. L. Watson, E. S. Sternick, R. J. Bielawa and K. L. Carr as a suitable microwave interstitial antenna type in Med. Phys. 14(2), Mar/Apr 1987, page 235–237. Satoh, Stauffer, and Fike described use of a helical coil antenna as a microwave interstitial applicator in the Int. J. of Radiation Oncology Biology, and Physics, Vol. 15, Nov. 1988, pgs. 1209–1218. Microwave Interstitial coaxial type applicators were also described by L. Taylor in IEEE Trans. on Biomedical Engineering, BME-25, No. 3, May 1978, pg. 303.

### SUMMARY OF THE INVENTION

A principal feature distinguishing the present invention from prior art devices is the provision of a urethral insertable EMR applicator principally adapted for benign prostatic hyperplasia (BPH), which provides the generally cylindrical and longitudinally uniform EMR heating pattern necessary to enable substantially uniform heating of BPH growths or other tissue diseases associated with the urinary track.

Accordingly, it is an object of the invention to provide an improved or alternate treatment to surgery for the symptomatic relief of prostatomegaly which primarily results in blockage of the prostatic urethra. This disease condition includes prostatitis, benign prostatic hyperplasia and prostatic malignancy as well as other diseases of the prostate gland locally involved around the urethra.

Another object of the invention is to provide an EMR applicator apparatus meeting the clinical requirements of high flexibility, sterilization, disposability, low cost, urinary drainage, and which can also provide for integral temperature monitoring along the perimeter of the urethral wall.

Yet another object of the invention is to provide an urethral insertable EMR applicator and Foley catheter system which provides the generally cylindrical or longitudinally uniform EMR heating pattern necessary to enable approximately uniform heating of the prostate tissues or other diseased tissues associated with the urinary track.

A further object of the invention is to provide an urethral insertable EMR applicator or applicators which can be positioned with respect to the prostate and maintained against movement therefrom during treatment.

Briefly stated, the urethral EMR applicator system includes a controlled source of EMR connected to one or more coaxial antenna applicators or electrodes which are inserted into receiving passages of a Foley style

4

urinary drainage catheter. The receiving passages may be plastic or rubber tubes which have been attached to the outer wall of the catheter, may be such tubes embedded in the wall of the catheter, or may be receiving passages formed integrally with the wall of the catheter. A temperature controller includes a sensor for determining the temperature of the surrounding tissue and generating control signals for the source of EMR.

The system includes an applicator holding and positioning apparatus for automatically positioning the inserted applicators adjacent the prostate gland and for maintaining the position during the treatment. The inserted coaxial electrode or antenna applicator (or applicators) are suitably sheathed to provide an external substantially uniform electromagnetic heating field to be radiated at nearly all transverse cross sections along the applicator for approximately uniform tissue heating.

The applicator holding and positioning apparatus includes a flexible urinary catheter, such as a Foley catheter, having substantially tubular shaped and an insertion end for insertion through the urethral passage and bladder neck into the bladder. This type of catheter provides a fluid drainage means to remove fluid filling the bladder and also includes balloon means mounted on the urinary catheter near the insertion end and adapted to be inserted into the bladder with the insertion end of the catheter. Means are provided for inflating the balloon when it is in the bladder so that the inflated balloon will seat in the bladder neck to thereby hold the inserted urinary catheter in fixed position in the urethral passage, regardless of changes in length of such passage during treatment. One or more applicator receiving passages are provided in the apparatus sized to receive electromagnetic energy applicators therein. The receiving passages may be tubes secured, such as by a silicone rubber adhesive, to the perimeter of the urinary catheter, tubes embedded in the wall of the urinary catheter, or passages formed integrally with the catheter. The applicator receiving passages extend along the urinary catheter toward the insertion end of the catheter a distance sufficient so that with the urinary catheter in place in the urethral passage, the applicator receiving passages extend substantially through the prostate gland so that the EMR applicators placed in the receiving passages are within the prostate and can apply EMR energy to the prostate tissue surrounding the urethral passage to thereby heat such tissue. There are preferably two or three applicator receiving passages spaced uniformly around the urinary catheter. It is also preferred to provide a temperature sensor receiving passage similar to the applicator receiving passages for receiving a temperature sensor to be positioned in the prostate to measure the temperature of the prostate tissue during treatment. However, temperature sensors can be positioned along with the applicators in the applicator receiving passages so the temperature sensor receiving passage is not always necessary.

The inserted applicator or applicators may either be comprised of radiating coaxial type antennae or they may be comprised of capacitively isolated electrodes which operate below the 300 MHz microwave band. The electrode applicator system at lower frequencies (typically 100 kHz to 300 MHz) may utilize applicators which apply energy of differing phase so currents flow between the applicators or may utilize a secondary electrode either placed on the patients skin surface, into the rectal region, or simply connected to a large conductive ground plane such as a metal table top of the

5,220,927

| 5 | 6 |

earth ground surface. This secondary electrode provides a current flow return path for the currents directed into the tissue by the lower frequency electrodes.

The present invention provides a low cost, disposable EMR applicator holding and positioning apparatus which allows EMR applicators to be detachably placed therein and which keeps such applicators securely in position in a prostate gland during treatment, the apparatus can also provide for holding and positioning of temperature sensors.

BPH is usually treated by surgery with significant side effects. These side effects include hemorrhage, impotency, anesthetic complications, and technical failures. The use of the present invention involves a treatment which requires no anesthesia or surgery and requires only 1 or 2 hour office visits to accomplish in comparison to post surgical hospitalization.

THE DRAWINGS

Other objects and features of the invention will become more readily apparent from the following detailed description when read in conjunction with the accompanying drawings, in which:

FIG. 1 is an elevational view of the urethral insertable EMR microwave applicator system with a portion of the system shown schematically in block form;

FIG. 2 is a functional schematic view of the temperature sensor and EM energy source control circuits;

FIG. 3 is an elevational view showing the modified Foley catheter insertion apparatus of the invention with the balloon section inflated;

FIG. 4 is an elevational view showing the modified Foley catheter insertion apparatus of the invention with the balloon deflated;

FIG. 5 is a transverse section in the primary heating area of the insertion apparatus taken on the line 5—5 of FIG. 1;

FIG. 6 is a diagrammatic view of the insertion apparatus positioned in the bladder and prostate of a patient showing the treatment positioning of the balloon and Foley catheter to position the applicators in the prostate gland;

FIG. 7 is a diagram showing the energy specific adsorption rate (SAR) distribution of microwave energy transmitted from energy applicators positioned in the apparatus when positioned in the prostate;

FIG. 8 is a composite plot of statistically compiled clinically observed temperature within patients treated during a pilot study vs. the position of the temperature sensor along the prostatic urethral surface measured by the thermal mapping temperature track;

FIG. 9 is a view similar to that of FIG. 1 showing an embodiment of the system usable with below microwave frequency power and including an additional electrode;

FIG. 10 is view similar to that of FIG. 2 but showing the system of FIG. 9;

FIG. 11 is a longitudinal section of a urethral insertable EMR microwave applicator;

FIG. 12 is a longitudinal section of a urethral insertable EMR capacitive electrode or applicator;

FIG. 13 is a fragmentary elevational view of a flexible, multiple were coil configuration for an applicator of the invention;

FIG. 14 is a fragmentary elevational view of a flexible conductive rubber or metallic plated applicator of the invention;

FIG. 15 is a fragmentary elevational view of a helical coil wire wrap configuration for an applicator of the invention;

FIG. 16 is a fragmentary elevational view of a wire mesh or screen configuration for an applicator of the invention;

FIG. 17 is a fragmentary elevational view of a multiple wire coil wrap configuration for an applicator of the invention;

FIG. 18 is a fragmentary view of a multiple flexible wire configuration for an applicator of the invention; and

FIG. 19 is a longitudial section of a basic applicator usable with the invention;

DETAILED DESCRIPTION OF A PREFERRED
EMBODIMENT

Referring now to FIG. 1, the illustrated urethral insertable electromagnetic radiation (EMR) applicator system includes an electromagnetic energy (EM) source 12 for supplying electromagnetic energy to electromagnetic heating applicators 14 through a power divider or multi-channel amplifier 15 and connecting cables 16. If only a single applicator 14 is used, there is no need for item 15 and the coaxial cable 16 connects directly from generator 12 to applicator 14.

Electromagnetic energy source 12 includes an oscillator for supplying a maximum of about 40 watts electrical power at a frequency of between 300 to 3000 MHz if applicators 14 are microwave radiating antenna type applicators, or at a frequency of between 100 kHz to 300 MHz if applicators 14 are electrode type applicators. Power divider 15 preferably provides equal phase for each of the outputs when microwave operational frequencies are used. Cables 16 are preferably coaxial cables typically 0.8 to 1.2 mm diameter with 50 ohms impedance. However, the transmission line sections of applicators 14 and cable 16 may be other common types of transmission lines such as two twisted wires. The transmission lines within the antenna 14 could also be a single wire connected to the tip electrode or radiating section of the antenna 14, but the coaxial cable is normally considered the preferred configuration.

Each applicator 14 is an emitter of electromagnetic energy from a partially flexible metallic surface such as a small diameter metal tube, a metal wire braid, a flexible conductive rubber sleeve, a wire coil, several wires coiled, several wire strips, or several metal sleeves inserted or mounted along the perimeter of the applicator holding and positioning apparatus 18 of the invention, which includes a Foley balloon type urinary catheter 52. The catheter 52 is, for example, a size 12 or 14 french catheter modified as hereinafter described. For use at microwave frequencies, the applicator's active heating antenna or antennas could be of many designs all of which are commonly used for Microwave interstitial treatments by insertion into catheters placed into the tissue to be heated. The coaxial antenna or electrode design itself has been previously disclosed in the prior art and is not considered a novel part of this invention.

For frequencies below microwave frequencies, the applicator's active heating zone is referred to as an electrode since the current is created only in the form of capacitive or nontraveling EMR fields. Thus, in this form, more than one electrode is needed to permit current to flow into the tissue between the electrodes. In the below microwave frequency condition, and with the preferred three applicator or electrode system

7

shown in FIG. 1, the power dividing element 15 produces a three phase output signal with each phase connected to one of the applicators. The three phase signal may be produced by element 15 by internal phase transformers or other phase delay devices such as cable delays, inductor delays, or amplifier delays. These various devices and methods to delay or alter phase for below microwave frequencies are well known to those skilled in the art of electronics. With a three phase output from divider 15, the signal on each applicator or electrode differs in phase by 120 degrees. In this way there is always an electric field potential difference between each of the three inserted electrodes 14 which causes currents to flow in the tissue between these electrodes. The formula from which to determine the preferred phase difference between these electrodes for operation below the microwave frequency range is simply dividing 360 degrees by the number of inserted applicators around the urinary catheter body. For a two electrode system only a two phase output would be needed from power divider 15.

The applicators 14 represent either the microwave antenna type applicator or the lower frequency electrode type applicator and each may be of various designs and may contain one or more of the following physical features:

a) open or closed connection to the tip of the outer conductor metal cylinders or wire coil and center coaxial conductor;

b) open or closed connection to the base of the antenna or electrode inner conductor and the outer coaxial conductor with metal sleeves, braids, or a wire coil;

c) conductor breaks or gaps within the antenna or electrode metal cylinder or coil winding;

d) multiple antenna or electrode gaps in the outer conductor or multiple antenna or electrode coils stacked longitudinally and connected to individual transmission lines, wires or coaxial cable to allow modification of the heat pattern length using either coherent or non-coherent phase energy into each coil;

e) straight but flexible antenna or electrode conductors along the antenna or electrode radiating region to serve as the EM emitters;

f) a coil or electrode sleeve antenna with progressively increasing conductor width or diameter towards the tip of the applicator;

g) an antenna or electrode with center conductor diameter exposed beyond the outer conductor at the tip region;

h) an antenna or electrode which has the center conductor exposed beyond the outer conductor and having an increased metal surface area per unit length closer to the tip region to increase the heating toward the tip region;

i) a wire coil antenna or electrode with different turns ratio per unit length;

j) diameter variations of the center conductor within the electrode or coil length;

k) modification of the dielectric material or thickness around the center conductor or the electrode or coil antenna; and

l) a temperature sensor within the antenna region so as to sense the temperature of the surrounding tissue being heated.

The separable applicators 14 are inserted into applicator receiving passages such as formed by plastic tubes 22 which have been attached, such as by gluing, to the outer wall of the Foley catheter 52. These attached

8

plastic tubes 22 are preferably dry tubes with a sealed inserted tip region 22a, and are uniformly spaced around the circular perimeter surface of the catheter 52, as shown in FIG. 5. This uniform spacing provides for a more uniform heating pattern. Rather than tubes 22 being glued to the outer surface of catheter 52, such tubes could be embedded in the wall of catheter 52, or the applicator receiving passages could be formed integrally with catheter 52.

A separable insulated temperature sensor 20, shown generally in FIG. 1, and by electrical schematic in FIG. 2, is placed into the region of the device where heating takes place during treatment, preferably by being inserted into a temperature sensor receiving passage such as formed by a flexible plastic tube 23. Tube 23 is attached exteriorly to the Foley catheter 18, such as by gluing, similarly to tubes 22. As with the applicator receiving passages, the temperature sensor receiving passage may alternately be a tube embedded in the catheter or may be formed integrally with the catheter. The temperature sensor measures the temperature of the tissue surrounding the sensor.

The temperature sensor 20 is connected to a system controller circuit 26 by cable 24. The controller circuit controls the operation of the system. This includes controlling the amount of power supplied by the EM source 12 to the EMR applicators 14 in response to the temperature measured by temperature sensor 20 to control and maintain a desired temperature in the tissue being treated. Controller circuit 26 can either be comprised of simple components or can be a micro-processor programmed to provide the temperature and power control function. The output of controller circuit 26 is connected by control cable 29 to the EM energy source 12. Control signals are sent from the controller circuit 26 to the energy source 12 for maintaining the EM power supplied to the applicators sufficient to maintain a tissue temperature between about 41.5 degree Celsius up to 50 degree Celsius. A control and display panel 28 is connected to system controller circuit 26 for two way communication via cable 50. The control and display panel 28 includes EMR energy ON/OFF switch buttons 30 and 32, and a temperature controller knob 34 for setting the desired operating temperature for the temperature sensor circuit and EM or microwave control. These control functions can also be provided by other equivalent forms of displays such as switches, buttons, or computer terminals.

It is important in the system of the invention that the temperature sensor 20 be compatible with the type of heating energy supplied by the system. Thus, normal wire leads in a temperature sensor cannot be used because the electromagnetic energy from the applicators affect the wire leads and causes heating in the leads which results in inaccurate temperature measurement. Resistive leads can be used satisfactorily in an EM field as can optical fiber type temperature sensors. FIG. 2 shows schematically a preferred configuration of temperature sensor 20. The temperature sensor itself is a thermistor 25 provided with insultated resistive leads 27. Two of the resistive leads 27 are connected in parallel to one side of thermistor 25 and the other two resistive leads 27 are connected in parallel to the other side of thermistor 25, as shown. The schematic showing of resistors in leads 27 in FIG. 2 represents the internal resistance of the leads and not separate, additional resistors. Temperature sensor 20 is connected to the controller circuit 26 by four lead cable 24.

9

The internal components of the controller circuit 26 are shown in FIG. 2 along with the connections to temperature sensor 20. A constant current source 38 is connected through two leads of cable 24 to two of the resistive leads 27 on opposite sides of the thermistor 25. This causes a voltage across the thermistor 25 which changes only as the resistance of the thermistor 25 changes with temperature. This voltage is then directed through the remaining two resistive leads 27 and two leads of cable 24 to a very large input resistance dc amplifier 40. The amplifier input impedance should exceed 100 meg-ohms. Amplifier 40 amplifies the thermister output to a working level. The amplified signal is then passed from the output of amplifier 40 to the input of voltage comparator 42. A reference voltage representative of a desired temperature is set by variable resistor 44 located in control and display panel 28 and controlled by temperature controller knob 34 (FIG. 1), and is sent to a second input of comparator 42. Rather than a variable resistor giving a continuously variable reference voltage, a switchable set of resistors could be used to provide the reference voltage in steps. Voltage comparator 42 compares the temperature related voltage from amplifier 40 with the temperature related reference voltage set by variable resistor 44. The output of comparator 42 provides a signal which is used to control the EMR power supplied from the EM energy source 12 to the applicators 14.

The output signal from comparator 42 is connected through a remotely controlled switch 48, such as a relay, and cable 29 to the EM energy source 12. The switch 48 is controlled by the "on" and "off" switches 32 and 30, respectively, and by timer 46. Upon closing the "on" switch 32, power is supplied to timer 46. Timer 46 supplies power to relay coil 48a to connect the output of comparator 42 to the EM energy source 12. Timer 46 begins a timing cycle when the "on" switch is closed and provides power to relay coil 48a for a preset period of time after closing of the "on" switch. At the end of the preset time, the output of the timer 46 ceases, thereby deenergizing relay coil 48a and allowing relay 48 to move to a position to disconnect the output of comparator 48 with EM power source 12 and to ground such connection to turn off the power source. The "off" switch 30 can be used anytime the timer is operating to deenergize relay coil 48a. "Off" switch 30 opens the circuit between timer 46 and relay coil 48a to thereby deenergize the relay and cause EM power generator 12 to stop supplying power.

When connected through switch 48 to EM energy source 12, the output of comparator 42 can be used as a varying voltage control signal for EM power source 12 to vary the output of the power source to applicator 14 in a manner proportional to the voltage of the control signal, or may be used merely to enable or disable the power source so that it either supplies or does not supply energy to the applicators. In either event, the temperature of the monitored tissue is controlled by the controller circuit by controlling the EM power delivered to the applicators 14.

While the control circuit has been shown and described in terms of functional components, the control of the operation of the system can be performed by a computer or microprocessor programmed to preform various of the functions described.

Preferably, the control circuitry and timer will take the form of a special microprocessor which has been programmed to provide the ideal and correct treatment

10

for the patient by automatically controlling the power levels applied to the applicators to maintain the temperature of the tissue being treated at the set desired temperature. With the functional description of the control circuits given herein, it would be within the skill of the art to program a microprocessor or other computer to perform such functions.

While a single temperature sensor has been shown, additional similar temperature sensors may be provided and inserted in additional temperature sensor receiving passages or tubes secured to the catheter 18 similarly to tube 23, or can be otherwise inserted into tissue to be monitored. Further, in some cases, the applicators 14 may have temperature sensors associated therewith which can be used for control purposes.

FIGS. 3, 4, and 5 show the novel modified urinary or Foley Catheter assembly of the invention which makes it compatible with the separable hyperthermia applicators and temperature sensor. This assembly provides the apparatus for holding and positioning the EMR applicators. As shown, the apparatus, indicated generally at 18, includes an elongate flexible plastic or elastomeric tubular body 52, forming a urinary catheter such as a Foley catheter, with a balloon material 76 secured to balloon stops 72 and 74 near the insertion end 52a of the catheter. A central catheter passage 56, FIGS. 5 and 6, opens through the catheter wall 52 at 64 at the insertion end 52a of the catheter to form a urine drainage tube. At the other end of the catheter, passage 56 opens into a bifurcated "Y" fitting 62 which has an opening at 65 to connect to additional tubing leading to a liquid waste receiving receptacle. The catheter wall 52 also includes a tubular passage 60, FIG. 5, which opens to the outside of the catheter between balloon stops 72 and 74 and beneath the balloon material 76. The other end of passage 60 communicates with "Y" fitting 62 and extends through the fitting arm 66 and is controlled by a valve 68. In use of the device, a pressurized fluid, such as air or water, is forced through passage 60 to inflate balloon 76 as shown in FIGS. 1, 3, and 6. The inflation of the balloon and the retention of the balloon filling fluid is controlled by valve 68. Valve 68 may be a valve which opens when a syringe is inserted therethrough to supply pressurized fluid to inflate the balloon, and which closes to retain pressurized fluid in the balloon when the syringe is removed.

The positioning and holding apparatus 18 includes plastic tubes 22 spaced about the circumference of catheter body 52 to receive the EM applicators therein. Tubes 22 are closed at the insertion tip ends at 22a and terminate at the opposite ends in fittings 22b which accept EM energy applicators 14, as shown in FIG. 1. The tubes 22 are preferably symmetrically spaced about catheter body 52 and are secured thereto by gluing such as with a silicone rubber adhesive 70. Tubes 22 are placed on catheter body 52 with ends 22a accurately and uniformly placed so that applicators 14, when placed in tubes 22, can be accurately positioned a fixed distance from the insertion end 52a of the catheter 52. The applicators 14 are shown positioned in tubes 22 in FIGS. 1 and 5 with FIG. 5 showing the applicator 14 with inner wire conductor 90 surrounded by a cylindrical dielectric material 92, which is in turn surrounded by an outer conductor 100.

In addition to plastic tubes 22 for receiving the applicators 14, a similar plastic tube 23 is secured to catheter body 52 by similar adhesive to accept temperature sensor 20.

5,220,927

11

In use, the applicator positioning and holding apparatus 18 is inserted through the urethral passage so that it extends in such passage through the prostate and into the bladder. This is shown schematically in FIG. 6. It is thus important that the apparatus 18 be flexible enough to be easily inserted through the urethral passage. When the end of the catheter is in the bladder, pressurized fluid is introduced through valve 68 and fitting 66 into passage 60 to inflate balloon 76 within the bladder. With the balloon inflated in the bladder, the apparatus is pulled outwardly so that the balloon seats in the neck of the bladder. This positively locates and positions the apparatus with respect to the bladder and with respect to the immediately adjacent prostate as shown in FIG. 6. This position of the apparatus remains constant with respect to the bladder and prostate regardless of any variation in length of the urethral passage during treatment.

The EM energy applicators 14 are placed within tubes 22a at a known position, generally at the ends 22a of tubes 22. Since the positions of the applicators 14 in tubes 22 of the apparatus 18 are fixed, and the position of the apparatus 18 is fixed in relation to the prostate, the positions of applicators 14 in the prostate are fixed and remain fixed and constant throughout treatment and the accurate placement of the applicators in the prostate is repeatable from treatment to treatment and from patient to patient. The ability to accurately place the applicators in the prostate without complicated probing, visual imaging, or other positioning procedures, and the stability of the positioning so that the position in the prostate remains constant during treatment, is an important aspect of the invention and important to the practical hyperthermic treatment of the prostate. The placement and positioning of applicators 14 within the tubes 22 may take place prior to or following the insertion of positioning and holding apparatus 18.

During the time the apparatus 18 is in place, central drainage passage 56 of the apparatus serves as a urine drainage tube to allow urine drainage from the bladder. The end 65 of the drainage passage will be connected to tubing leading to a liquid waste receptical.

The coaxial applicators 14 create an external, electromagnetic heating field which extends for a desired length along the applicator from the ends thereof, to create a heating portion of the applicator which extends substantially the length of the tissue in the prostate to be treated. This heating field should be approximately uniform along the length of the heating portion of the applicator. Further direct metallic contact between the metal portions of the applicator and the tissue to be heated should normally be avoided. It may be allowable for such metal surfaces to contact the tissues directly if sufficient protection is provided to assure that potentially dangerous currents at dc or frequencies below 100 kHz cannot flow into the tissues. Such low frequencies can improperly stimulate muscle spasms, cramping, and damage.

In operation, with the apparatus properly positioned as described above, and the timer 46 and the temperature set dial 34 set as desired, the EM generator 12 is turned on by switch 32 and the applicators 14 radiate power into the tissue of the prostate gland extending along the heating portions of the applicator until the desired temperature is reached. When the desired tissue temperature, as set by control 34, is reached, the comparator 42 outputs control signals to the EM power source 12 to control the power output to the applicators

12

to maintain the temperature substantially constant for the selected treatment time period. This time period is set by timer 46, and will usually be about an hour. At the end of the treatment time, the oscillator is automatically turned off by timer 46. However, the power can be turned off at any time using the "off" switch 30.

The apparatus was tested using muscle equivalent phantom material having a relative dielectric=69.0 and conductivity=1.4 mho/m to simulate prostate tissues at a frequency of 630 MHz and the Iso-SAR (specific-absorption-rate) distribution of applicator curves is charted as shown in FIG. 7. FIG. 7 shows the adsorption rate curves in a plane substantially tangential to the perimeter of the inserter apparatus 18. The test parameters were as follows:

Frequency=630 MHz
SAR at 100%=478 W/kg at a 1.0 value
Forward power=21 Watts (divider input)
Reflected power=1 Watts

As shown in FIG. 7, the measurement boundaries were 5 cm in the horizontal direction and 7 cm in the length direction. The SAR gradient was 478 W/kg at the hottest point which was used to normalize the curves at 0.1, 0.3, 0.5, 0.7, and 0.9 representing respectively 10%, 30%, 50%, 70%, and 90% of the maximum value. The rate of the initial temperature rise is proportional with these SAR percentages. Thus, the tested applicator array provides the long, uniform, shallow heat pattern desired for treating diseased tissue enlargement around and along the urethral passage through the prostate gland.

FIG. 9 shows a system block diagram similar to FIG. 1 except that an additional second metallic electrode 96, such as a large surface contacting metal plate or insertable metal cylinder, is shown connected by a second coaxial cable 17 to the EM source 12. This embodiment is an alternate embodiment for use with below microwave frequencies. With this embodiment, EM source 12 is adapted to generate opposing phase polarity outputs. The signal sent to applicators 14 is of a common polarity while the opposing polarity signal is connected to electrode 96. Electrode 96 provides a current flow path for current to flow away from applicators 14 into the tissue. Electrode 96 may be applied either in contact or near contact with the lower anterior pelvic surface of the patient being treated, or it may be inserted, when in cylindrical shape, into the rectal passage adjacent to the prostate gland. As the current flows from the applicators 14 toward the electrode 96 which is much larger in tissue contacting surface area than the applicators 14, the current and heating is reduced. Therefore the primary heating is limited to the region surrounding applicators 14, i.e., the urethral passage through the prostate. FIG. 10 shows details of the control system for the embodiment of FIG. 9, and is similar to FIG. 2, except for the showing of the additional electrode 96 connected to the EM source 12 by cable 17. As explained above, EM source 12 provides outputs of opposing phase to applicators 14 and additional electrode 96.

FIG. 11 shows, in longitudial section, a preferred embodiment of a urethral insertable EMR microwave applicator 14 for operation at microwave frequencies. A similar applicator was used in the clinical pilot study described herein. The applicator 14 is constructed from a length of flexible coaxial cable with center conductor 90 and surrounding dielectric section 92 extending beyond the outer conductor 100. A metallic cylinder 98 is attached to the end of center conductor 90, with an

5,220,927

| 13 | 14 |

additional cylinder 99 mounted thereon. A third cylinder 101 is electrically attached to outer conductor 100. The heating zone of the applicator is between the applicator tip and cylinder 101. This distance will usually be about 5 cm for use in the prostate. The use of additional cylinders 99 and 101 provide a fairly uniform heat distribution over the heating zone of the applicator.

FIG. 12 shows, in longitudinal section, a preferred embodiment of a urethral insertable EMR capacitive electrode applicator for operation at below microwave frequencies. Again, the applicator 14 is constructed from a length of flexible coaxial cable. The center conductor 90 and dielectric section 92 are extended beyond the outer conductor 100. A metallic cylinder 98 is attached to the end of the center conductor 90. For electrode style applicators, which are operated below microwave frequencies, it is preferred that the capacitance to the tissue from the active electrode portion, here metallic cylinder 98, be larger than the capacitance for the same length section of the inserted connecting cable 20 to the active electrode region. In this way the heating will be more intense in the tissue surrounding the active portion of the electrode intended to be heated than around the inserted interconnecting electrode cable. At below microwave frequencies, with the applicator of FIG. 12, the heating occurs over the length of the cylinder 98. The applicator of FIG. 12 can also operate as a microwave applicator.

For use in the apparatus of the invention, it has been found that cylinders 98, 99 and 101 of the applicators may be rigid if kept to less than about 3 cm in length. If rigid, the cylinders may be made of copper. Various constructions of cylinder 98 which are flexible are shown in FIGS. 13–18.

FIG. 13 shows cylinder 98 comprised of multiple over lapping strands of wire forming an inter-twined or inter-woven braid cylinder. The cylinder is electrically connected to the center conductor 90 of the applicator for use with either below microwave or microwave frequencies.

FIG. 14 shows cylinder 98 comprised of a conductive rubber or plated dielectric surface. This type of material is commercially available and provides an alternate method of constructing the flexible electrode surface. The cylinder is electrically connected to the center conductor 90 of the applicator for use with either below microwave or microwave frequencies.

FIG. 15 shows cylinder 98 comprised of a single helical coil wire wrap configuration. The cylinder is electrically connected to the center conductor 90 of the applicator for use with below microwave frequencies where the applicator operates as a capacitive electrode. At microwave frequencies, the coil could be connected to either the center conductor 90, the outer conductor 100, or both the center and outer conductors at opposing ends of the cylinder.

FIG. 16 shows cylinder 98 comprised of a wire grid, mesh, or screen. The cylinder is electrically connected to the center conductor 90 of the applicator for below microwave frequencies where the applicator operates as a capacitive electrode. At microwave frequencies, the wire structure could be connected to either the center conductor 90, the outer conductor 100, or both at opposing ends of the wire structure.

FIG. 17 shows cylinder 98 comprised of several non-overlapping wires which are wound in parallel coils along the same length section. The cylinder is electrically connected to the center conductor 90 of the appli-

cator for below microwave frequencies where the applicator operates as a capacitive electrode. At microwave frequencies, the coils could be connected to either the center conductor 90, the outer conductor 100, or both at opposing ends of the coil.

FIG. 18 shows cylinder 98 comprised of one or more parallel wires which run the full length of the active heating length. The cylinder is electrically connected to the center conductor of the applicator for below microwave frequencies where the applicator operates as a capacitive electrode. At microwave frequencies, the cylinder could be connected to either the center conductor 90, the outer conductor 100, or to both conductors at opposing ends of the wires.

FIG. 19 shows the active heating area of the applicator 14 as being comprised of the center conductor 90 and dielectric cylinder 92 of the coaxial cable which has been exposed by the removal of the outer conductor 100 in the tip region of the coaxial conductor cable. This form of applicator would operate for the below microwave frequencies, where the applicator operates as a capacitive electrode, and at microwave frequencies, where the center conductor wire 90 acts as a microwave antenna radiator.

It is preferred for the various applicators described that they be relatively snugly received within the applicator tubes to provide good EMR energy transfer to the tissue to be heated. Similarly, the temperature sensor should be relatively snugly received in the temperature sensor tube. However, the tubes are sized so that the applicator and temperature sensor can be inserted and withdrawn therefrom.

RESULTS OF PILOT CLINICAL TRIAL

A pilot clinical trial was conducted from March 1987 to July 1988, treating 21 men, at Norris Cancer Center under the direction of M. Sapozink, M.D., Ph.D., S. Boyd, M.D., M. Astrahan, Ph.D., G. Jozsef, Ph.D., S. Nourparvar, B.S., and Z. Petrovich, M.D. The results of this study were first reported at the North American Hyperthermia Group Meeting on Mar. 18, 1989. The patients in this study had a mean age of 67 years, a mean Karnofsky performance staus of 93%, and mean prostate volume of 91 cc. The eligibility for protocol entry included the severity of the symptomatology such that a transurethral resection of the prostate (TURP) had been suggested (100%) (although there were two patients that were considered medically inoperable because of chronic anticoagulation). The patient's symptoms included for all patients urination frequency, nocturia, symmetric homgeneous enlargement on digital and CT examination, normal prostatic acid phosphatase and prostate specific antigen, negative cystoscopy, post void residual urine volume greater than 100 cc (86%), decreased urinary stream with urine flow rate under 15 cc/second, and prostate biopsy demonstrating hyperplasia without evidence of malignancy. Other patient symptoms included urinary dribbling, recurrent urinary tract infections, and impotence. One of the 21 patients had received a prior TURP. The coaxial microwave applicator design used in this study was similar to that shown in FIG. 11, and to the applicators shown in Turner U.S. Pat. No. 4,669,475. Three of these coaxial microwave antenna were used equally spaced around the perimeter of a modified Foley balloon urinary catheter as described above and illustrated in the drawings. The tubes 22 in which the antenne were inserted were 16 gauge closed tipped catheters, as was tube 23 for the

5,220,927

**15**

temperature sensor. These catheters were attached to the outer wall of the Foley catheter with silicone rubber adhesive. The operating frequency for these antennae was either 630 or 915 MHz depending on the hyperthermia system. The antennae design additionally included a temperature sensor in each of the coaxial antennae, it being placed in the center of the heating length of the antenna. The temperature distribution along the inserted antenna/catheter assembly was determined by manually repositioning the additional temperature sensor corresponding to temperature sensor 20 in the drawings, at various positions along the catheter length while the microwave power was being controlled by one of the temperature sensors inside the coaxial antenna. This process is called thermal mapping. The heating pattern created by this array has been observed to be ellipsoidal with the long axis of the ellipse lying along the catheter length. There were 177 treatment sessions given either once or twice per week. FIG. 8 shows a composite of the temperature distribution observed with the thermal mapping temperature sensor for these treatments. Note that the distance measurement was from the tip of the inserted antenna applicator. This allowed the temperature, from each treatment at a common position from the tip, to be statistically averaged with all other treatments for that same distance from the tip to obtain the mean temperature and the standard deviation. It can be seen that the mean temperature exceeded 43 degrees Celsius for about 4.5 cm of the length starting at about 0.5 cm from the antenna tip. This length corresponds well with the typical 5 cm diameter of an enlarged prostate gland. In 173 of the 177 treatment sessions a temperature of greater than 42 degrees Celsius was achieved at some point along the urethral surface as measured by the thermal mapping temperature sensor. Acute toxicity was common but relatively minor as shown in the following table 1:

TABLE 1

| Acute Toxicity & Complications (Mean Follow-up-10 Months-All Were Treatment Related) | | |
|---|---|---|
| Acute Toxicity | % of Sessions | % of Patients |
| | 177 Total | 21 Total |
| Bladder Spasm | 26 | 71 |
| Hematuria | 23 | 71 |
| Dysuria | 9 | 48 |
| Urethal Pain* | 8 | 43 |
| Complications | 0 | 0 |

*Power limiting in one patient

The urethral pain was only power limiting in one patient who had a urethral stricture. The bladder spasms were primarily noted during the hyperthermia session, however, they would occasionally occur in the period of time between treatment sessions and result in transient stress incontinence. These acute toxicities are considered very mild compared to the trauma resulting from the common surgical treatment procedure (TURP).

These 21 patients were evaluated for the response to treatment with both subjective and objective parameters. The objective parameters which could be measured were prostate volume, residual urine volume retained in the bladder, and the urine flow rate. The subjective parameters measured were daytime urination frequency, nocturnal or night time frequency of urination, and urine stream force. Table 2 shows the results of the objective parameters and Table 3 shows the results of the subjective parameters.

**16**

TABLE 2

| Results-Objective Parameters | | | |
|---|---|---|---|
| | Baseline | Follow-Up | p-Value (paired t-test) |
| Prostate Volume (cc) | 91 | 86 | 0.40 |
| Residual Urine Volume (cc) | 177 | 91 | 0.001 |
| Urine Flow Rate (cc./sec.) | 11.0 | 15.9 | <0.001 |

The objective parameters all showed improvement. Significant improvement was observed in both the reduction of the retained urine in the bladder following voiding and the urine flow rate. This is shown by the statistical p-value or probability of correlation between the treatment and the improvement of the condition. The contribution of retained urine contributes to infections and other patient problems.

TABLE 3

| Results-Subjective Parameters | | | |
|---|---|---|---|
| | Baseline | Follow-Up | P-Value (paired t-test) |
| Daytime Freq (Every X hours) | 2.4 | 2.8 | 0.24 |
| Nocturnal Freq (X per night) | 3.7 | 2.2 | <0.001 |
| Stream Force | 1.3 | 1.7 | 0.002 |

The assessment of stream force was from 0, meaning total retention, to 3, meaning strong flow. Improvement was seen from the pretreatment baseline condition to the follow-up condition. Every parameter of the subjective results was also shown to improve. There was a 10 month mean follow-up for these patients. Only two of these patients have required TURP for persistent or recurrent symptoms. One of these had been in complete retention condition at the time of treatment.

As a summary of the pilot clinical study it was determined that transurethral microwave hyperthermia is feasible. Intracavitary periurethral temperatures from 42–47 degrees Celsius were routinely obtained in these patients. Treatment associated morbidity was frequent, but mild, required little intervention, and was power limiting in only one case. The post-treatment complication rate was 0%. Significant improvements in nocturnal urinary frequency, stream force, post voiding residual urine volume, and urine flow rates were observed.

Whereas this invention is here illustrated and described with specific reference to an embodiment thereof presently contemplated as the best mode of carrying out such invention in actual practice, it is to be understood that various changes may be made in adapting the invention to different embodiments without departing from the broader inventive concepts disclosed herein and comprehended by the claims that follow.

We claim:

1. Apparatus for removably holding and positioning a plurality of electromagnetic energy applicators in a urethral passage extending through a prostate gland, comprising:

a flexible urinary catheter having substantially tubular shape and an insertion end for insertion through the urethral passage and bladder neck into the bladder, said catheter providing a fluid drainage means to remove fluid filling the bladder;

5,220,927

**17**

balloon means mounted on the urinary catheter near the insertion end and adapted to be inserted into the bladder with the insertion end of the urinary catheter;

means for inflating the balloon means after insertion of the balloon means into the bladder, whereby the inflated balloon means will seat in the bladder neck to thereby hold the inserted urinary catheter in fixed position in the urethral passage;

a plurality of applicator receiving passages each sized to removably receive an electromagnetic energy applicator therein, said applicator receiving passages extending along the length of the urinary catheter a predetermined distance toward the insertion end thereof so that with the insertion end of the urinary catheter in the bladder, the balloon means inflated, and the urinary catheter fixed in place in the bladder, said applicator receiving passages extend substantially through the prostate gland whereby an electromagnetic energy applicator inserted into an applicator receiving passage can be positioned in the applicator receiving passage within the prostate gland so that electromagnetic energy applied by the applicator will cause heating of the prostate tissue surrounding the applicator; and

a plurality of electromagnetic energy applicators, an applicator of the plurality of applicators being removably received within each of the applicator receiving passages.

2. Apparatus according to claim 1, wherein a plurality of applicator receiving passages are provided uniformly spaced about the perimeter of the urinary catheter.

3. Apparatus according to claim 2, wherein there are three applicator receiving passages.

4. Apparatus according to claim 1, wherein the applicator receiving passages are formed by applicator tubes secured to the urinary catheter by gluing.

5. Apparatus according to claim 4, wherein the applicator tubes are secured to the urinary catheter by a silicone rubber adhesive.

6. Apparatus according to claim 1, additionally including a temperature sensor receiving passage sized to receive a temperature sensor therein, said temperature sensor receiving passage extending along the length of the urinary catheter a predetermined distance toward the insertion end thereof so that with the insertion end of the urinary catheter in the bladder, the balloon means inflated, and the urinary catheter fixed in place in the bladder, said temperature sensor receiving passage extends through a desired portion of the prostate gland whereby a temperature sensor inserted into the temperature sensor receiving passage can be positioned in the temperature sensor receiving passage within the prostate gland so that the temperature of the prostate tissue surrounding the urethral passage through the desired portion of the prostate gland can be measured.

7. Apparatus according to claim 6, wherein the temperature sensor receiving passage is formed by a temperature sensor tube secured to the urinary catheter by gluing.

8. Apparatus according to claim 1, wherein the inserted electromagnetic energy applicators are microwave antennae.

9. Apparatus according to claim 1, wherein the inserted electromagnetic energy applicators operate as capacitive electrodes when electromagnetic energy

**18**

below microwave frequencies is applied by said applicators.

10. Apparatus according to claim 9, wherein the plurality of applicator receiving passages are provided around the perimeter of the urinary catheter and each of the inserted electromagnetic energy applicators apply electromagnetic energy of a differing phase so that heating currents will pass through the prostate tissue between the applicators.

11. Apparatus according to claim 10, additionally including an electromagnetic energy generator, said electromagnetic energy generator including a source of electromagnetic energy and a phase transforming power divider means connected between the source of electromagnetic energy and the inserted electromagnetic energy applicators, wherein the phase transforming power divider means provides power of differing phase to each of the inserted applicators, and wherein the differing phase provided by said phase transforming power divider means is defined as 360 degrees divided by the number of inserted applicators.

12. Apparatus according to claim 9, additionally including an electromagnetic energy generator which generates signals of opposing phase, means connecting the inserted electromagnetic energy applicators to the electromagnetic energy generator to provide electromagnetic energy of common phase to the inserted electromagnetic energy applicators, an additional electrode, and means connecting the additional electrode to the electromagnetic energy generator to provide electromagnetic energy of opposing phase to the additional electrode so that heating currents will pass through the prostate tissue between the inserted applicators and the additional electrode.

13. A system for heating the prostate gland, comprising:

a flexible urinary catheter having substantially tubular shape and an insertion end for insertion through the urethral passage and bladder neck into the bladder, said catheter providing a fluid drainage means to remove fluid filling the bladder;

balloon means mounted on the urinary catheter near the insertion end and adapted to be inserted into the bladder with the insertion end of the urinary catheter;

means for inflating the balloon means after insertion of the balloon means into the bladder, whereby the inflated balloon means will seat in the bladder neck to thereby hold the inserted urinary catheter in fixed position in the urethral passage;

a plurality of applicator receiving passages each sized to removably receive an electromagnetic energy applicator therein, said applicator receiving passages extending along the length of the urinary catheter a predetermined distance toward the insertion end thereof so that with the insertion end of the urinary catheter in the bladder, the balloon means inflated, and the urinary catheter fixed in place in the bladder, said applicator receiving passages extend substantially through the prostate gland whereby an electromagnetic energy applicator inserted into an applicator receiving passage can be positioned in the applicator receiving passage within the prostate gland so that electromagnetic energy applied by the applicator will cause heating of the prostate tissue surrounding the applicator;

19

a plurality of electromagnetic energy applicators, an electromagnetic energy applicator of the plurality of electromagnetic energy applicators being inserted into each of the respective applicator receiving passages of the plurality of applicator receiving passages;

an electromagnetic energy generator operatively coupled to the plurality of electromagnetic energy applicators for supplying electromagnetic energy to the applicators;

temperature sensor means for sensing the temperature of a selected portion of the prostate gland during heating and producing output signals representative of the temperature sensed;

temperature setting means for providing a reference signal representative of the desired temperature to which the prostate gland is to be heated; and

control means for comparing the signal representative of the temperature sensed and the reference signal and providing a control signal to the electromagnetic energy generator to control the electromagnetic energy supplied by the generator to the applicators to maintain the temperature of the prostate tissue surrounding the applicators substantially at the desired temperature.

14. A system according to claim 13, wherein the inserted electromagnetic energy applicators are microwave radiating antennae.

15. A system according to claim 14, wherein the microwave antennae are microwave interstitial coaxial cable applicators.

16. A system according to claim 13, wherein the plurality of applicator receiving passages are provided around the perimeter of the urinary catheter, wherein an applicator is inserted into each of the applicator receiving passages, wherein the inserted applicators operate as capacitive electrodes, and wherein the electromagnetic energy generator supplies electromagnetic energy of below microwave frequencies and of differing phase to each of said applicators so that heating current will pass through the prostate tissue between the applicators

17. A system according to claim 16, wherein the electromagnetic energy generator includes a phase transforming power divider means for providing power of differing phase to each of the inserted applicators and wherein the differing phase provided to each applicator is defined as 360 degrees divided by the number of inserted applicators.

18. A system according to claim 16, wherein the inserted electrode applicators have a heating portion and a non-heating interconnecting portion, and wherein the heating portion has increased capacitance to tissue adjacent thereto compared to the interconnecting portion.

19. A system according to claim 13, wherein the inserted electromagnetic energy applicators operate as capacitive electrodes, wherein the system includes an additional electrode operatively coupled to the electromagnetic energy generator and adapted to be spaced from the inserted applicators and operatively coupled to the body in which the prostate to be heated is located, and wherein the electromagnetic energy generator provides electromagnetic energy of one phase to the inserted applicators and electromagnetic energy of differing phase to the additional electrode so that heating currents will pass between the inserted applicators and the additional electrode.

20

20. A system according to claim 19, wherein the inserted electrode applicators have a heating portion and a non-heating, interconnecting portion, and wherein the heating portion has increased capacitance to the tissue adjacent thereto compared to the interconnecting portion.

21. A system according to claim 19, wherein the additional electrode has a larger surface contact area than the inserted applicators, and wherein the additional electrode is adapted to be placed in contact with a portion of the outer skin surface of the body.

22. A system according to claim 19, wherein the additional electrode has a larger surface contact area than the inserted applicators, and wherein the additional electrode is adapted to be placed in the rectal passage adjacent to the prostate gland region.

23. A system according to claim 19, wherein the additional electrode has a larger surface contact area than the inserted applicators, and wherein the additional electrode is adapted to be capacitively coupled to a portion of the outer skin surface of the body.

24. A system for heating the prostate gland, comprising:

a flexible urinary catheter having substantially tubular shape and an insertion end for insertion through the urethral passage and bladder neck into the bladder, said catheter providing a fluid drainage means to remove fluid filling the bladder;

balloon means mounted on the urinary catheter near the insertion end and adapted to be inserted into the bladder with the insertion end of the urinary catheter;

means for inflating the balloon means after insertion of the balloon means into the bladder, whereby the inflated balloon means will seat in the bladder neck to thereby hold the inserted urinary catheter in fixed position in the urethral passage;

at least one applicator receiving passage sized to receive an electromagnetic energy applicator therein, said at least one applicator receiving passage extending along the length of the urinary catheter a predetermined distance toward the insertion end thereof so that with the insertion end of the urinary catheter in the bladder, the balloon means inflated, and the urinary catheter fixed in place in the bladder, said at least one applicator receiving passage extends substantially through the prostate gland whereby an electromagnetic energy applicator inserted into the applicator receiving passage can be positioned in the applicator receiving passage within the prostate gland so that electromagnetic energy applied by the applicator will cause heating of the prostate tissue surrounding the applicator;

at least one electromagnetic energy applicator inserted into the at least one applicator receiving passage;

an electromagnetic energy generator operatively coupled to the at least one electromagnetic energy applicator for supplying electromagnetic energy to the at least one applicator;

temperature sensor means for sensing the temperature of the prostate gland during heating and producing output signals representative of the temperature sensed;

temperature setting means for providing a reference signal representative of the desired temperature to which the prostate gland is to be heated; and

5,220,927

21

control means for comparing the signal representative of the temperature sensed and the reference signal and providing a control signal to the electromagnetic energy generator to control the electromagnetic energy supplied by the generator to the at 5

22

least one applicator to maintain the temperature of the prostate tissue surrounding the at least one applicator substantially at the desired temperature

*   *   *   *   *

10

15

20

25

30

35

40

45

50

55

60

65

# EXHIBIT B

US006216703B1

(12) **United States Patent**
**Manker et al.**

(10) **Patent No.: US 6,216,703 B1**
(45) **Date of Patent: Apr. 17, 2001**

(54) **THERAPEUTIC PROSTATIC THERMOTHERAPY**

(75) Inventors: **Charles F. Manker**, Lake Forest, IL (US); **Aaron P. Perlmutter**, New York, NY (US); **Theron N. Schaefermeyer**, North Salt Lake, UT (US); **Dixie T. Sells**, Sandy, UT (US); **Paul F. Turner**, North Salt Lake, UT (US)

(73) Assignee: **TherMatrx, Inc.**, Bannockburn, IL (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/130,708**

(22) Filed: **Aug. 6, 1998**

**Related U.S. Application Data**

(60) Provisional application No. 60/084,714, filed on May 8, 1998.

(51) **Int. Cl.**[7] **A61B 19/00**

(52) **U.S. Cl.** **128/898**; 606/41; 606/31; 607/102; 607/156

(58) **Field of Search** 606/27–31; 607/96, 607/98–105, 156; 604/114, 22; 128/898

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,967,765 * | 11/1990 | Turner et al. | 607/154 |
| 5,007,437 * | 4/1991 | Sterzer | 607/156 |
| 5,197,940 | 3/1993 | Sievert et al. | |
| 5,354,325 | 10/1994 | Chive et al. | |
| 5,480,417 * | 1/1996 | Hascoet et al. | 607/101 |
| 5,540,655 * | 7/1996 | Edwards et al. | 604/22 |
| 5,542,916 | 8/1996 | Hirsch et al. | |
| 5,571,153 * | 11/1996 | Wallstén | 607/98 |
| 5,620,480 | 4/1997 | Rudie | |
| 5,733,316 * | 3/1998 | Tierney et al. | 607/101 |
| 5,895,356 * | 4/1999 | Andrus et al. | 600/439 |

FOREIGN PATENT DOCUMENTS

WO 97/01374 1/1997 (WO)

OTHER PUBLICATIONS

"Critical Evaluation of Treatment Modalities in Local Hyperthermia of the Prostate" pp. 336–337 in *Benign Prostate Hyperplasia: Innovations in Management*, Petrovich & Baert (Eds.) Springer Verlag Publishing (1994).

Baert et al. "Transurethral Microwave Hyperthermia for Benign Prostatic Hyperplasia: The Leuven Clinical Experience" *Journal of Endourology*, vol. 7 (No. 1) pp. 61–69 (1993).

Baert et al. "Transurethral Microwave Hyperthermia for Benign Prostatic Hyperplasia: Preliminary Clinical and Pathological Results" *The Journal of Urology*, vol. 144, pp. 1383–1387 (Dec. 1990).

"Treatment Results with Transurethral Hyperthermia in Patients with Benign Prostatic Hyperplasia" pp. 317–327 in *Benign Prostate Hyperplasia: Innovations in Management*, Petrovich & Baert (Eds.) Springer Verlag Publishing (1994).

Bernier et al. "Thermal Therapy in the Treatment of Benign Prostatic Hyperplasia" *Current Opinion in Urology*, vol. 7, pp. 15–20 (1997).

(List continued on next page.)

*Primary Examiner*—Michael Peffley
(74) *Attorney, Agent, or Firm*—Leydig, Voit & Mayer, Ltd.

(57) **ABSTRACT**

The present invention provides a method of treating a prostate in a patient in need thereof and a heating catheter, or an electromagnetic radiation applicator, system suitable for effecting the present inventive method. The present inventive method provides for substantial unexpected improvement in patient outcome by providing, inter alia, a preferred therapeutic temperature for thermotherapy of the prostate and a method of decreasing a patient's intolerance due to pain. The present inventive system provides for, inter alia, automatic implementation of the present inventive method.

**39 Claims, 4 Drawing Sheets**



US 6,216,703 B1

Page 2

OTHER PUBLICATIONS

Bhanot et al "A Radiofrequency Method of Thermal Tissue Ablation for Benign Prostatic Hyperplasia" *Urology*, vol 45 (No 3) pp 427–434 (Mar 1995)

Carter et al "Single–Session Transurethral Microwave Thermotherapy for the Treatment of Benign Prostatic Obstruction" *Journal of Endourology*, vol 5 (No 2) pp 137–144 (1991)

Corica et al "Transurethral Radio Frequency Thermotherapy for Syptomatic Benign Prostatic Hyperplasia" *EurUrol*, vol 23, pp 312–317 (1993)

De la Rosette et al "Current Status of Thermotherapy of the Prostate" *The Journal of Urology* vol 157, pp 430–438 (Feb 1997)

Diederich et al "Combination of Implantable and Transurethral Ultrasound Applications for Prostate Thermal Therapy" *Proceedings of the 1997 IEEE Ultrasonics Symposium*, Ontario, Canada, Oct 5–8, 1997 vol 2, pp 1337–1340 (Oct 5, 1997)

Devonec et al "Transurethral Microwave Heating of the Prostate—Or from Hyperthermia to Thermotherapy" *Journal of Endourology*, vol 5 (No 2) pp 129–135 (1991)

Devonec et al "Review: Transurethral Microwave Thermotherapy in Benign Prostatic Hyperplasia" *Journal of Endourology*, vol 7 (No 3) pp 255–259 (1993)

Devonec et al "Transurethral Microwave Thermotherapy (TUMT)" *1992 Monographs in Urology™*, vol 13 (No 4) pp 77–95 Stamey, Thomas A , Editor

Sapozink et al "Transurethral Hyperthermia for Benign Prostatic Hyperplasia: Preliminary Clinical Results" *The Journal of Urology*, vol 143, pp 944–950 (May 1990)

Vandenbossche et al "(TURF) Transurethral Radiofrequency Heating for Benign Prostatic Hyperplasia at Various Temperatures with Thermex II®: Clinical Experience" *Eur Urol*, vol 23, pp 302–306 (1993)

Viguier et al "Benign Prostatic Hypertrophy Treatment by Transurethral Radiofrequency Hyperthermia with Thermex II" *Eur Urol*, vol 23, pp 318–321 (1993)

Baba et al , *Journal of Endourology*, 6(5): 371–376 (1992)

Beaven et al , *Urology*, : 251–254 (1992) in Prostatron 1997 Thermotherapy Compendium (Re–Published by EDAP Technomed. Inc Cambridge. Mass )

Blute, 3 pages Reprinted From A U A Today, 6(11) (1993) in Prostatron 1997 Thermotherapy Compendium (Re–Published by EDAP Technomed, Inc Cambridge. Mass )

Blute et al , *The Journal of Urology*, 150: 1591–1596 (1993)

Blute, *Seminars in Urology*, XII(3): 181–191 (1994)

Devonec et al , *Eur. Urol* 23: 267–274 (1993)

Diederich et al , *Curr. Opinion in Urology*, 5: 3–9 (1995)

Devonec et al , *Curr. Opinion in Urology*, 3:202–208 (1993)

De Wildt et al , *British Journal of Urology*, 76: 531–538 (1995)

Hölner et al , "Changes In Outflow Obstruction Following Transurethral Microwave Thermotherapy." (Original Source Unknown) (1995) in Prostatron 1997 Thermotherapy Compendium (Re–Published by EDAP Technomed, Inc Cambridge. Mass )

Homma et al , *Journal of Endourology*, 7: 261–265 (1993)

Perlmutter, "Prostatic Heat Treatments" in *Alternate Methods in the Treatment of Benign Prostatic Hyperplasia* (Romas and Vaughan, Eds ) pp 133–155 (1993)

Tubaro et al . *Eur. Urol* 23: 285–291 (1993)

Walden et al , *British Journal of Urology*, 81: 817–822 (1998)

Watson et al , *World Journal of Urology*, 9: 7–11 (1991)

* cited by examiner



**FIG. 1**



FIG. 2



FIG. 3



FIG. 4

1

# THERAPEUTIC PROSTATIC THERMOTHERAPY

## CROSS-REFERENCE TO RELATED APPLICATION

This application is a continuation-in-part of copending application Ser. No. 60/084,714, filed May 8, 1998

## TECHNICAL FIELD OF THE INVENTION

The present invention relates to the heat treatment of prostate disorders, including, but not limited to, benign prostatic hyperplasia, prostatitis, and prostatic malignancy

## BACKGROUND OF THE INVENTION

Use of heating or energy radiating devices, particularly microwave radiating devices, to administer heat for the treatment of various diseases of the prostate have been demonstrated to provide efficacious treatment of various prostate conditions (Devonec et al., *Monographs in Urology,* 13, 77–95 (1992); De La Rosette et al., *J. Urology,* 157, 430–438 (1997); Devonec et al., *J. Endourology,* 5, 129–135 (1991); Bernier et al., *Curr. Opin. Urol.,* 7, 15–20 (1997)) Research has indicated that the cellular transformations brought about by raising tissue temperatures above certain levels can be used therapeutically At temperatures above 45° C., thermal damage has been found to occur to cells, even when the exposure to the elevated temperatures lasts for even a short period of time Thermal therapy has been defined as the process of heating tissue to greater than 45° C to create necrosis Both normal and abnormal cells respond to thermal exposure Accordingly, therapies using heat have relied on healthy tissue regeneration after the delivery of a "thermal dose." A thermal dose is a quantity which is indicative of the biological impact of elevated temperature maintained for a period of time For the purposes of the present invention, thermal dosages can be calculated according to the method of Sapareto et al., *International Journal of Radiation Oncology, Biology, Physics,* 10, 787–800 (1984), except that the breakpoint of 45° C., rather than 43° C is used for non-malignant tissues That is, for the purposes of the present invention, thermal dose measured in Equivalent 45° C hours is equal to the sum of the products of one-half of the treatment temperature in excess of 45° C times the duration at that time, or

$$\sum_{t=0}^{t=final} 0.5^{(45-T)} \Delta t$$

wherein T is temperature in degrees centigrade and t is time in hours.

A variety of different methods have been developed to deliver therapeutically effective quantities of heat to the prostate, including ultrasound delivery devices, RF delivery devices and hot water-recirculating catheters One such device is the "WIT" hot water recirculating catheter, which is manufactured by ArgoMed, Inc of Parsippany, New Jersey (USA) Another such device is the "Thermex II", which is manufactured by Direx Systems, Ltd While hot water recirculating catheters are useful in the context of the present invention, a significant drawback is that it is difficult to apply an accurate thermal dose to the prostatic urethra while simultaneously avoiding delivery of a therapeutic dose of heat to non-target tissues such as the penis Moreover, the design of hot water recirculating catheters can make accurate placement of the heating zones within the patient more

2

difficult A limitation to the usage of RF applicators is their relatively poor ability to penetrate tissue, often resulting in superficial treatment of the prostatic tissue

A more preferred method to deliver thermotherapy in the context of the present invention is via a urethrally-inserted catheter with an imbedded microwave antenna A cooling device is typically incorporated into microwave emitting catheters so that urethral tissue proximal to the microwave antenna is cooled The addition of this feature has been directed at preserving the prostatic urethra, thereby reducing treatment discomfort and post-treatment recovery time A temperature or energy measurement device can be used during treatments so that a thermal dose can be measured Treatments utilizing this approach include TransUrethral Microwave Thermotherapy (TUMT) One disease currently treated by TUMT is Benign Prostatic Hyperplasia (BPH) The therapeutic effect of such therapies can be measured in any suitable manner For example, therapy can be measured by an improvement in the AUA symptom score, or by an improvement in the Madsen-Iversen score, an improvement in urine flow, an improvement in urethral diameter, or the like

The objective of TUMT of BPH is to destroy a portion of the prostatic tissue, while preserving the tissue immediately adjacent to the prostatic urethra and the tissue immediately adjacent to the same Current opinion in the field is that the greater the tissue destruction in the prostate, the more beneficial the treatment (De La Rosette et al., supra) Therefore, current device and therapy design is directed at improving the maximum heat dose over the shortest period of time In that regard, typical maximum temperatures frequently reach 65° C or greater within the prostate Unfortunately, this has a number of undesirable side-effects For example, with prior art TUMT methods, hematuria rates typically exceed 30%, rates of urinary retention requiring long term catheterization usually exceeds 20%, rates of urethral bleeding not merely due to catheterization exceed 5%, and rates of urinary tract infection, ejaculatory disturbances, inflammation in the urethra, chronic incontinence, and impotence are all statistically significant and exceed about 1 5%

There are, however, other delivery methods which utilize non-cooled radiation applicators and require the delivery of multiple treatments at relatively low temperatures (45° C–47° C and lower) The objective of these methods is to obtain a therapeutic benefit while avoiding temperature ranges that are commonly thought to cause patient intolerance and give rise to significant side effects The problem with these methods is that the data suggest, and current published opinion in the art states, that efficacy is reduced In addition, multiple treatment sessions are required at these relatively low temperatures which is inconvenient and uncomfortable for the patient and economically disadvantageous for the physician

One significant drawback to other TUMT devices and therapies is that they are frequently painful for the patient and require the use of narcotic analgesics to control pain This makes current TUMT inconvenient, limits the use of the therapy, adds to the expense and recovery time, and can potentially result in patient loss

A further drawback to other TUMT devices is the requirement for multiple treatment sessions and its limited efficacy Thus, the economics of the treatment are severely limited

The electromagnetic radiation applicator systems developed for the treatment of BPH have limited the ability of the skilled artisan to control urethral and prostate temperatures Many prior art radiation applicator devices have controlled

3

the heating of the prostate by simply controlling the power supplied to the heating unit This method of controlling the heating is typically necessary when the catheter system is used in conjunction with a surface cooling device, because the surface cooling device alters measured temperatures Non-cooled catheter systems (see, e g , U S Pat. No. 4,967,765 to Turner et al) have the ability to monitor surface temperatures more accurately than cooled catheter systems However, these devices have also been constructed in a manner to limit complexity and cost Accordingly, prior art catheter systems have been capable of heating tissue to a pre-selected temperature and maintaining the tissue at that temperature, but have not incorporated the more advanced features of the present invention Other catheter designs useful in the context of the present inventive system have been commercially developed, e g , by EDAP/Technomed and Urologix While these other catheter designs are well known in the art. other examples are disclosed, e g , by U S Pat Nos 4,620,480 and 5,628,770

In view of the foregoing problems, there is a need for prostatic thermotherapy, particularly for BPH that is cost-effective, eliminates the use of general anesthesia and obviates the need for a cooled catheter There is also a need for a prostatic thermotherapy that reduces non-beneficial side effects of previous methods

The present invention provides such a method and related devices These and other advantages of the present invention, as well as additional inventive features, will be apparent from the description of the invention provided herein

### BRIEF SUMMARY OF THE INVENTION

The present invention provides a method of heat treating a patient's prostate tissue and devices, programs, and systems useful in practicing the present inventive method

Surprisingly, it has now been found that the maximum urethral temperature that can be tolerated by patients to whom narcotic analgesics or general anesthesia have not been administered exceeds the previously art-accepted maximum of 45° C –47° C , under selected conditions It has also now been found that the side-effects which have been reported to accompany high temperature treatment of the prostate are substantially reduced by use of the method of the present invention when the maximum urethral temperature is kept below about 57° C Moreover, it has been surprisingly discovered that preservation of the prostatic urethra is not an important parameter of the thermotherapy of the prostate On the contrary, the urethra and the urethrally proximal portions of the prostate are the tissues in which heating is desired in the present inventive method Thus, the present invention provides a method of heat treating a patient's prostate tissue wherein the temperature of the prostate tissue is raised from an initial temperature below the destination temperature, to a destination temperature in the range of from 49° C to almost 57° C. The destination temperature is maintained for a period of time sufficient to administer a sufficient amount of heat to achieve a therapeutic effect on the prostate

It has now been found that by allowing a patient to acclimatize to elevated urethral temperatures the patient's threshold of pain, with or without antiinflammatory analgesics, is elevated to about 60° C Thus, the present invention provides a method of prostatic thermotherapy wherein the maximum urethral temperature is raised to an elevated temperature which exceeds the previous art-accepted maximum by elevating the method temperature in such a manner so as to allow the patient to acclimatize the

4

temperature elevation procedure The rate at which the temperature can be raised from 37° C to the range of about 42° C and 46° C can be relatively rapid In keeping with the inventive method, it is desirable for the rate at which temperature is elevated from about 44° C to the destination temperature to occur more slowly Further, the rate of rise in temperature preferably decreases as the maximum urethral temperature approaches the destination temperature In general, the rate of increase in temperature according to the present invention varies between 1° C per 0 5 minutes to 1° C per 15 minutes In order to allow better patient acclimatization, the rate of change in the temperature preferably does not exceed 5 1° C per minute, and more preferably does not exceed 1° C per 2 minutes However, it is desirable to physician and patient to minimize the amount of time required for therapy In order to reduce the amount of time required to acclimate the patient to elevated urethral temperatures, the rate of temperature rise can be increased to 1° C per 10 minutes near the destination temperature and to about 1° C per 2 minutes at the lower temperatures The total time to raise the urethral temperatures from 37° C to the destination temperature preferably ranges from 15 minutes to 2 hours, and more preferably is from 20 to 45 minutes Moreover, it will be appreciated that the temperature rise can be continuous or discontinuous (i e , "stepped")

The invention can best be understood with reference to the accompanying drawings and in the following detailed description of the preferred embodiments

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG 1 is a block diagram of a urethral insertable electromagnetic radiation applicator system according to an embodiment of the present invention

FIG 2 is a block diagram of the temperature control system and the microwave applicator of the system illustrated in FIG 1

FIG 3 is a flow chart of a temperature control program for regulating the temperature of body tissue heated by the microwave applicator of FIG 2

FIG 4 is a block diagram of a urethral insertable applicator system suitable for carrying out the present inventive method

### DESCRIPTION OF THE PREFERRED EMBODIMENTS

The present invention provides a method of heat treating a patient's prostate tissue and devices, programs, and systems useful in practicing the present inventive method

Surprisingly, it has now been found that the maximum urethral temperature that can be tolerated by patients to whom narcotic analgesics or general anesthesia have not been administered exceeds the previously art-accepted maximum of 45° C –47° C , under selected conditions It has also now been found that the side-effects which have been reported to accompany high temperature treatment of the prostate are substantially reduced by use of the method of the present invention when the temperature is kept below about 57° C Moreover, it has been surprisingly discovered that preservation of the prostatic urethra is not an important parameter of the thermotherapy of the prostate On the contrary, the urethra and the urethrally proximal portions of the prostate are the tissues in which heating is desired in the present inventive method Thus, the present invention provides a method of heat treating a patient's prostate tissue

US 6,216,703 B1

5

wherein the temperature of the prostate tissue is raised from an initial temperature below the destination temperature, to a destination temperature in the range of from 49° C. to almost 57° C. The destination temperature is maintained for a period of time sufficient to administer a sufficient amount of heat to achieve a therapeutic effort on the prostate

It has now been found that by allowing a patient to acclimatize to elevated urethral temperatures the patient's threshold of pain, with or without antiinflammatory analgesics, is elevated to about 60° C. Thus, the present invention provides a method of prostatic thermotherapy wherein the maximum urethral temperature is raised to an elevated temperature which exceeds the previous art-accepted maximum by elevating the method temperature in such a manner so as to allow the patient to acclimatize the temperature elevation procedure. The rate at which the temperature can be raised from 37° C. to the range of about 42° C and 46° C. can be relatively rapid. In keeping with the inventive method, it is desirable for the rate at which temperature is elevated from about 44° C. to the destination temperature to occur more slowly. Further, the rate of rise in temperature preferably decreases as the maximum urethral temperature approaches the destination temperature. In general, the rate of increase in temperature according to the present invention varies between 1° C. per 0.5 minutes to 1° C. per 15 minutes. In order to allow better patient acclimatization, the rate of change in the temperature preferably does not exceed 1° C. per minute. and more preferably does not exceed 1° C. per 2 minutes. However, it is desirable to physician and patient to minimize the amount of time required for therapy. In order to reduce the amount of time required to acclimate the patient to elevated urethral temperatures, the rate of temperature rise can be increased to 1° C. per 10 minutes near the destination temperature and to about 1° C. per 2 minutes at the lower temperatures. The total time to raise the urethral temperatures from 37° C. to the destination temperature preferably ranges from 15 minutes to 2 hours, and more preferably is from 20 to 45 minutes. Moreover, it will be appreciated that the temperature rise can be continuous or discontinuous (i.e., "stepped")

The total amount of heat delivered to the patient is also an important parameter of the present inventive method. While patients are able to acclimate to temperatures up to about 60° C. if the rate of tissue temperature increase is controlled, it is desirable to control the total amount of heat administered

6

to ensure both effective therapy and minimization of side effects. The administration of heat can be quantified by any suitable measurement, however, it is preferable to approximate the quantity of heat administered using the method of Saparcto et al., *International Journal of Radiation Oncology, Biology, Physics,* 10, 787–800 (1984), modified such that the breakpoint of 45° C., rather than 43° C. is used for non-malignant tissues. Thus, while it is only an approximation of the actual thermal dose administered, for the purpose of the present invention, thermal dose measured in equivalent 45° C. hours (or equivalent 45° C. minutes) is equal to the sum of the products of one-half raised to the result of 45 minus the treatment temperature times the duration of time at that temperature, or

$$\sum_{t=0}^{t=t_{final}} 0.5^{(45-T)} \Delta t$$

wherein T is temperature in degrees centigrade and t is time in hours (or minutes). For purpose of the present invention, the contribution of temperatures to the thermal dose below 45° C. can be ignored

Table 1, below. illustrates several heating protocols, (utilized after heating to about 44° C.) that are suitable in the context of the present invention. Each protocol is identified by a letter, A through H. Protocol A defines one preferred embodiment. Protocols B and C define embodiments in which the destination temperature is held for a shorter periods of time, while in the embodiment of protocols D and E the final destination temperature is held for a longer period of time (relative to protocol A). Protocol F defines an embodiment in which the destination temperature is the lowest amongst the illustrated embodiments. Protocol G defines an embodiment in which the destination temperature is higher than the destination temperature of Protocols A–F. Protocol H, which is an operable, but not preferred embodiment of the present invention, illustrates that it is difficult to achieve both pain tolerance (through the use of tolerable rates of temperature increase) and to avoid delivering a thermal dose in excess of about 30,000 equivalent 45° C. minutes (about 500 equivalent 45° C. hours). This is because 1 minute at 60° C. is equivalent to 16,384 equivalent 45° C. minutes, without calculating any temperature ramp time between body temperature and 60° C.

TABLE 1

| Measured Urethral Temperature in Celsius | Time at Measured Temperature in Minutes | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Protocol: | A | B | C | D | E | F | G | H |
| 44.0 | 1–2 | 1–2 | 1–2 | 1–2 | 1–2 | 1–2 | 1–2 | 1–2 |
| 45.0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 45.5 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 46.0 | 2 | 2 | 2 | 2 | 2 | 2 | 1 | 1 |
| 46.5 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 47.0 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| 47.5 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| 48.0 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| 48.5 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| 49.0 | 3 | 3 | 3 | 3 | 3 | 100 | 3 | 3 |
| 49.5 | 2 | 2 | 2 | 2 | 2 | | 2 | 2 |
| 50.0 | 3 | 3 | 3 | 3 | 3 | | 3 | 3 |
| 50.5 | 2 | 2 | 2 | 2 | 2 | | 2 | 2 |
| 51.0 | 45 | 20 | 30 | 75 | 90 | | 3 | 3 |

US 6,216,703 B1

7                                                                8

TABLE 1-continued

| Measured Urethral Temperature in Celsius | Time at Measured Temperature in Minutes | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Protocol: | A | B | C | D | E | F | G | H |
| 51.5 | | | | | | | 3 | 3 |
| 52.0 | | | | | | | 3 | 3 |
| 52.5 | | | | | | | 3 | 3 |
| 53.0 | | | | | | | 4 | 4 |
| 53.5 | | | | | | | 3 | 3 |
| 54.0 | | | | | | | 4 | 4 |
| 54.5 | | | | | | | 3 | 3 |
| 55.0 | | | | | | | 4 | 4 |
| 55.5 | | | | | | | 4 | 4 |
| 56.0 | | | | | | | | 4 |
| 56.5 | | | | | | | | 5 |
| 57.0 | | | | | | | | 4 |
| 57.5 | | | | | | | | 4 |
| 58.0 | | | | | | | | 5 |
| 58.5 | | | | | | | | 4 |
| 59.0 | | | | | | | | 5 |
| 59.5 | | | | | | | | 4 |
| 60.0 | | | | | | | | 5 |
| Approximate Thermal Dose (eqv 45° C hrs): | 54 | 27 | 38 | 86 | 102 | 28 | 300 | 4160 |
| Approximate Thermal Dose (eqv 45° C min): | 3230 | 1630 | 2270 | 5150 | 6110 | 1670 | 40600 | 249,600 |

Preferably, the gradual increase in temperature is automatically regulated. Accordingly, for electromagnetic radiating catheters, it is preferable for the power source that provides the energy to the radiation applicator be in operable association with urethral temperature sensors by way of a microprocessor, computer, or the like. Similarly, for heating catheters (e.g., hot water heaters) it is preferable for an automatic regulator to control the temperature of the catheter positioned in the prostatic urethra.

The present invention also provides a surprisingly effective form of thermotherapy of the prostate. Prior art methods have called for maximum treatment temperatures at about 47° C or lower ("low temperature treatments") or at temperatures well in excess of 60° C ("high temperature treatments"). However, thermotherapy according to the present invention is advantageously conducted at a temperature of from 49° C to about 57° C, and preferably, at a temperature of from about 50° C to about 55° C. It will be appreciated that in a prostate in which the tissue temperature sensor measures a temperature of 51° C to 52° C that the actual range of temperatures in the heated tissue will vary and in isolated places can reach temperatures as high as 55° C. Tissue temperature variation is consequence of uneven dispersion of energy from the antenna or heating portion of the catheter, differential absorption of the dispersed energy by the targeted tissue, and variations in blood perfusion through the target tissue. Blood, of course, will be about 37° C in a human and acts as coolant. Preferably patient tissue is heated to a maximum average sensed temperature of about 51° C to about 52° C.

Thermotherapy conducted in this temperature range is more effective than that conducted at the lower temperature ranges and is not accompanied by an increase in side-effects (except for the need to anesthetize the patient with medication or acclimate the patient by gradually increasing urethral temperatures). Moreover, thermotherapy of the prostate performed in accordance with the present invention is accompanied by substantially fewer side effects such as, for example, hematuria, dysuria, tissue slough, retrograde ejaculation, extended catheterization and the like; see De La

Rosette et al., supra than thermotherapy performed at temperatures exceeding 60° C.

The temperature of the prostate is maintained at the destination temperature (regardless of whether the temperature is gradually or rapidly increased to the destination temperature) for a period of time suitable to effect a therapeutic result (e.g., a decrease in the AUA symptom score). Suitable times at the treatment temperature can be as short as about 0.5 minutes, but are preferably at least 30 minutes. Suitable times at the treatment temperature can be as long as desired, but in order to avoid overdosage of heat, undesirable side-effects, and loss of time, the time at the treatment temperature can be as long as about 4 hours, but preferably is not longer than about 2 hours, and more preferably is not longer than about 1 hour. Treatment time should take into account the thermal dose that is administered.

Heat treatment according to the present invention preferably provides the urethra proximal tissues with a heat dose that is sufficient to provide a therapeutic effect, but which is low enough to avoid excessive undesired side-effects. For example, treatment according to the present invention provides at least an estimated minimum cumulative thermal dose of at least about 1500 equivalent 45° C minutes (i.e., 25 equivalent 45° C hrs). More preferably, treatment according to the present invention provides at least about 2000 equivalent 45° C minutes. Treatment according to the present invention preferably provides an estimated maximum cumulative thermal dose which does not exceed about 30,000 equivalent 45° C minutes, and more preferably does not exceed about 20,000 equivalent 45° C minutes, and yet more preferably does not exceed about 7000 equivalent 45° C minutes.

The present inventive method is specifically designed to provide the highest temperatures in the prostatic urethra consistent with minimizing side effects and patient discomfort. The method is preferably accomplished in a straightforward method by not using a cooled catheter. A cooled catheter causes the peak temperatures to occur a well within the prostate away from the urethral walls. When a cooled catheter is used, measured tissue temperatures decline rap-

9

10

idly as the urethra is approached, such that the 2 mm of prostate tissue proximal to the urethra typically do not receive therapeutic quantities of heat However, rather than attempting to insulate these tissues, the present invention seeks to directly treat these tissues. When a heating catheter or non-cooled electromagnetic-radiating catheter is used the highest temperatures are reached in the urethra Temperature declines deeper into the prostate tissue away from the catheter Surprisingly, this heating pattern provides substantially more effective treatment

Moreover, high temperature prior art techniques have focused on ablation of deep prostate tissue with the idea that eliminating deep prostatic tissue mass would decrease the pressure on the urethra allowing better urine flow and other benefits In contrast, the present inventive method does not have the goal of decreasing prostate volume or mass and substantial changes in prostate volume or mass are not an expected outcome of the present inventive therapy While applicants did not wish to be bound to any particular theory, it is believed that the application of an appropriate dose of heat to the prostatic urethra and the urethrally proximal prostate tissue causes a change in sensation It is not known whether this change in sensation is accompanied by physical changes to the nerve bundles extending along the urethra through the prostate, but it is conceivable that these neurons are the true targets of the thermotherapy In any event, while it is possible to use a catheter with a cooling device to practice the present invention, there is not a compelling medical reason to do so

By limiting all tissue temperatures to less than about 57° C., and preferably less than about 55° C., the substantial side-effects accompanying very high temperature thermal therapy are advantageously avoided Treatment according to the present invention is not unduly or intolerably painful However, pain relieving medication can be optionally administered Preferably, treatment according to the present invention does not require narcotic analgesics, however, the use of antiinflammatory analgesics and mild anxiolytics can be administered according to the judgement of the skilled clinician

The present inventive method can be carried out by any suitable device, FIG 4 provides a block diagram of a urethrally insertable heating applicator system suitable for implementing the present invention An example of the device illustrated in FIG 4 is provided below in FIG 1 The system includes a catheter 14 for insertion into the urethra The catheter 14 generally encloses an applicator (or fluid) 15 capable of passing energy through the wall of the catheter to body tissue, particularly a prostate gland undergoing treatment The enery applicator may be of any suitable design as described elsewhere herein, including, a design employing an ultrasound delivery device, an RF delivery device, a hot water-recirculating chamber, and more preferably, a microave applicator The system includes a temperature control system 16 for regulating the temperature of the tissue heated by the energy applicator 15

One aspect of the present invention provides a urethral insertable electromagnetic radiation applicator system suitable for implementing the present inventive method FIG 1 provides a block diagram of an example of a urethral insertable electromagnetic radiation applicator system according to an embodiment of the present invention The system includes a catheter 1 for insertion into the urethra The catheter 1 generally is adapted to enclose a microwave applicator 2 As illustrated in FIG 2, the microwave applicator includes an antenna 10 for radiating electromagnetic energy through the wall of the catheter to body tissue, particularly a prostate gland undergoing treatment

In this embodiment, the catheter 1 and the microwave applicator 2 may be variously configured, and can be similar to the catheter and the applicator disclosed in U.S. Pat No 4,967,765, the disclosure of which is hereby incorporated by reference in its entirety In the referenced document, the microwave applicator includes a helical coil antenna mounted inside a urethral catheter A suitable electrical connector, such as a coaxial cable connects the antenna to external excitation electronics The antenna delivers electromagnetic radiation through the wall of the catheter to heat tissue adjacent to the catheter Using a helical coil antenna is preferred to provide substantially uniform heating along the length of the antenna

According to an important aspect of the invention, the applicator system includes a temperature control system 3 for regulating the temperature of tissue heated by the microwave applicator 2 Although the temperature control system may be an open loop system or a closed loop system, in a preferred embodiment, the temperature control system 3 comprises a closed loop system In a most preferred embodiment, the temperature control system senses the temperature of tissue to being heated by the microwave applicator and regulates the electromagnetic energy output by the microwave applicator based on the sensed tissue temperature Regulating the electromagnetic energy output by the microwave applicator based on the sensed tissue-temperature is preferred, because the tissue temperature may be a non-linear function of applied electromagnetic energy More particularly, when electromagnetic energy is applied to tissue, such as the tissue of the prostate gland, the resulting temperature of the tissue depends on a variety of factors. for example, the blood flow to the tissue Moreover, the relationship between temperature and applied electromagnetic energy may vary from one patient to the next In conventional systems, the power applied to microwave applicators was simply increased in fixed power increments For example, the power was increased by x watts every y minutes Such a system is less preferred because of the variable relationship between applied electromagnetic energy and tissue temperature Thus, by controlling the applied electromagnetic energy based on an accurately sensed temperature, embodiment of the present invention are capable of accurately regulating tissue temperature, while accounting for variations in the tissue being heated

FIG 2 illustrates an example of a block diagram of the temperature control system 3 and the microwave applicator 2 according to a preferred embodiment of the invention In the illustrated embodiment, the temperature control system 3 comprises a temperature sensor 4 capable of sensing tissue temperature, signal conditioning circuitry 5 for conditioning the output signal from the temperature sensor 4. a microcontroller 6 for producing a temperature control signal based on the output signal from the temperature sensor 4, and an electromagnetic energy source 8 for applying electromagnetic energy to the antenna 10 The components illustrated in FIG 2 cooperate to control the temperature of tissue being treated in response to the sensed tissue temperature

The temperature sensor 4 may be variously configured For example, the temperature sensor 4 may comprise a thermistor or thermocouple capable of sensing the temperature of tissue, such as the tissue of the prostate gland In an alternative embodiment, the temperature sensor 4 may comprise a resistance temperature difference (RTD) sensor The temperature sensor 4 preferably produces an output signal, e.g., a voltage, indicative of the tissue temperature

The signal conditioning circuitry preferably receives the output signal from the temperature sensor and conditions the

11

signal for processing by the microcontroller 6 For example, the signal conditioning circuitry may include a low-pass filter for filtering noise from the signal from the temperature sensor 4 The signal conditioning circuitry may also include an amplifier, such as an operational amplifier, for amplifying the signal output from the temperature sensor 4 The gain of the operational amplifier is preferably selected so that the voltage range of the output signal of the signal conditioning circuitry matches the input voltage range of the microcontroller 6

The microcontroller 6 may be variously configured For example, the microcontroller 6 may comprise a microprocessor including internal memory circuits and analog to digital conversion circuitry, for processing the output signal from the signal conditioning circuitry and producing the temperature control signal Although the illustrated embodiment depicts a microcontroller having an internal analog to digital converter, the present invention is not limited to such an embodiment For example, the analog to digital converter may be external to the microcontroller 6 A temperature control program controls the microcontroller to output the temperature control signal based on the sensed tissue temperature The temperature control program may be stored in memory internally or externally to the microcontroller In an alternative embodiment, the temperature control program may be stored in a portable computer-readable storage medium, such as a magnetic disk or an optical disk Utilizing a temperature control program to produce the control signal is preferred because the program can be updated as treatment protocols, e g , treatment temperatures and/or durations, change

The present invention is not limited to utilizing a microcontroller 6 to produce the temperature control signal For example, analog or digital circuitry that performs equivalent functions to the microcontroller or the temperature control program is within the scope of the invention

An electromagnetic energy source 8 receives the temperature control signal from the microcontroller and applies electromagnetic energy to the antenna In a preferred embodiment, the electromagnetic energy source comprises an oscillator The frequency of oscillation of the oscillator is preferably selected for optimal heating of tissue within FCC regulations The oscillation frequency of the electromagnetic energy source is preferably selected to be about 915 MHz or about 12, in accordance with present FCC regulations. However, the present invention is not limited an oscillation frequency of 915 MHz For example, if another frequency is determined to be more therapeutically beneficial and/or FCC regulations change, the preferred frequency of oscillation may change accordingly

The antenna 10 receives the electromagnetic energy from the source 8 and radiates the energy to the tissue being treated As stated above, the antenna preferably comprises a helical coil antenna However, the present invention is not limited to helical coil antennas Any antenna that produces a substantially uniform radiation pattern over a desired area of treatment is within the scope of the invention

FIG 3 is a flow chart of an example of a temperature control program according to an embodiment of the present invention Once the catheter 1 is inserted into the urethra and the antenna is positioned near the prostate gland, the electromagnetic energy source is actuated In order to avoid having to anesthetize the patient, the program preferably increases the temperature in predetermined or specified increments and maintains the temperature at each increment for a predetermined or specified duration The temperature control program may store or calculate a plurality of desired

12

prostatic tissue temperatures and a treatment duration corresponding to each temperature The temperature sensor measures the tissue temperature The control program may sample the measured temperature and store the measured temperature in memory The program determines whether a first desired temperature level for treatment has been reached, i e , by comparing the measured temperature stored in memory to one of desired treatment temperatures If the first temperature has not been reached, the microcontroller continues increasing the temperature Once the first temperature has been reached, the microcontroller adjusts the temperature control signal to maintain the first temperature In order to maintain the first temperature, the microcontroller adjusts the temperature control signal based on the output signal from the temperature sensor, i e , by sampling and comparing the measured temperature to the first desired temperature

According to a preferred embodiment, the microcontroller also measures and controls the duration of treatment at each desired temperature This measurement may be performed by executing a timer routine once each desired temperature is reached The timer routine records the duration of the treatment at each desired temperature The program compares the recorded duration to a desired duration Once the desired duration has been reached, the program continues to the next processing step In an alternative embodiment, an external timer circuit may be coupled to the microcontroller to measure treatment duration

Once treatment occurs at a first desired temperature for a first desired time period, the control program determines whether the first temperature is the final or destination temperature in the processing routine If the first temperature is the final or destination temperature, the program deactivates the electromagnetic energy source and ends However, because the treatment preferably occurs at a plurality of different temperature levels, the temperature control program preferably increases the power level after the treatment at the first temperature so that treatment can occur at a second at a second temperature, preferably higher than the first temperature The control program preferably repeats these steps, i e , increasing the temperature until a desired temperature is reached, maintaining the temperature at the desired temperature for a desired duration, then increasing the temperature to the next level Because the power level is controlled based on the sensed tissue temperature, the control program automatically tailors itself to each patient

As stated above, the control program preferably steps through a plurality of temperature levels with predetermined or specified durations The predetermined or specified durations may be fixed or variable The number of levels, the temperature at each level, and the duration of each level are preferably selected to reduce patient discomfort and increase the effectiveness of treatment In a most preferred embodiment, the temperature levels and durations are selected as shown in Table 1 above

As illustrated in Table 1, a preferred embodiment of the treatment protocol begins at 44° C In order to reach a tissue temperature of 44° C , the control program may actuate the electromagnetic source at an initial level until 44° C is reached The program may increase the temperature in predetermined or specified steps, as illustrated in FIG 3 in order to reach 44° C In an alternative embodiment, since the low temperature portion, e g , between about 37° C and about 440° C , of the treatment protocol is not as important, the control program may actuate the electromagnetic energy source such that the antenna delivers one watt during each 30 second time internal until 44° C is reached Once 44° C

13

is reached, the temperature control program preferably controls the energy applied by the antenna based on the sensed tissue temperature as illustrated in Table 1 For example, when the tissue temperature measured by the temperature sensor is 44° C, the microcontroller executes a timer routine When the timer routine reaches 1 minute, the microcontroller preferably increases the power applied by the electromagnetic energy source to increase the tissue temperature to the next level, e g , 44 5° C When the tissue temperature measured by the temperature sensor reaches 44 5° C, the microcontroller preferably maintains that level and re-executes the timer routine In this manner, the microcontroller and the temperature sensor step through the desired treatment protocol Because the temperature increments according to Table 1 are relatively small, e g , about 0 5 degrees, the patient is able to acclimate to the elevated temperatures, discomfort is minimized, and the need for narcotic analgesics and/or general anesthesia is attenuated or eliminated

Once the destination temperature is reached and maintained for a desired time period, the control program deactuates the electromagnetic energy source and ends According to Table 1, the destination temperature is preferably 51° C and the treatment duration at that temperature is 45 minutes However, the present invention is not limited to a destination temperature of 51° for a duration of 45 minutes For example, the destination temperature is preferably between 49° C and about 57° C, and more preferably between about 50° C and about 55° C Also, the average maximum sensed temperature is between about 51° C and about 52° C The treatment duration at the destination temperature preferably does not exceed about 60 minutes

The present invention is not limited to the temperature below the destination temperature or the durations at these temperatures illustrated in Table 1 For example, the control program may control the tissue temperatures such that the temperature is increased in increments of about 1° C The treatment duration at each temperature is preferably selected to range from no less than about 30 seconds to no more than about 15 minutes, and more preferably no less than about 1 minute to no more than about 10 minutes, and even more preferably no less than about 2 minutes to no more than about 5 minutes The longer the duration at each temperature, the lower the discomfort level of the patient On the other hand, increasing the duration also increases treatment time Thus, the upper limit of about 15 minutes per degree is preferably not exceeded

Although increasing the temperature in predetermined or specified steps is preferred, the present invention is not limited to such an embodiment For example, the control program may implement a slow ramping function from an initial temperature to a destination temperature The initial temperature may be about 37° C The destination temperature may be about 51° C In order to implement the ramping function the temperature control program may actuate the electromagnetic energy source The temperature sensor measures the tissue temperature The temperature control program may sample and store values corresponding to the measured temperature The control program may determine the rate of change of the temperature signal, i e , by differentiating the temperature signal utilizing the stored values The control program may compare the calculated rate of change to a desired rate of change If the rate of change in temperature is greater than the desired rate of change, the temperature sensor decreases the energy supplied by the electromagnetic energy source If the rate of change in temperature is less than the desired rate of change, the

14

temperature sensor decreases the power supplied by the electromagnetic energy source If the rate of change is less than a desired rate of change, the temperature control program increases the energy supplied by electromagnetic energy source The desired rate of increase in temperature may be fixed or variable Once the destination temperature is reached, the temperature control program preferably maintains the destination temperature for a predetermined or specified time period, as described above

All of the references cited herein, including patents, patent applications, and publications, are hereby incorporated in their entireties by reference

While this invention has been described with an emphasis upon preferred embodiments, it will be obvious to those of ordinary skill in the art that variations of the preferred embodiments may be used and that it is intended that the invention may be practiced otherwise than as specifically described herein Accordingly, this invention includes all modifications encompassed within the spirit and scope of the invention as defined by the following claims

What is claimed is:

1  A method of treating a prostate for benign prostatic hyperplasia or prostatitis in a patient having a urethra, comprising elevating the temperature of the prostate to a destination temperature and for a time sufficient to achieve a therapeutic effect on the prostate, the energy being applied with a catheter system comprising

a non-cooled catheter for insertion into the urethra,

a heat applicator attached to the catheter and a connector for connecting the applicator to an energy source, the method comprising

a first heating step of warming tissue proximal to the applicator up to an initial temperature, the initial temperature being in the range of about 42° C to about 46° C,

followed by a second heating step, the second heating step comprising gradually increasing the temperature of the tissue proximal to the applicator to the destination temperature in the range of from 49° C to about 57° C such that the mean rate of increase in temperature is from about 0 5 minute/° C to about 15 minute/° C

2  The method of claim 1, wherein the mean rate of increase in temperature, during the second step, is from about 1 0 minute/° C to about 10 minute/° C

3  The method of claim 2, wherein the mean rate of increase in temperature, during the second step, is selected such that from about 15 minutes to about 2 hours separate the time points when the tissue surrounding the applicator rises from the initial temperature to the destination temperature

4  The method of claim 3, wherein the mean rate of increase in temperature is selected such that from about 15 minutes to about 45 minutes separate the time points when the tissue surrounding the applicator rises from the initial temperature to the destination temperature

5  The method of claim 1, wherein the second heating step is controlled by a microcontroller, such that the second step occurs independent of direct human intervention after the initiation of the second step

6  The method of claim 1, wherein the method is tolerable to the patient such that it is not necessary to administer a narcotic analgesic to the patient

7  A method of treating a prostate for benign prostatic hyperplasia or prostatitis in a patient comprising applying energy to the prostate to elevate the temperature of the prostate to a therapeutic temperature and for a time sufficient

15

to achieve a therapeutic effect on the prostate, the energy being applied such that the temperature of the prostate tissue is raised from an initial temperature of below the therapeutic temperature to a destination temperature in the range of from 49° C to about 57° C, the method further comprising

a first heating step of warming the prostate up to critical maximum temperature, the critical maximum temperature being in the range of about 42° C to about 46° C,

followed by a second heating step, the second heating step comprising gradually increasing the maximum temperature of the prostate to the destination temperature such that the mean rate of increase in temperature is from about 0 5 minute/° C to about 15 minute/° C

8 The method of claim 7, wherein the mean rate of increase in temperature, during the second step, is from about 1 0 minute/° C to about 10 minute/° C

9 The method of claim 8, wherein the method does not comprise the administration of a narcotic analgesic to the patient

10 The method of claim 7, the method further comprising, applying energy to the prostate to elevate the temperature of the prostate to a therapeutic temperature and for a time sufficient to achieve a therapeutic effect on the prostate, the energy being applied with a heated catheter system comprising

a non-cooled catheter for insertion into the urethra,

a heat applicator attached to the catheter, and a connector for connecting the applicator to a source of energy sufficient to elevate the temperature of tissue surrounding the applicator to the therapeutic temperature and for maintaining the therapeutic temperature for a time sufficient to effect therapy of the prostate, and

the energy being applied such that a thermal dose of about 1500 equivalent 45° C minutes to about 30,000 equivalent 45° C minutes is applied to the tissue surrounding the applicator

11 The method of claim 10, wherein a thermal dose of from about 2000 equivalent 45° C minutes to about 30,000 equivalent 45° C minutes is applied to the tissue surrounding the applicator

12 The method of claim 11, wherein the heated catheter is a hot water recirculating catheter

13 The method of claim 11, wherein the source of energy is hot water

14 The method of claim 11, wherein the source of energy is microwave

15 The method of claim 11, wherein the source of energy is ultrasonic or RF

16 The method of claim 11, wherein the method comprises first heating the applicator to a temperature in the range of from about 42° C to about 46° C, followed by gradually increasing the temperature of the applicator to the therapeutic temperature such that the mean rate of increase in temperature after the temperature range of about 42° C to about 46° C has been achieved is from about 0 5 minute/° C to about 15 minute/° C

17 The method of claim 16, wherein the mean rate of temperature increase after the temperature range of about 42° C to about 46° C has been achieved is from about 1 minute/° C to about 10 minute/° C

18 The method of claim 16, wherein the mean rate of temperature increase after the temperature range of about 42° C to about 46° C has been achieved is from about 1 minute/° C to about 10 minute/° C

19 The method of claim 10, wherein a thermal dose of from about 1500 equivalent 45° C minutes to about 20,000

16

equivalent 45° C minutes is applied to the tissue surrounding the applicator.

20 The method of claim 19, wherein the heated catheter is a hot water recirculating catheter

21 The method of claim 19, wherein the source of energy is hot water

22 The method of claim 19, wherein the source of energy is microwave

23 The method of claim 19, wherein the source of energy is ultrasonic or RF

24 The method of claim 19, wherein the method comprises first heating the applicator to a temperature in the range of from about 42° C to about 46° C, followed by gradually increasing the temperature of the applicator to the therapeutic temperature such that the mean rate of increase in temperature after the temperature range of about 42° C to about 46° C has been achieved is from about 0 5 minute/° C to about 15 minute/° C

25 The method of claim 10, wherein a thermal dose of from about 1500 equivalent 45° C minutes to about 7000 equivalent 45° C minutes is applied to the tissue surrounding the applicator

26 The method of claim 25, wherein the heated catheter is a hot water recirculating catheter

27 The method of claim 25, wherein the source of energy is hot water

28 The method of claim 25, wherein the source of energy is microwave

29 The method of claim 25, wherein the source of energy is ultrasonic or RF

30 The method of claim 25, wherein the method comprises first heating the applicator to a temperature in the range of from about 42° C to about 46° C, followed by gradually increasing the temperature of the applicator to the therapeutic temperature such that the mean rate of increase in temperature after the temperature range of about 42° C to 46° C has been achieved is from about 0 5 minute/° C to about 15 minute/° C

31 The method of claim 30, wherein the mean rate of temperature increase after the temperature range of about 42° C to about 46° C has been achieved is from about 1 minute/° C to about 10 minute/° C

32 The method of claim 10, wherein the heated catheter is a hot water recirculating catheter

33 The method of claim 10, wherein the source of energy is hot water

34 The method of claim 10, wherein the source of energy is microwave

35 The method of claim 10, wherein the source of energy is ultrasonic or RF.

36 A method of treating a prostate for benign prostatic hyperplasia or prostatitis in a patient having a prostate and a urethra comprising applying energy to the prostate to elevate the temperature of the prostate to a therapeutic temperature and for a time sufficient to achieve a therapeutic effect on the prostate, the energy being applied with a heated catheter system comprising

a non-cooled catheter for insertion into the urethra,

a heat applicator attached to the catheter, and a connector for connecting the applicator to a source of energy sufficient to elevate the temperature of tissue surrounding the applicator to the therapeutic temperature and for maintaining the therapeutic temperature for a time sufficient to effect therapy of the prostate, and, wherein the method further comprises first heating the applicator to a temperature in the range of from about 42° C to about 46° C, followed by gradually increasing the

17

temperature of the applicator to the therapeutic temperature such that the mean rate of increase in temperature after the temperature range of about 42° C. to about 46° C. has been achieved is from about 0.5 minute/° C. to about 15 minute/° C. the energy being applied such that a thermal dose of about 1500 equivalent 45° C. minutes to about 30,000 equivalent 45° C. minutes is applied to the tissue surrounding the applicator.

37. The method of claim 36, wherein the mean rate of temperature increase after the temperature range of about 42° C. to about 46° C. has been achieved is from about 1 minute/° C. to about 10 minute/° C.

38. A method of treating a prostate for benign prostatic hyperplasia or prostatitis in a patient having a prostate and a urethra, comprising applying energy to the prostate to elevate the temperature of the prostate to a therapeutic temperature and for a time sufficient to achieve a therapeutic effect on the prostate, the energy being applied with a heated catheter system comprising

18

a non-cooled catheter for insertion into the urethra,

a heat applicator attached to the catheter, and a connector for connecting the applicator to a source of energy sufficient to elevate the temperature of tissue surrounding the applicator to the therapeutic temperature and for maintaining the therapeutic temperature for a time sufficient to effect therapy of the prostate, and

the energy being applied such that a thermal dose of about 1500 equivalent 45° C. minutes to about 30,000 equivalent 45° C. minutes is applied to the tissue surrounding the applicator, wherein the tissue surrounding the applicator is heated according to protocol A, B, C, D, E, F, or G set forth in Table 1.

39. The method claim 38, wherein the tissue surrounding the applicator is heated according to protocol A, B, C, D, or E set forth in Table 1.

*    *    *    *    *

# EXHIBIT C

.

US007089064B2

(12) **United States Patent**
Manker et al.

(10) Patent No.: **US 7,089,064 B2**
(45) Date of Patent: **Aug. 8, 2006**

(54) **THERAPEUTIC PROSTATIC THERMOTHERAPY**

(75) Inventors: **Charles F. Manker**, Lake Forest, IL (US); **Aaron P. Perlmutter**, New York, NY (US); **Theron N. Schaefermeyer**, North Salt Lake, UT (US); **Dixie L. Sells**, Sandy, UT (US); **Paul F. Turner**, North Salt Lake, UT (US)

(73) Assignee: **AMS Research Corporation**, Minnetonka, MN (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **10/232,062**

(22) Filed: **Aug. 30, 2002**

(65) **Prior Publication Data**

US 2003/0023238 A1    Jan. 30, 2003

**Related U.S. Application Data**

(62) Division of application No. 09/766,746, filed on Jan. 22, 2001, now Pat. No. 6,522,931.

(51) **Int. Cl.**
*A61F 2/00*    (2006.01)

(52) **U.S. Cl.** ................ **607/102**; 606/34

(58) **Field of Classification Search** ...... 606/27–31, 606/34, 35, 41, 42; 607/101, 102
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,936,761 A | 5/1960 | Snyder | |
| 3,720,199 A | 3/1973 | Rishton et al | |
| 3,978,863 A | 9/1976 | Fettel et al | |
| 4,046,139 A | 9/1977 | Horn | |
| 4,154,246 A | 5/1979 | LeVeen | |
| 4,275,730 A | 6/1981 | Hussein | |

| | | | |
|---|---|---|---|
| 4,311,154 A | 1/1982 | Sterzer et al | |
| 4,312,364 A | 1/1982 | Convert et al | |
| 4,403,618 A | 9/1983 | Turner et al | |
| 4,448,198 A | 5/1984 | Turner | |
| 4,462,412 A | 7/1984 | Turner | |
| 4,469,103 A | 9/1984 | Barrett | |
| 4,522,194 A | 6/1985 | Normann | |
| 4,524,550 A | 6/1985 | Burke et al | |
| 4,583,556 A | 4/1986 | Hines et al | |
| 4,586,516 A | 5/1986 | Turner | |

(Continued)

FOREIGN PATENT DOCUMENTS

DE    2815156    10/1978

(Continued)

OTHER PUBLICATIONS

"Critical Evaluation of Treatment Modalities in Local Hyperthermia of the Prostate" pp. 336-337 in Benign Prostate Hyperplasia: Innovations in Management, Petrovich & Baert (Eds.) Springer Verlag Publishing (1994).

(Continued)

*Primary Examiner*—Michael Peffley
(74) *Attorney, Agent, or Firm*—Jose' W. Jimenez

(57)    **ABSTRACT**

The present invention provides a method of treating a prostate in a patient in need thereof and a heating catheter, or an electromagnetic radiation applicator, system suitable for effecting the present inventive method. The present inventive method provides for substantial unexpected improvement in patient outcome by providing, inter alia, a preferred therapeutic temperature for thermotherapy of the prostate and a method of decreasing a patient's intolerance due to pain. The present inventive system provides for, inter alia, automatic implementation of the present inventive method.

**15 Claims, 4 Drawing Sheets**



**US 7,089,064 B2**

Page 2

US PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,589,423 | A | 5/1986 | Turner |
| 4,601,296 | A | 7/1986 | Yerushalmi |
| 4,632,669 | A | 12/1986 | Phipps, Sr et al |
| 4,638,813 | A | 1/1987 | Turner |
| 4,658,836 | A | 4/1987 | Turner |
| 4,662,383 | A | 5/1987 | Sogawa et al |
| 4,669,475 | A | 6/1987 | Turner |
| 4,672,980 | A | 6/1987 | Turner |
| 4,676,258 | A | 6/1987 | Inokuchi et al |
| 4,681,122 | A | 7/1987 | Winters et al |
| 4,700,716 | A | 10/1987 | Kasevich et al |
| 4,712,559 | A | 12/1987 | Turner |
| 4,790,821 | A | 12/1988 | Stines |
| 4,798,215 | A | 1/1989 | Turner |
| 4,813,429 | A | 3/1989 | Eshel et al |
| 4,860,744 | A | 8/1989 | Johnson et al |
| 4,860,752 | A | 8/1989 | Turner |
| 4,891,483 | A | 1/1990 | Kikuchi et al |
| 4,967,765 | A | 11/1990 | Turner et al |
| 4,974,587 | A | 12/1990 | Turner et al |
| 5,003,991 | A | 4/1991 | Takayama et al |
| 5,007,437 | A | 4/1991 | Sterzer |
| 5,045,051 | A | 9/1991 | Milder et al |
| 5,056,528 | A | 10/1991 | Zytkovicz et al |
| 5,057,105 | A * | 10/1991 | Malone et al ... 606/28 |
| 5,097,844 | A | 3/1992 | Turner |
| 5,197,940 | A | 3/1993 | Sievert et al |
| 5,209,725 | A | 5/1993 | Roth |
| 5,220,927 | A | 6/1993 | Astrahan et al |
| 5,234,004 | A | 8/1993 | Hascoet et al |
| 5,249,585 | A | 10/1993 | Turner et al |
| 5,300,099 | A | 4/1994 | Rudie |
| 5,344,435 | A | 9/1994 | Turner et al |
| 5,354,325 | A | 10/1994 | Chive et al |
| 5,366,490 | A | 11/1994 | Edwards et al |
| 5,531,676 | A | 7/1996 | Edwards et al |
| 5,542,916 | A | 8/1996 | Hirsch et al |
| 5,571,153 | A | 11/1996 | Wallsten |
| 5,599,301 | A | 2/1997 | Jacobs et al |
| 5,616,114 | A | 4/1997 | Thornton et al |
| 5,620,480 | A | 4/1997 | Rudie |
| 5,628,771 | A * | 5/1997 | Mizukawa et al ... 607/102 |
| 5,735,846 | A * | 4/1998 | Panescu et al ... 606/41 |
| 5,941,898 | A | 8/1999 | Moenning et al |
| 5,971,973 | A | 10/1999 | Peters |
| 5,980,485 | A | 11/1999 | Grantz et al |
| 6,122,551 | A * | 9/2000 | Rudie et al ... 607/102 |
| 6,162,217 | A * | 12/2000 | Kannenberg et al ... 606/34 |
| 6,183,468 | B1 * | 2/2001 | Swanson et al ... 606/40 |
| 6,216,703 | B1 | 4/2001 | Manker et al |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| DE | 3534124 | 4/1987 |
| EP | 0105677 | 4/1984 |
| EP | 0370890 | 5/1990 |
| SU | 1512-622 | 10/1989 |
| WO | WO 81/03016 | 12/1981 |
| WO | WO 89/11311 | 11/1989 |
| WO | WO 97/01374 | 1/1997 |
| WO | WO 99/58194 | 11/1999 |

OTHER PUBLICATIONS

Baert et al "Transurethral Microwave Hyperthermia for Benign Prostatic Hyperplasia: The Leuven Clinical Experience" Journal of Endourology, vol 7 (No 1) pp 61-69 (1993)

Baert et al "Transurethral Microwave Hyperthermia for Benign Prostatic Hyperplasia: Preliminary Clinical and Pathological Results" The Journal of Urology, vol 144, pp 1383-1387 (Dec 1990)

"Treatment Results with Transurethral Hyperthermia in Patients with Benign Prostatic Hyperplasia" pp 317-327 in Benign Prostate Hyperplasia: Innovations in Management, Petrovich & Baert (Eds ) Springer Verlag Publishing (1994)

Bernier et al "Thermal Therapy in the Treatment of Benign Prostatic Hyperplasia" Current Opinion in Urology, vol 7, pp 15-20 (1997)

Bhanot et al "A Radiofrequency Method of Thermal Tissue Ablation for Benign Prostatic Hyperplasia" Urology vol 45 (No 3) pp 427-434 (Mar 1995)

Carter et al "Single-Session Transurethral Microwave Thermotherapy for the Treatment of Benign Prostatic Obstruction" Journal of Endourology, vol 5 (No 2) pp 137-144 (1991)

Corica et al "Transurethral Radio Frequency Thermotherapy for Syptomatic Benign Prostatic Hyperplasia" EurUrol, vol 23, pp 312-317 (1993)

De la Rosette et al "Current Status of Thermotherapy of the Prostate" The Journal of Urology vol 157, pp 430-438 (Feb 1997)

Diederich et al "Combination of Implantable and Transurethral Ultrasound Applications for Prostate Thermal Therapy" Proceedings of the 1997 IEEE Ultrasonics Symposium, Ontario, Canada, Oct 5-8, 1997 vol 2, pp 1337-1340 (Oct 5, 1997)

Devonec et al "Transurethral Microwave Heating of the Prostate –Or from Hyperthermia to Thermotherapy" Journal of Endourology, vol 5 (No 2) pp 129-135 (1991)

Devonec et al "Review: Transurethral Microwave Thermotherapy in Benign Prostatic Hyperplasia" Journal of Endourology, vol 7 (No 3) pp 255-259 (1993)

Devonec et al "Transurethral Microwave Thermotherapy (TUMT)" 1992 Monographs in UrologyTM, vol 13 (No 4) pp 77-95 Stamey, Thomas A , Editor

Sapozink et al "Transurethral Hyperthermia for Benign Prostatic Hyperplasia: Preliminary Clinical Results" The Journal of Urology, vol 143, pp 944-950 (May 1990)

Vandenbossche et al "(TURF) Transurethral Radiofrequency Heating for Benign Prostatic Hyperplasia at Various Temperatures with Thermex II : Clinical Experience" Eur Urol, vol 23, pp 302-306 (1993)

Viguier et al "Benign Prostatic Hypertrophy Treatment by Transurethral Radiofrequency using with Thermex II" Eur Urol, vol 23, pp 318-321 (1993)

Baba et al . Journal of Endourology, 6 (5): 371-376 (1992)

Beaven et al . Urology..., 251-254 (1992) in Prostatron 1997 Thermotherapy Compendium (Re-Published by EDAP Technomed, Inc Cambridge, Mass )

Blute, 3 pages Reprinted From A U A Today, 6(11) (1993) in Prostatron 1997 Thermotherapy Compendium (Re-Published by EDAP Technomed, Inc Cambridge, Mass )

Blute et al . The Journal of Urology 150: 1591-1596 (1993)

Blute, Seminars in Urology, XII(3): 181-191 (1994)

Devonec et al . Eur Urol 23: 267-274 (1993)

Devonec et al . Curr Opinion in Urology, 5: 3-9 (1995)

Devonec et al . Curr Opinion in Urology, 3:202-208 (1993)

De Wildt et al . British Journal of Urology, 76: 531-538 (1995)

Hofner et al , "Changes In Outflow Obstruction Following Transurethral Microwave Thermotherapy," (Original Source Unknown) (1995) in Prostatron 1997 Thermotherapy Compendium (Re-Published by EDAP Technomed, Inc Cambridge, Mass )

## US 7,089,064 B2

Page 3

Homma et al., Journal of Endourology. 7: 261-265 (1993)

Perlmutter. "Prostatic Heat Treatments" in Alternate Methods in the Treatment of Benign Prostatic Hyperplasia (Romas and Vaughan, Eds.) pp. 135-155 (1993)

Tubaro et al., Eur. Urol. 23: 285-291 (1993)

Walden et al., British Journal of Urology. 81: 817-822 (1998)

Watson et al., World Journal of Urology. 9: 7-11 (1991)

Astrahan et al., "Microwave Applicator for Transurethral Hyperthermia of Benign Prostate Hyperplasia". International Journal of Hyperthermia, 5, (3). pp. 283-296 (May/Jun 1989)

Constable et al, "Perturbation of the Temperature Distribution in Microwave Irradiated Tissue Due to the Presence of Metallic Thermometers", Med Phys. 14 (3) pp. 385-388 (May/Jun 1987)

Diederich et al., "Induction of hyperthermia Using an Intracavitary Multielement Ultrasonic Applicator." IEEE Transactions on Biomedical Engineering. 36 (4). (Apr. 1989)

Ding Jen Lee, et al., "A New Design of Microwave Interstitial Applicators for Hyperthermia with Improved Treatment Volume". Int. J. Radiation Oncology Biol. Phys. 12, pp. 2003-2008 (Nov. 1986)

Ding-Jiu Li. et al., "Design & Thermometry of an Intracavitary Microwave Applicator Suitable for Treatment of Some Vaginal & Rectal Cancers", Int. J. Radiation Oncology Boil. Phys., 10. pp. 2155-2161 (Nov. 1984)

Dunscomde et al, "Heat Production in Microwave-Irradiated Thermocouples". Med Phys. 13 (4). pp. 457-461 (Jul./Aug. 1986)

El-Deek M. El-Sayed et al., "Use of Sheath Helix Slow-Wave Structure as an Applicator in Microwave Heating Systems", Journal of Microwave Power. 16 (3 and 4). pp. 283-288 (1981)

Harada. et al., "Microwave Surgical Treatment of Diseases of Prostate". Urology. 26 (6). pp. 572-576 (Dec. 1985)

IEEE Transactions on Biomedical Engineering. 36 (4). 432-438 (1989)

Leybovich, et al., "Intracavitary Hyperthermia: A Newly Designed Applicator for Tracheal Tumors", Endocurietherapy/Hyperthermia Oncology. 3. pp. 23-29 (Jan. 1987)

Lindner et al., "Local Hyperthermia of the Prostate Gland for the Treatment of Benign Prostatic Hypertrophy and Urinary Retention" British Journal of Urology. 1987. 60. pp. 567-571

McGuire, R. "Transurethral Hypertermia for BPH: Trial's Goal is to Top 80% Success." Medical Tribune. 29 (9). pp. 3, 13, 14 (Mar. 31, 1988)

Prostalund. "Prostal und Feedback Treatment of BPH" www.prostalund.com.

Prostalund. "About BPH" www.prostalund.com

Mendecki et al., "Microwave Applicators for Localized Hyperthermia Treatment of Cancer of the Prostate", Int. J. Radiation Boil. Phys., (11), pp. 1583-1588 (Nov. 1980)

Satoh et al., "Thermal Distribution Studies of Helical Coil Microwave Antennas for Interstitial Hyperthermia, "Int'l J. Radiation Oncology Biol. Phys., 15, pp. 1209-1218

Taylor et al., "Electromagnetic Syringe" IEEE Transactions on Biomedical Engineering. BME 25 (3) (May, 1978).

Wu, et al. "Performance Characteristics of a Helical Microwave Interstitial Antenna for Local Hyperthermia". Med. Phys, 14(2). pp. 235-237 (Mar./Apr. 1987)

Yerushalmi. et al. "Localized Microwave Hypertermia in the Treatment of Poor Operative Risk Patients with Benign Prostatic Hyperplasia". Williams & Wilkins. Co. vol. 133. pp. 873-876 (May 1985)

* cited by examiner



**FIG. 1**



FIG. 2



FIG. 3



FIG. 4

US 7,089,064 B2

1

## THERAPEUTIC PROSTATIC THERMOTHERAPY

### CROSS-REFERENCE TO RELATED APPLICATION

This application is a divisional of U.S. Patent application Ser. No. 09/766,746, filed on Jan. 22, 2001 now U.S. Pat. No. 6,522,391, issued on Feb. 18, 2003, entitled "THERAPEUTIC PROSTATIC THERMOTHERAPY", incorporated herein by reference in its entirety.

### TECHNICAL FIELD OF THE INVENTION

The present invention relates to the heat treatment of prostate disorders, including, but not limited to, benign prostatic hyperplasia, prostatitis, and prostatic malignancy.

### BACKGROUND OF THE INVENTION

Use of heating or energy radiating devices, particularly microwave radiating devices, to administer heat for the treatment of various diseases of the prostate have been demonstrated to provide efficacious treatment of various prostate conditions (Devonec et al., *Monographs in Urology* 13, 77–95 (1992); De La Rosette et al., *J. Urology*, 157, 430-438 (1997); Devonec et al., *J. Endourology* 5, 129-135 (1991); Bernier et al., *Curr. Opin. Urol.* 7, 15-20 (1997)). Research has indicated that the cellular transformations brought about by raising tissue temperatures above certain levels can be used therapeutically. At temperatures above 45° C., thermal damage has been found to occur to cells, even when the exposure to the elevated temperatures lasts for even a short period of time. Thermal therapy has been defined as the process of heating tissue to greater than 45° C. to create necrosis. Both normal and abnormal cells respond to thermal exposure. Accordingly therapies using heat have relied on healthy tissue regeneration after the delivery of a "thermal dose." A thermal dose is a quantity which is indicative of the biological impact of elevated temperature maintained for a period of time. For the purposes of the present invention, thermal dosages can be calculated according to the method of Sapareto et al., *International Journal of Radiation Oncology. Biology, Physics.* 10, 787–800 (1984), except that the breakpoint of 45° C., rather than 43° C. is used for non-malignant tissues. That is, for the purposes of the present invention, thermal dose measured in Equivalent 45° C. hours is equal to the sum of the products of one half of the treatment temperature in excess of 45° C. times the duration at that time, or

$$\sum_{t=0}^{t=final} 0.5^{(45-T)} \Delta t$$

wherein T is temperature in degrees centigrade and t is time in hours

A variety of different methods have been developed to deliver therapeutically effective quantities of heat to the prostate, including ultrasound delivery devices, RF delivery devices and hot water-recirculating catheters. One such device is the "WITT" hot water recirculating catheter, which is manufactured by ArgoMed, Inc. of Parsippany, N.J. (USA). Another such device is the "Thermex II", which is manufactured by Direx Systems, Ltd. While hot water

2

recirculating catheters are useful in the context of the present invention, a significant drawback is that it is difficult to apply an accurate thermal dose to the prostatic urethra while simultaneously avoiding delivery of a therapeutic dose of heat to non-target tissues such as the penis. Moreover, the design of hot water recirculating catheters can make accurate placement of the heating zones within the patient more difficult. A limitation to the usage of RF applicators is their relatively poor ability to penetrate tissue often resulting in superficial treatment of the prostatic tissue.

A more preferred method to deliver thermotherapy in the context of the present invention is via a urethrally-inserted catheter with an imbedded microwave antenna. A cooling device is typically incorporated into microwave emitting catheters so that urethral tissue proximal to the microwave antenna is cooled. The addition of this feature has been directed at preserving the prostatic urethra, thereby reducing treatment discomfort and post-treatment recovery time. A temperature or energy measurement device can be used during treatments so that a thermal dose can be measured. Treatments utilizing this approach include TransUrethral Microwave Thermotherapy (TUMT). One disease currently treated by TUMT is Benign Prostatic Hyperplasia (BPH). The therapeutic effect of such therapies can be measured in any suitable manner. For example, therapy can be measured by an improvement in the AUA symptom score, or by an improvement in the Madsen-Iversen score, an improvement in urine flow, an improvement in urethral diameter, or the like.

The objective of TUMT of BPH is to destroy a portion of the prostatic tissue, while preserving the tissue immediately adjacent to the prostatic urethra and the tissue immediately adjacent to the same. Current opinion in the field is that the greater the tissue destruction in the prostate, the more beneficial the treatment (De La Rosette et al., supra). Therefore, current device and therapy design is directed at improving the maximum heat dose over the shortest period of time. In that regard, typical maximum temperatures frequently reach 65° C. or greater within the prostate. Unfortunately, this has a number of undesirable side-effects. For example, with prior art TUMT methods, hematuria rates typically exceed 30%, rates of urinary retention requiring long term catheterization usually exceeds 20%, rates of urethral bleeding not merely due to catheterization exceed 5%, and rates of urinary tract infection, ejaculator disturbances, inflammation in the urethra, chronic incontinence, and impotence are all statistically significant and exceed about 1.5%.

There are, however, other delivery methods which utilize non-cooled radiation applicators and require the delivery of multiple treatments at relatively low temperatures (45° C.-47° C. and lower). The objective of these methods is to obtain a therapeutic benefit while avoiding temperature ranges that are commonly thought to cause patient intolerance and give rise to significant side effects. The problem with these methods is that the data suggest, and current published opinion in the art states, that efficacy is reduced. In addition, multiple treatment sessions are required at these relatively low temperatures which is inconvenient and uncomfortable for the patient and economically disadvantageous for the physician.

One significant drawback to other TUMT devices and therapies is that they are frequently painful for the patient and require the use of narcotic analgesics to control pain. This makes current TUMT inconvenient, limits the use of the therapy, adds to the expense and recovery time, and can potentially result in patient loss.

**3**

A further drawback to other IUMT devices is the requirement for multiple treatment sessions and its limited efficacy Thus, the economics of the treatment are severely limited

The electromagnetic radiation applicator systems developed for the treatment of BPH have limited the ability of the skilled artisan to control urethral and prostate temperatures. Many prior art radiation applicator devices have controlled the heating of the prostate by simply controlling the power supplied to the heating unit This method of controlling the heating is typically necessary when the catheter system is used in conjunction with a surface cooling device. because the surface cooling device alters measured temperatures Non-cooled catheter systems (see. e g . US Pat. No  4,967. 765 to Turner et al ) have the ability to monitor surface temperatures more accurately than cooled catheter systems However, these devices have also been constructed in a manner to limit complexity and cost Accordingly, prior art catheter systems have been capable of heating tissue to a pre-selected temperature and maintaining the tissue at that temperature, but have not incorporated the more advanced features of the present invention  Other catheter designs useful in the context of the present inventive system have been commercially developed, e g . by EDAP/Technomed and Urologix  While these other catheter designs are well known in the art  other examples are disclosed, e g . by U S Pat Nos  4,620,480 and 5,628,770

In view of the foregoing problems, there is a need for prostatic thermotherapy, particularly for BPH that is cost-effective, eliminates the use of general anesthesia and obviates the need for a cooled catheter  There is also a need for a prostatic thermotherapy that reduces non-beneficial side effects of previous methods

The present invention provides such a method and related devices  These and other advantages of the present invention, as well as additional inventive features, will be apparent from the description of the invention provided herein

## BRIEF SUMMARY OF THE INVENTION

The present invention provides a method of heat treating a patient's prostate tissue and devices  programs  and systems useful in practicing the present inventive method

Surprisingly, it has now been found that the maximum urethral temperature that can be tolerated by patients to whom narcotic analgesics or general anesthesia have not been administered exceeds the previously art-accepted maximum of 45° C  -47° C . under selected conditions  It has also now been found that the side-effects which have been reported to accompany high temperature treatment of the prostate are substantially reduced by use of the method of the present invention when the maximum urethral temperature is kept below about 57° C  Moreover. it has been surprisingly discovered that preservation of the prostatic urethra is not an important parameter of the thermotherapy of the prostate  On the contrary. the urethra and the ure-thrally proximal portions of the prostate are the tissues in which heating is desired in the present inventive method Thus, the present invention provides a method of heat treating a patient's prostate tissue wherein the temperature of the prostate tissue is raised from an initial temperature below the destination temperature, to a destination temperature in the range of from 49° C  to almost 57° C. The destination temperature is maintained for a period of time sufficient to administer a sufficient amount of heat to achieve a therapeutic effect on the prostate

It has now been found that by allowing a patient to acclimatize to elevated urethral temperatures the patient's

**4**

threshold of pain. with or without antiinflammatory analgesics. is elevated to about 60° C  Thus, the present invention provides a method of prostatic thermotherapy wherein the maximum urethral temperature is raised to an elevated temperature which exceeds the previous art-accepted maximum by elevating the method temperature in such a manner so as to allow the patient to acclimatize the temperature elevation procedure  The rate at which the temperature can be raised from 37° C  to the range of about 42° C  and 46° C  can be relatively rapid  In keeping with the inventive method. it is desirable for the rate at which temperature is elevated from about 44° C  to the destination temperature to occur more slowly  Further. the rate of rise in temperature preferably decreases as the maximum urethral temperature approaches the destination temperature  In general. the rate of increase in temperature according to the present invention varies between 1° C  per 0 5 minutes to 1° C  per 15 minutes In order to allow better patient acclimatization. the rate of change in the temperature preferably does not exceed 1° C  per minute. and more preferably does not exceed 1° C  per 2 minutes  However. it is desirable to physician and patient to minimize the amount of time required for therapy  In order to reduce the amount of time required to acclimate the patient to elevated urethral temperatures  the rate of temperature rise can be increased to 1° C  per 10 minutes near the destination temperature and to about 1° C  per 2 minutes at the lower temperatures  The total time to raise the urethral temperatures from 37° C  to the destination temperature preferably ranges from 15 minutes to 2 hours, and more preferably is from 20 to 45 minutes  Moreover. it will be appreciated that the temperature rise can be continuous or discontinuous (i e . "stepped")

The invention can best be understood with reference to the accompanying drawings and in the following detailed description of the preferred embodiments

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG  1 is a block diagram of a urethral insertable electromagnetic radiation applicator system according to an embodiment of the present invention

FIG  2 is a block diagram of the temperature control system and the microwave applicator of the system illustrated in FIG  1

FIG  3 is a flow chart of a temperature control program for regulating the temperature of body tissue heated by the microwave applicator of FIG  2

FIG  4 is a block diagram of a urethral insertable applicator system suitable for carrying out the present inventive method

## DESCRIPTION OF THE PREFERRED EMBODIMENTS

The present invention provides a method of heat treating a patient's prostate tissue and devices. programs. and systems useful in practicing the present inventive method

Surprisingly. it has now been found that the maximum urethral temperature that can be tolerated by patients to whom narcotic analgesics or general anesthesia have not been administered exceeds the previously art-accepted maximum of 45° C  -47° C . under selected conditions  It has also now been found that the side-effects which have been reported to accompany high temperature treatment of the prostate are substantially reduced by use of the method of the present invention when the temperature is kept below about 57° C  Moreover  it has been surprisingly discovered

US 7,089,064 B2

5

that preservation of the prostatic urethra is not an important parameter of the thermotherapy of the prostate On the contrary, the urethra and the urethrally proximal portions of the prostate are the tissues in which heating is desired in the present inventive method Thus, the present invention provides a method of heat treating a patient's prostate tissue wherein the temperature of the prostate tissue is raised from an initial temperature below the destination temperature, to a destination temperature in the range of from 49° C to almost 57° C The destination temperature is maintained for a period of time sufficient to administer a sufficient amount of heat to achieve a therapeutic effort on the prostate

It has now been found that by allowing a patient to acclimatize to elevated urethral temperatures the patient's threshold of pain, with or without anti-inflammatory analgesics, is elevated to about 60° C. Thus, the present invention provides a method of prostatic thermotherapy wherein the maximum urethral temperature is raised to an elevated temperature which exceeds the previous art-accepted maximum by elevating the method temperature in such a manner so as to allow the patient to acclimatize the temperature elevation procedure The rate at which the temperature can be raised from 37° C to the range of about 42° C and 46° C can be relatively rapid In keeping with the inventive method, it is desirable for the rate at which temperature is elevated from about 44° C to the destination temperature to occur more slowly Further, the rate of rise in temperature preferably decreases as the maximum urethral temperature approaches the destination temperature In general, the rate of increase in temperature according to the present invention varies between 1° C per 0 5 minutes to 1° C per 15 minutes. In order to allow better patient acclimatization, the rate of change in the temperature preferably does not exceed 1° C per minute, and more preferably does not exceed 1° C per 2 minutes However, it is desirable to physician and patient to minimize the amount of time required for therapy In order to reduce the amount of time required to acclimate the patient to elevated urethral temperatures, the rate of temperature rise can be increased to 1° C per 10 minutes near the destination temperature and to about 1° C per 2 minutes at the lower temperatures The total time to raise the urethral temperatures from 37° C to the destination temperature preferably ranges from 15 minutes to 2 hours, and more preferably is from 20 to 45 minutes Moreover, it will be appreciated that the temperature rise can be continuous or discontinuous (i e , "stepped")

The total amount of heat delivered to the patient is also an important parameter of the present inventive method While patients are able to acclimate to temperatures up to about 60° C if the rate of tissue temperature increase is controlled, it

6

is desirable to control the total amount of heat administered to ensure both effective therapy and minimization of side effects The administration of heat can be quantified by any suitable measurement, however, it is preferable to approximate the quantity of heat administered using the method of Sapareto et al , *International Journal of Radiation Oncology Biology Physics* 10, 787 800 (1984), modified such that the breakpoint of 45° C , rather than 43° C is used for non-malignant tissues Thus, while it is only an approximation of the actual thermal dose administered, for the purpose of the present invention, thermal dose measured in equivalent 45° C hours (or equivalent 45° C minutes) is equal to the sum of the products of one-half raised to the result of 45 minus the treatment temperature times the duration of time at that temperature, or

$$\sum_{t=0}^{t=final} 0.5^{(45-T)}\Delta t$$

wherein T is temperature in degrees centigrade and t is time in hours (or minutes) For purpose of the present invention, the contribution of temperatures to the thermal dose below 45° C can be ignored

Table 1, below, illustrates several heating protocols, (utilized after heating to about 44° C ) that are suitable in the context of the present invention Each protocol is identified by a letter, A through H Protocol A defines one preferred embodiment Protocols B and C define embodiments in which the destination temperature is held for a shorter periods of time, while in the embodiment of protocols D and E the final destination temperature is held for a longer period of time (relative to protocol A) Protocol F defines an embodiment in which the destination temperature is the lowest amongst the illustrated embodiments Protocol G defines an embodiment in which the destination temperature is higher than the destination temperature of Protocols A F Protocol H, which is an operable, but not preferred embodiment of the present invention, illustrates that it is difficult to achieve both pain tolerance (through the use of tolerable rates of temperature increase) and to avoid delivering a thermal dose in excess of about 30,000 equivalent 45° C minutes (about 500 equivalent 45° C hours) This is because 1 minute at 60° C is equivalent to 16,384 equivalent 45° C minutes, without calculating any temperature ramp time between body temperature and 60° C

TABLE 1

| Measured Urethral Temperature in Celsius | Time at Measured Temperature in Minutes | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Protocol: | A | B | C | D | E | F | G | H |
| 44 0 | 1–2 | 1–2 | 1–2 | 1–2 | 1–2 | 1–2 | 1–2 | 1–2 |
| 45 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 45 5 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 46 0 | 2 | 2 | 2 | 2 | 2 | 2 | 1 | 1 |
| 46 5 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 47 0 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| 47 5 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| 48 0 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| 48 5 | 2 | 2 | 2 | 2 | 2 | 2 | | 2 |
| 49 0 | 3 | 3 | 3 | 3 | 3 | 100 | 3 | 3 |

US 7,089,064 B2

7                                             8

TABLE 1-continued

| Measured Urethral Temperature in Celsius | Time at Measured Temperature in Minutes | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Protocol: | A | B | C | D | E | F | G | H |
| 49.5 | 2 | 2 | 2 | 2 | 2 | | 2 | 2 |
| 50.0 | 3 | 3 | 3 | 3 | 3 | | 3 | 3 |
| 50.5 | 2 | 2 | 2 | 2 | 2 | | 2 | 2 |
| 51.0 | 45 | 20 | 30 | 75 | 90 | | 3 | 3 |
| 51.5 | | | | | | | 3 | 3 |
| 52.0 | | | | | | | 3 | 3 |
| 52.5 | | | | | | | 3 | 3 |
| 53.0 | | | | | | | 4 | 3 |
| 53.5 | | | | | | | 3 | 4 |
| 54.0 | | | | | | | 4 | 4 |
| 54.5 | | | | | | | 3 | 3 |
| 55.0 | | | | | | | 4 | 4 |
| 55.5 | | | | | | | 4 | 4 |
| 56.0 | | | | | | | | 4 |
| 56.5 | | | | | | | | 5 |
| 57.0 | | | | | | | | 4 |
| 57.5 | | | | | | | | 4 |
| 58.0 | | | | | | | | 5 |
| 58.5 | | | | | | | | 4 |
| 59.0 | | | | | | | | 5 |
| 59.5 | | | | | | | | 4 |
| 60.0 | | | | | | | | 5 |
| Approximate Thermal Dose (eqv 45° C hrs): | 54 | 27 | 38 | 86 | 102 | 28 | 300 | 4160 |
| Approximate Thermal Dose (eqv 45° C min): | 3230 | 1630 | 2270 | 5150 | 6110 | 1670 | 40600 | 249,600 |

Preferably, the gradual increase in temperature is automatically regulated Accordingly, for electromagnetic radiating catheters, it is preferable for the power source that provides the energy to the radiation applicator to be in operable association with urethral temperature sensors by way of a microprocessor, computer, or the like Similarly, for heating catheters (e g , hot water heaters) it is preferable for an automatic regulator to control the temperature of the catheter positioned in the prostatic urethra

The present invention also provides a surprisingly effective form of thermotherapy of the prostate Prior art methods have called for maximum treatment temperatures at about 47° C or lower ("low temperature treatments") or at temperatures well in excess of 60° C ("high temperature treatments") However, thermotherapy according to the present invention is advantageously conducted at a temperature of from 49° C to about 57° C and preferably, at a temperature of from about 50° C to about 55° C It will be appreciated that in a prostate in which the tissue temperature sensor measures a temperature of 51° C to 52° C that the actual range of temperatures in the heated tissue will vary and in isolated places can reach temperatures as high as 55° C Tissue temperature variation is consequence of uneven dispersion of energy from the antenna or heating portion of the catheter, differential absorption of the dispersed energy by the targeted tissue, and variations in blood perfusion through the target tissue Blood, of course, will be about 37° C in a human and acts as coolant Preferably patient tissue is heated to a maximum average sensed temperature of about 51° C to about 52° C

Thermotherapy conducted in this temperature range is more effective than that conducted at the lower temperature ranges and is not accompanied by an increase in side-effects (except for the need to anesthetize the patient with medication or acclimate the patient by gradually increasing urethral temperatures) Moreover, thermotherapy of the prostate performed in accordance with the present invention is accompanied by substantially fewer side effects such as, for example, hematuria, dysuria, tissue slough, retrograde ejaculation, extended catheterization and the like; see De La Rosette et al , supra than thermotherapy performed at temperatures exceeding 60° C

The temperature of the prostate is maintained at the destination temperature (regardless of whether the temperature is gradually or rapidly increased to the destination temperature) for a period of time suitable to effect a therapeutic result (e g , a decrease in the AUA symptom score) Suitable times at the treatment temperature can be as short as about 0 5 minutes, but are preferably at least 30 minutes Suitable times at the treatment temperature can be as long as desired, but in order to avoid overdosage of heat, undesirable side effects, and loss of time, the time at the treatment temperature can be as long as about 4 hours, but preferably is not longer than about 2 hours, and more preferably is not longer than about 1 hour Treatment time should take into account the thermal dose that is administered

Heat treatment according to the present invention preferably provides the urethra proximal tissues with a heat dose that is sufficient to provide a therapeutic effect, but which is low enough to avoid excessive undesired side-effects For example, treatment according to the present invention provides at least an estimated minimum cumulative thermal dose of at least about 1500 equivalent 45° C minutes (i e , 25 equivalent 45° C hrs ) More preferably, treatment according to the present invention provides at least about 2000 equivalent 45° C minutes Treatment according to the present invention preferably provides an estimated maximum cumulative thermal dose which does not exceed about 30,000 equivalent 45° C minutes, and more preferably does not exceed about 20,000 equivalent 45° C minutes, and yet more preferably does not exceed about 7000 equivalent 45° C minutes

The present inventive method is specifically designed to provide the highest temperatures in the prostatic urethra

US 7,089,064 B2

9

10

consistent with minimizing side effects and patient discomfort. The method is preferably accomplished in a straightforward method by not using a cooled catheter. A cooled catheter causes the peak temperatures to occur a well within the prostate away from the urethral walls. When a cooled catheter is used, measured tissue temperatures decline rapidly as the urethra is approached, such that the 2 mm of prostate tissue proximal to the urethra typically do not receive therapeutic quantities of heat. However, rather than attempting to insulate these tissues, the present invention seeks to directly treat these tissues. When a heating catheter or non-cooled electromagnetic-radiating catheter is used the highest temperatures are reached in the urethra. Temperature declines deeper into the prostate tissue away from the catheter. Surprisingly, this heating pattern provides substantially more effective treatment.

Moreover, high temperature prior art techniques have focused on ablation of deep prostate tissue with the idea that eliminating deep prostatic tissue mass would decrease the pressure on the urethra allowing better urine flow and other benefits. In contrast, the present inventive method does not have the goal of decreasing prostate volume or mass and substantial changes in prostate volume or mass are not an expected outcome of the present inventive therapy. While applicants do not wish to be bound to any particular theory, it is believed that the application of an appropriate dose of heat to the prostatic urethra and the urethrally proximal prostate tissue causes a change in sensation. It is not known whether this change in sensation is accompanied by physical changes to the nerve bundles extending along the urethra through the prostate, but it is conceivable that these neurons are the true targets of the thermotherapy. In any event, while it is possible to use a catheter with a cooling device to practice the present invention, there is not a compelling medical reason to do so.

By limiting all tissue temperatures to less than about 57° C., and preferably less than about 55° C., the substantial side-effects accompanying very high temperature thermal therapy are advantageously avoided. Treatment according to the present invention is not unduly or intolerably painful. However, pain relieving medication can be optionally administered. Preferably, treatment according to the present invention does not require narcotic analgesics; however, the use of anti-inflammatory analgesics and mild anxiolytics can be administered according to the judgement of the skilled clinician.

One aspect of the present invention provides a urethral insertable electromagnetic radiation applicator system suitable for implementing the present inventive method. FIG. 1 provides a block diagram of an example of a urethral insertable electromagnetic radiation applicator system according to an embodiment of the present invention. The system includes a catheter 1 for insertion into the urethra. The catheter 1 generally is adapted to enclose a microwave applicator 2. As illustrated in FIG. 2, the microwave applicator includes an antenna 10 for radiating electromagnetic energy through the wall of the catheter to body tissue, particularly a prostate gland undergoing treatment.

In this embodiment, the catheter 1 and the microwave applicator 2 may be variously configured, and can be similar to the catheter and the applicator disclosed in U.S. Pat. No. 4,967,765, the disclosure of which is hereby incorporated by reference in its entirety. In the referenced document, the microwave applicator includes a helical coil antenna mounted inside a urethral catheter. A suitable electrical connector, such as a coaxial cable, connects the antenna to external excitation electronics. The antenna delivers electromagnetic radiation through the wall of the catheter to heat tissue adjacent to the catheter. Using a helical coil antenna is preferred to provide substantially uniform heating along the length of the antenna.

According to an important aspect of the invention, the applicator system includes a temperature control system 3 for regulating the temperature of tissue heated by the microwave applicator 2. Although the temperature control system may be an open loop system or a closed loop system, in a preferred embodiment, the temperature control system 3 comprises a closed loop system. In a most preferred embodiment, the temperature control system senses the temperature of tissue to being heated by the microwave applicator and regulates the electromagnetic energy output by the microwave applicator based on the sensed tissue temperature. Regulating the electromagnetic energy output by the microwave applicator based on the sensed tissue-temperature is preferred, because the tissue temperature may be a nonlinear function of applied electromagnetic energy. More particularly, when electromagnetic energy is applied-to tissue, such as the tissue of the prostate gland, the resulting temperature of the tissue depends on a variety of factors, for example, the blood flow to the tissue. Moreover, the relationship between temperature and applied electromagnetic energy may vary from one patient to the next. In conventional systems, the power applied to microwave applicators was simply increased in fixed power increments. For example, the power was increased by x watts every y minutes. Such a system is less preferred because of the variable relationship between applied electromagnetic energy and tissue temperature. Thus, by controlling the applied electromagnetic energy based on an accurately sensed temperature, embodiment of the present invention are capable of accurately regulating tissue temperature, while accounting for variations in the tissue being heated.

FIG. 2 illustrates an example of a block diagram of the temperature control system 3 and the microwave applicator 2 according a preferred embodiment of the invention. In the illustrated embodiment, the temperature control system 3 comprises a temperature sensor 4 capable of sensing tissue temperature, signal conditioning circuitry 5 for conditioning the output signal from the temperature sensor 4, a microcontroller 6 for producing a temperature control signal based on the output signal from the temperature sensor 4, and an electromagnetic energy source 8 for applying electromagnetic energy to the antenna 10. The components illustrated in FIG. 2 cooperate to control the temperature of tissue being treated in response to the sensed tissue temperature.

The temperature sensor 4 may be variously configured. For example, the temperature sensor 4 may comprise a thermistor or thermocouple capable of sensing the temperature of tissue, such as the tissue of the prostate gland. In an alternative embodiment, the temperature sensor 4 may comprise a resistance temperature difference (RTD) sensor. The temperature sensor 4 preferably produces an output signal, e.g., a voltage, indicative of the tissue temperature.

The signal conditioning circuitry preferably receives the output signal from the temperature sensor and conditions the signal for processing by the microcontroller 6. For example, the signal conditioning circuitry may include a low-pass filter for filtering noise from the signal from the temperature sensor 4. The signal conditioning circuitry may also include an amplifier, such as an operational amplifier, for amplifying the signal output from the temperature sensor 4. The gain of the operational amplifier is preferably selected so that the

11

voltage range of the output signal of the signal conditioning circuitry matches the input voltage range of the microcontroller 6

The microcontroller 6 may be variously configured. For example, the microcontroller 6 may comprise a microprocessor including internal memory circuits and analog to digital conversion circuitry, for processing the output signal from the signal conditioning circuitry and producing the temperature control signal. Although the illustrated embodiment depicts a microcontroller having an internal analog to digital converter, the present invention is not limited to such an embodiment. For example, the analog to digital converter may be external to the microcontroller 6. A temperature control program controls the microcontroller to output the temperature control signal based on the sensed tissue temperature. The temperature control program may be stored in memory internally or externally to the microcontroller. In an alternative embodiment, the temperature control program may be stored in a portable computer-readable storage medium, such as a magnetic disk or an optical disk. Utilizing a temperature control program to produce the control signal is preferred because the program can be updated as treatment protocols, e.g., treatment temperatures and/or durations, change.

The present invention is not limited to utilizing a microcontroller 6 to produce the temperature control signal. For example, analog or digital circuitry that performs equivalent functions to the microcontroller or the temperature control program is within the scope of the invention.

An electromagnetic energy source 8 receives the temperature control signal from the microcontroller and applies electromagnetic energy to the antenna. In a preferred embodiment, the electromagnetic energy source comprises an oscillator. The frequency of oscillation of the oscillator is preferably selected for optimal heating of tissue within FCC regulations. The oscillation frequency of the electromagnetic energy source is preferably selected to be about 915 MHz or about 12, in accordance with present FCC regulations. However, the present invention is not limited an oscillation frequency of 915 MHz. For example, if another frequency is determined to be more therapeutically beneficial and/or FCC regulations change, the preferred frequency of oscillation may change accordingly.

The antenna 10 receives the electromagnetic energy from the source 8 and radiates the energy to the tissue being treated. As stated above, the antenna preferably comprises a helical coil antenna. However, the present invention is not limited to helical coil antennas. Any antenna that produces a substantially uniform radiation pattern over a desired area of treatment is within the scope of the invention.

FIG. 3 is a flow chart of an example of a temperature control program according to an embodiment of the present invention. Once the catheter 1 is inserted into the urethra and the antenna is positioned near the prostate gland, the electromagnetic energy source is actuated. In order to avoid having to anesthetize the patient, the program preferably increases the temperature in predetermined or specified increments and maintains the temperature at each increment for a predetermined or specified duration. The temperature control program may store or calculate a plurality of desired prostatic tissue temperatures and a treatment duration corresponding to each temperature. The temperature sensor measures the tissue temperature. The control program may sample the measured temperature and store the measured temperature in memory. The program determines whether a first desired temperature level for treatment has been reached, i.e., by comparing the measured temperature stored

12

in memory to one of desired treatment temperatures. If the first temperature has not been reached, the microcontroller continues increasing the temperature. Once the first temperature has been reached, the microcontroller adjusts the temperature control signal to maintain the first temperature. In order to maintain the first temperature, the microcontroller adjusts the temperature control signal based on the output signal from the temperature sensor, i.e., by sampling and comparing the measured temperature to the first desired temperature.

According to a preferred embodiment, the microcontroller also measures and controls the duration of treatment at each desired temperature. This measurement may be performed by executing a timer routine once each desired temperature is reached. The timer routine records the duration of the treatment at each desired temperature. The program compares the recorded duration to a desired duration. Once the desired duration has been reached, the program continues to the next processing step. In an alternative embodiment, an external timer circuit may be coupled to the microcontroller to measure treatment duration.

Once treatment occurs at a first desired temperature for a first desired time period, the control program determines whether the first temperature is the final or destination temperature in the processing routine. If the first temperature is the final or destination temperature, the program deactuates the electromagnetic energy source and ends. However, because the treatment preferably occurs at a plurality of different temperature levels, the temperature control program preferably increases the power level after the treatment at the first temperature so that treatment can occur at a second at a second temperature, preferably higher than the first temperature. The control program preferably repeats these steps, i.e., increasing the temperature until a desired temperature is reached, maintaining the temperature at the desired temperature for a desired duration, then increasing the temperature to the next level. Because the power level is controlled based on the sensed tissue temperature, the control program automatically tailors itself to each patient.

As stated above, the control program preferably steps through a plurality of temperature levels with predetermined or specified durations. The predetermined or specified durations may be fixed or variable. The number of levels, the temperature at each level, and the duration of each level are preferably selected to reduce patient discomfort and increase the effectiveness of treatment. In a most preferred embodiment, the temperature levels and durations are selected as shown in Table 1 above.

As illustrated in Table 1, a preferred embodiment of the treatment protocol begins at 44° C. In order to reach a tissue temperature of 44° C., the control program may actuate the electromagnetic source at an initial level until 44° C. is reached. The program may increase the temperature in predetermined or specified steps, as illustrated in FIG. 3 in order to reach 44° C. In an alternative embodiment, since the low temperature portion, e.g., between about 37° C. and about 44° C., of the treatment protocol is not as important, the control program may actuate the electromagnetic energy source such that the antenna delivers one watt during each 30 second time internal until 44° C. is reached. Once 44° C. is reached, the temperature control program preferably controls the energy applied by the antenna based on the sensed tissue temperature as illustrated in Table 1. For example, when the tissue temperature measured by the temperature sensor is 44° C. the microcontroller executes a timer routine. When the timer routine reaches 1 minute, the microcontroller preferably increases the power applied by

US 7,089,064 B2

13

the electromagnetic energy source to increase the tissue temperature to the next level, e.g., 44.5° C. When the tissue temperature measured by the temperature sensor reaches 44.5° C., the microcontroller preferably maintains that level and re-executes the timer routine. In this manner, the microcontroller and the temperature sensor step through the desired treatment protocol. Because the temperature increments according to Table 1 are relatively small, e.g., about 0.5 degrees, the patient is able to acclimate to the elevated temperatures, discomfort is minimized, and the need for narcotic analgesics and/or general anesthesia is attenuated or eliminated.

Once the destination temperature is reached and maintained for a desired time period, the control program deactuates the electromagnetic energy source and ends. According to Table 1, the destination temperature is preferably 51° C. and the treatment duration at that temperature is 45 minutes. However, the present invention is not limited to a destination temperature of 51° for a duration of 45 minutes. For example, the destination temperature is preferably between 49° C. and about 57° C. and more preferably between about 50° C. and about 55° C. Also, the average maximum sensed temperature is between about 51° C. and about 52° C. The treatment duration at the destination temperature preferably does not exceed about 60 minutes.

The present invention is not limited to the temperature below the destination temperature or the durations at these temperatures illustrated in Table 1. For example, the control program may control the tissue temperatures such that the temperature is increased in increments of about 1° C. The treatment duration at each temperature is preferably selected to range from no less than about 30 seconds to no more than about 15 minutes, and more preferably no less than about 1 minute to no more than about 10 minutes, and even more preferably no less than about 2 minutes to no more than about 5 minutes. The longer the duration at each temperature, the lower the discomfort level of the patient. On the other hand, increasing the duration also increases treatment time. Thus, the upper limit of about 15 minutes per degree is preferably not exceeded.

Although increasing the temperature in predetermined or specified steps is preferred, the present invention is not limited to such an embodiment. For example, the control program may implement a slow ramping function from an initial temperature to a destination temperature. The initial temperature may be about 37° C. The destination temperature may be about 51° C. In order to implement the ramping function the temperature control program may actuate the electromagnetic energy source. The temperature sensor measures the tissue temperature. The temperature control program may sample and store values corresponding to the measured temperature. The control program may determine the rate of change of the temperature signal, i.e., by differentiating the temperature signal utilizing the stored values. The control program may compare the calculated rate of change to a desired rate of change. If the rate of change in temperature is greater than the desired rate of change, the temperature sensor decreases the energy supplied by the electromagnetic energy source. If the rate of change in temperature is less than the desired rate of change, the temperature sensor decreases the power supplied by the electromagnetic energy source. If the rate of change is less than a desired rate of change, the temperature control program increases the energy supplied by electromagnetic energy source. The desired rate of increase in temperature may be fixed or variable. Once the destination temperature is reached, the temperature control program preferably

14

maintains the destination temperature for a predetermined or specified time period, as described above.

All of the references cited herein, including patents, patent applications, and publications, are hereby incorporated in their entireties by reference.

While this invention has been described with an emphasis upon preferred embodiments, it will be obvious to those of ordinary skill in the art that variations of the preferred embodiments may be used and that it is intended that the invention may be practiced otherwise than as specifically described herein. Accordingly, this invention includes all modifications encompassed within the spirit and scope of the invention as defined by the following claims.

What is claimed is:

1. A computer program product comprising a computer-usable medium having program logic for controlling an electromagnetic energy applicator in a urethral catheter, the computer program product comprising:

   temperature setting program code for programming desired prostatic tissue temperature values, each of said values being lower than a subsequent value;

   temperature determining program code for determining and measuring a temperature value of prostatic tissue;

   temperature comparing program code for comparing the measured prostatic tissue temperature value to the programmed prostatic temperature values; and

   control signal adjustment program code for adjusting a power control signal to vary prostatic tissue temperature in accordance with a relationship between the measured prostatic tissue temperature and the programmed prostatic tissue temperature values depending on the time the prostatic tissue has been at the measured prostatic tissue temperature, wherein the prostatic tissue temperature is first maintained at a first temperature value for a first set time period sufficient for acclimatizing the patient and is then increased to subsequent programmed temperature values for periods of time sufficient to achieve a therapeutic effect on the prostate.

2. The computer program product of claim 1 wherein the first desired prostatic tissue temperature value ranges from about 42° C. to about 46° C. and the second desired prostatic tissue temperature value ranges from about 49° C. to about 60° C.

3. The computer program product of claim 1 wherein the first and second set time periods are each no less than about thirty seconds.

4. A computer operatively connected to an apparatus for treating prostate tissue for benign prostatic hyperplasia or prostatitis in a patient having a urethra, said apparatus including a catheter for insertion into the urethra, and an applicator within the catheter and a connector for connecting the applicator to an energy source, wherein the computer embodies a program of instructions executable by the computer for performing the steps of:

   establishing a value of power from said energy source to be applied by said applicator;

   determining a value of temperature of the prostate tissue;

   adjusting said power from said energy source in dependence on the time the prostate tissue has been at said prostate tissue temperature value; and

   computing a value of thermal dosage of said prostate tissue that is a function of said prostate tissue temperature value and the time said prostate tissue has been at said prostate tissue temperature value.

5. The computer of claim 4 wherein said thermal dosage value computation step further comprises a function includ-

US 7,089,064 B2

15

ing the product of said prostate tissue temperature and the time said prostate tissue has been at said prostate tissue temperature value

6 The computer of claim 4 wherein the program further comprises instructions executable by the computer for performing the step of computing a cumulative value of said thermal dosage corresponding to the sum of the values of said thermal dosage at a plurality of values of said prostate tissue temperature

7 The computer of claim 4 wherein the program further comprises instructions executable by the computer for performing the step of determining a therapeutic effect on said prostate tissue in dependence on a value of said cumulative thermal dosage

8 The computer of claim 7 wherein the program further comprises instructions executable by the computer for performing the step of correlating said therapeutic effect to a value of prostate tissue necrosis

9 The computer of claim 6 wherein the program further comprises instructions executable by the computer for performing the steps of selecting said value of said cumulative thermal dosage to be a thermal dose of about 1500 equivalent 45° C minutes to about 30,000 equivalent 45° C minutes is applied to the prostate tissue proximate the applicator

10 The computer of claim 4 wherein the program further comprises instructions executable by the computer for performing the steps of generating control signals for said applicator to apply to the prostate tissue proximate said applicator a thermal dose of about 1500 equivalent 45° C minutes to about 30,000 equivalent 45° C minutes

11 The computer of claim 4 wherein the program further comprises instructions executable by the computer for performing the step of generating signals indicative of a distribution of said applied power in said tissue proximate to said applicator

12 A computer operatively connected to an apparatus for treating prostate tissue for benign prostatic hyperplasia or prostatitis in a patient having a urethra, said apparatus including a catheter for insertion into the urethra, and an applicator within the catheter and a connector for connecting the applicator to an energy source, wherein the computer embodies a program of instructions executable by the computer for performing the steps of:

establishing a value of power from said energy source to be applied by said applicator;

determining a value of temperature of the prostate tissue;

adjusting said power from said energy source in dependence on the time the prostate tissue has been at said prostate tissue temperature value; and

generating signals corresponding to a distribution of energy delivered to the tissue proximate to the applicator radially away from and along a length of the applicator

13 The computer of claim 12 wherein said energy distribution generation step further comprises the step of generating signals corresponding to a Specific Absorption Rate of power in said tissue

16

14 A computer program product comprising a computer-usable medium having program logic for controlling an electromagnetic energy applicator in a urethral catheter, the computer program product comprising:

temperature setting program code for establishing a plurality of desired prostatic tissue temperature values building to a final desired temperature;

temperature determining program code for determining and measuring a temperature value of prostatic tissue surrounding a distal end of the catheter;

temperature comparing program code for comparing the measured prostatic tissue temperature value to each of the plurality of desired prostatic temperature values;

control signal adjustment program code for adjusting a power control signal to vary prostatic tissue temperature in accordance with a relationship between the measured prostatic tissue temperature and each of the plurality of desired prostatic tissue temperatures depending on the period of time the prostatic tissue has been at the measured prostatic tissue temperature;

wherein said control signal adjustment program code also controls the duration for which each of said plurality of desired prostatic tissue temperature values are maintained via said power control signal, prior to said measured prostatic tissue temperature value meeting said final desired temperature, wherein at least one of the plurality of desired prostatic tissue temperature values and the duration thereof is set for achieving a therapeutic effect on the prostate

15 A computer program product comprising a computer-usable medium having program logic for controlling an electromagnetic energy applicator in a urethral catheter for prostatic thermotherapy, the computer program product comprising:

temperature setting program code for establishing a temperature range and a final temperature, said final temperature being outside and greater than the temperature range;

temperature comparing program code for comparing a measured prostatic tissue temperature value to the temperature range and to the final temperature;

control signal adjustment program code for adjusting a power control signal to the applicator in accordance with the comparison between the measured prostatic tissue temperature value and the temperature range and final temperature depending on the time the prostatic tissue has been at the measured prostatic tissue temperature value, wherein the measured prostatic tissue temperature value is first maintained within the temperature range for a first predetermined time period sufficient to achieve a first therapeutic effect on the prostate and is then maintained at the final temperature for a second predetermined time period s sufficient to achieve a second therapeutic effect on the prostate

*  *  *  *  *

# EXHIBIT D

US007093601B2

(12) **United States Patent**    (10) Patent No.:    **US 7,093,601 B2**
Manker et al.                    (45) **Date of Patent:**    *Aug. 22, 2006

(54) **THERAPEUTIC PROSTATIC THERMOTHERAPY**

(75) Inventors: **Charles F. Manker**, Lake Forest, IL
(US); **Aaron P. Perlmutter**, New York,
NY (US); **Theron N. Schaefermeyer**,
North Salt Lake, UT (US); **Dixie L.
Sells**, Sandy, UT (US); **Paul F. Turner**,
North Salt Lake, UT (US)

(73) Assignee: **AMS Research Corporation**,
Minnetonka, MN (US)

( * ) Notice:    Subject to any disclaimer, the term of this
patent is extended or adjusted under 35
U.S.C. 154(b) by 174 days.

This patent is subject to a terminal dis-
claimer.

(21) Appl. No.: **10/405,814**

(22) Filed:    **Apr. 2, 2003**

(65)    **Prior Publication Data**

US 2003/0191513 A1    Oct. 9, 2003

**Related U.S. Application Data**

(60) Division of application No. 10/232,062, filed on Aug.
30, 2002, which is a division of application No.
09/766,746, filed on Jan. 22, 2001, now Pat. No.
6,522,931, which is a continuation of application No.
09/130,708, filed on Aug. 6, 1998, now Pat. No.
6,216,703.

(60) Provisional application No. 60/084,714, filed on May
8, 1998.

(51) **Int. Cl.**
*A61B 19/00*    (2006.01)

(52) **U.S. Cl.** .............. **128/898**; 606/28; 607/101

(58) **Field of Classification Search** ...... 606/27–31;
607/98–105, 156; 128/898; 604/22, 114
See application file for complete search history.

(56)    **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 2,936,761 A | 5/1960 | Snyder |
| 3,720,199 A | 3/1973 | Rishton et al. |
| 3,978,863 A | 9/1976 | Fettel et al. |
| 4,046,139 A | 9/1977 | Horn |
| 4,154,246 A | 5/1979 | LeVeen |
| 4,275,730 A | 6/1981 | Hussein |
| 4,311,154 A | 1/1982 | Sterzer et al. |
| 4,312,364 A | 1/1982 | Convert et al. |
| 4,403,618 A | 9/1983 | Turner et al. |
| 4,448,198 A | 5/1984 | Turner |

(Continued)

FOREIGN PATENT DOCUMENTS

DE         2815156        10/1978

(Continued)

OTHER PUBLICATIONS

Ameye, Filip, et al., "19 Critical Evaluation of Treatment Modalities
in Local Hyperthermia of the Prostate", Springer Verlag Publishing
(1994)

(Continued)

*Primary Examiner*—Michael Peffley
(74) *Attorney, Agent, or Firm*—Kimberly K. Baxter

(57)    **ABSTRACT**

The present invention provides a method of treating a
prostate in a patient in need thereof and a heating catheter,
or an electromagnetic radiation applicator, system suitable
for effecting the present inventive method. The present
inventive method provides for substantial unexpected
improvement in patient outcome by providing, inter alia, a
preferred therapeutic temperature for thermotherapy of the
prostate and a method of decreasing a patient's intolerance
due to pain. The present inventive system provides for, inter
alia, automatic implementation of the present inventive
method.

**26 Claims, 4 Drawing Sheets**



US 7,093,601 B2

Page 2

U S PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,462,412 | A | 7/1984 | Turner |
| 4,469,103 | A | 9/1984 | Barrett |
| 4,522,194 | A | 6/1985 | Normann |
| 4,524,550 | A | 6/1985 | Burke et al |
| 4,583,556 | A | 4/1986 | Hines et al |
| 4,586,516 | A | 5/1986 | Turner |
| 4,589,423 | A | 5/1986 | Turner |
| 4,601,296 | A | 7/1986 | Yerushalmi |
| 4,632,669 | A | 12/1986 | Phipps, Sr et al |
| 4,638,813 | A | 1/1987 | Turner |
| 4,658,836 | A | 4/1987 | Turner |
| 4,662,383 | A | 5/1987 | Sogawa et al |
| 4,669,475 | A | 6/1987 | Turner |
| 4,672,980 | A | 6/1987 | Turner |
| 4,676,258 | A | 6/1987 | Inokuchi et al |
| 4,681,122 | A | 7/1987 | Winters et al |
| 4,700,716 | A | 10/1987 | Kasevich et al |
| 4,712,559 | A | 12/1987 | Turner |
| 4,790,821 | A | 12/1988 | Stines |
| 4,798,215 | A | 1/1989 | Turner |
| 4,813,429 | A | 3/1989 | Eshel et al |
| 4,860,744 | A | 8/1989 | Johnson et al |
| 4,860,752 | A | 8/1989 | Turner |
| 4,891,483 | A | 1/1990 | Kikuchi et al |
| 4,967,765 | A * | 11/1990 | Turner et al ......... 607/154 |
| 4,974,587 | A | 12/1990 | Turner et al |
| 5,003,991 | A | 4/1991 | Takayama et al |
| 5,007,437 | A | 4/1991 | Sterzer |
| 5,045,051 | A | 9/1991 | Milder et al |
| 5,056,528 | A | 10/1991 | Zytkovicz et al |
| 5,057,105 | A | 10/1991 | Malone et al |
| 5,097,844 | A | 3/1992 | Turner |
| 5,197,940 | A | 3/1993 | Sievert et al |
| 5,209,725 | A | 5/1993 | Roth |
| 5,220,927 | A | 6/1993 | Astrahan et al |
| 5,234,004 | A | 8/1993 | Hascoet et al |
| 5,249,585 | A | 10/1993 | Turner et al |
| 5,300,099 | A | 4/1994 | Rudie |
| 5,304,214 | A * | 4/1994 | DeFord et al ......... 607/105 |
| 5,344,435 | A | 9/1994 | Turner et al |
| 5,354,325 | A | 10/1994 | Chive et al |
| 5,366,490 | A | 11/1994 | Edwards et al |
| 5,531,676 | A | 7/1996 | Edwards et al |
| 5,542,916 | A | 8/1996 | Hirsch et al |
| 5,571,153 | A * | 11/1996 | Wallsten ......... 607/98 |
| 5,599,301 | A | 2/1997 | Jacobs et al |
| 5,616,114 | A | 4/1997 | Thornton et al |
| 5,620,480 | A | 4/1997 | Rudie |
| 5,628,771 | A | 5/1997 | Mizukawa et al |
| 5,735,846 | A | 4/1998 | Panescu et al |
| 5,941,898 | A | 8/1999 | Moenning et al |
| 5,971,973 | A | 10/1999 | Peters |
| 5,980,485 | A | 11/1999 | Grantz et al |
| 6,122,551 | A * | 9/2000 | Rudie et al ......... 607/102 |
| 6,162,217 | A | 12/2000 | Kannenberg et al |
| 6,216,703 | B1 | 4/2001 | Manker et al |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| DE | 3534124 | 4/1987 |
| EP | 0150677 | 4/1984 |
| EP | 0370890 | 5/1990 |
| SU | 1512-622 | 10/1989 |
| WO | WO 81/03616 | 12/1981 |
| WO | WO 89/11311 | 11/1989 |
| WO | WO 97/01374 | 1/1997 |
| WO | WO 99/58194 | 11/1999 |

OTHER PUBLICATIONS

Baba et al., "Transurethral Microwave Thermotherapy for Benign Prostatic Hyperplasia", Journal of Endourology. 6 (5): 371-376 (1992)

Baert et al., "Transurethral Microwave Hyperthermia for Benign Prostatic Hyperplasia: The Leuven Clinical Experience", Journal of Endourology, vol 7 (No 1). pp 61-69 (1993)

Baert, et al., "Transurethral Microwave Hyperthermia for Benign Prostatic Hyperplasia: Preliminary Clinical and Pathological Results", The Journal of Urology. vol 144. pp 1383-1387 (Dec 1990)

Baert, et al., "18 Treatment Results with Transurethral Hyperthermia in Patients with Benign Prostatic Hyperplasia", pp 317-327 in Benign Prostate Hyperplasia: Innovations in Management, Petrovich & Baert (Eds) Springer Verlag Publishing (1994)

Beaven et al., "The treatment of urinary retention with transurethral microwave thermotherapy" in Prostatron 1997 Thermotherapy Compendium, Urology 1992; pp 251-254 (1992) (Re-Published by EDAP Technomed. Inc , Cambridge. Mass )

Bernier, Pablo A., et al., "Thermal Therapy in the Treatment of Benign Prostatic Hyperplasia", Current Opinion in Urology. vol 7, pp 15-20 (1997)

Bhanot, Shiv M. et al., "A Radiofrequency Method of Thermal Tissue Ablation for Benign Prostatic Hyperplasia". Urology, vol 45 (No 3), pp 427-434 (Mar 1995)

Blute, Michael L , "Studies Show That Transurethral Microwave Thermotherapy for BPH is Safe", 3 pages reprinted from A U A Today, 6(11) (1993) in Prostatron 1997 Thermotherapy Compendium (Re-Published by EDAP Technomed, Inc . Cambridge. Mass )

Blute et al., "Transurethral Microwave Thermotherapy for Management of Benign Prostatic Hyperplasia: Results of the United States Prostatron Cooperative Study", The Journal of Urology. vol 150: 1591-1596 (1993)

Carter et al., "Single-Session Transurethral Microwave Thermotherapy for the Treatment of Benign Prostatic Obstruction", Journal of Endourology, vol 5 (No 2). pp 137-144 (1991)

Astrahan et al., "Microwave Applicator for Transurethral Hyperthermia of Benign Prostate Hyperplasia", International Journal of Hyperthermia, 5 (3), pp 283-296 (May/Jun 1989)

Constable et al "Perturbation of the Temperature Distribution in Microwave Irradiated Tissue Due to the Presence of Metallic Thermometers". Med Phys , 14 (3) pp 385-388 (May/Jun 1987)

Diederich et al., "Induction of Hyperthermia Using an Intracavity Multielement Ultrasonic Applicator," IEEE Transactions on Biomedical Engeneering, 36 (4), (Apr 1989)

Ding Jen Lee, et al., "A New Design of Microwave Interslitial Applicators for Hyperthermia with Improved Treatment Volume", Int. J Radiation Oncology Biol Phys, 12. pp 2003-2008 (Nov 1986)

Ding-Jiu Li. et al., "Design & Thermometry of an Intracavitary Microwave Applicator Suitable for Treatment of Some Vaginal & Rectal Cancers", Int J Radiation Oncology Boil Phys. 10. pp 2155-2161 (Nov 1984)

Dunscombe et al , "Heat Production in Microwave-Irradiated Thermocouples". Med Phys 13 (4). pp 457-461 (Jul /Aug. 1986)

El-Deek M El-Sayed et al., "Use of Sheath Helix Slow-Wave Structure as an Applicator in Microwave Heating Systems", Journal of Microwave Power, 16 (3 and 4). pp 283-288 (1981)

Harada. et al., "Microwave Surgical Treatment of Diseases of Prostate", Urology. 26 (6), pp 572-576 (Dec 1985)

Hofner et al., "Changes in Outflow Obstruction Following Transurethral Microwave Thermotherapy". (Original Source Unknown) (1995) in Prostatron 1997 Thermotherapy Compendium (Re-Published by EDAP Technomed. Inc . Cambridge, Mass )

Leybovich, et al , "Intracavitary Hyperthermia: A Newly Designed Applicator for Tracheal Tumors", Endocurietherapy/Hyperthermia Oncology. 3, pp 23-29 (Jan 1987)

Lindner et al., "Local Hyperthermia of the Prostate Gland for the Treatment of Benign Prostatic Hypertrophy and Urinary Retention" British Journal of Urology, 1987, 60, pp 567-571

Corica, A et al, "Transurethral Radio Frequency Thermotherapy for Symptomatic Benign Prostatic Hyperplasia", EurUrol, vol 23, pp 312-317 (1993)

De La Rosette, et al., "Review Article: Current Status of Thermotherapy of the Prostate", The Journal of Urology, vol 157, pp 430-438 (Feb 1997)

De Wildt et al., "Review: Transurethral Microwave Thermotherapy: an evolving technology in the Treatment of Benign Prostatic Enlargement", British Journal of Urology, 76: 531-538 (1995)

Devonec et al, "Review: Transurethral Microwave Thermotherapy in Benign Prostatic Hyperplasia", Journal of Endourology, vol 7 (No 3) pp 255-259 (1993)

Devonec et al, "Transurethral Microwave Thermotherapy (TUMT)" 1992 Monographics in Urology IM, vol 13 (No 4) pp 77-95 Stamey, Thomas A, Editor

Devonec et al, "Clinical Response to Transurethral Microwave Thermotherapy is Thermal Dose Dependent", Eur Urol 23: 267-274 (1993)

Devonec et al., "Mirowave Therapy", Current Science Ltd., Opinion in Urology, 5: 3-9 (1995)

Devonec et al, "Microwave Thermotherapy in Benign Prostatic Hypertrophy", Current Science Ltd, Opinion in Urology. 3:202-208 (1993)

Devonec et al., "Transurethral Microwave Heating of the Prostate—Or From Hyperthermia to Thermotherapy", Journal of Endourology, vol 5 (No 2), pp 129-135 (1991)

Diederich et al., "Combination of Implantable and Transurethral Ultrasound Applicators for Prostate Thermal Therapy", pp 1337-1340, IEEE Ultrasonics Symposium (1997)

Homma et al., "Transurethral Microwave Thermotherapy for Benign Prostatic Hyperplasia: A 2-Year Follow-Up Study", Journal of Endourology, vol 7, pp 261-265 (1993)

Bolmsjo, M et al., "The Heat is On—but how? A Comparison of TUMT Devices". British Journal of Urology, 78, pp 564-572 (Jun 1996)

Larson, et al, "Temperature-Correlated Histopathologic Changes Following Microwave Thermoblation of Obstructive Tissue in Patients with Benign Prostatic Hyperplasia". Urology 47(4), pp 463-469 (1996)

McGuire, R "Transurethral Hyperternia for BPH: Trial's Goal is to Top 80% Success," Medical Tribune, 29 (9), pp 3. 13. 14 (Mar 31, 1988)

Mendecki et al., "Microwave Applicators for Localized Hyperthermia Treatment of Cancer of the Prostate", Int J Radiation Boil Phys, 6 (11), pp 1583-1588 (Nov 1980)

Perimutter, "Prostatic Heat Treatments" in Alternate Methods in the Treatment of Benign Prostatic Hyperplasia (Romas and Vaughan, Eds) pp 135-155 (1993)

ProstaLund, "ProstaLund Feedback Treatment of BPH", www prostalund com

ProstaLund, "Effective and Gentle Method for BPH with Improved Results", www prostalund com

Sapozink et al, "Transurethral Hyperthermia for Benign Prostatic Hyperplasia: Preliminary Clinical Results" The Journal of Urology, vol 143, pp 944-950 (May 1990)

Satoh, et al, "Thermal Distribution Studies of Helical Coil Microwave Antennas for Interstitial Hyperthermia." Int'l J Radiation Oncology Biol Phys, 15, pp 1209-1218

Taylor et al, "Electromagnetic Syringe" IEEE Transactions on Biomedical Engineering, BME 25 (3) (May, 1978)

Tubaro et al, "Transurethral Microwave Thermotherapy in the Treatment of Symptomatic Benign Prostatic Hyperplasia". Eur Urol 23: pp 285-291 (1993)

Vandenbossche et al "(TURF) Transurethral Radiofrequency Heating for Benign Prostatic Hyperplasia at Various Temperatures with Thermex II®: Clinical Experience" Eur Urol vol 23. pp 302-306 (1993)

Vaughan, Jr. Seminars in Urology, XII (No 3): pp 181-191 (1994)

Viguier et al, "Benign Prostatic Hypertrophy Treatment by Transurethral Radiofrequency Hyperthermia with Thermex II" Eur Urol, vol 23, pp 318-321 (1993)

Wagrell, Lennart et al., "Preliminary Results from High Energy TUMT in Sweden". Article in Lund Instruments AB Newsletter (Sep 1995)

Wagrell, Lennart et al., "Intraprostatic Temperature Monitoring During Transurethral Microwave Thermotherapy for the Treatment of Benign Prostatic Hyperplasia". The Journal of Urology, vol 159, pp 1583-1587 (May 1998)

Walden et al, "How to Select Patients Suitable for Transurethral Microwave Thermotherapy: a Systematic Evaluation of Potentially Predictive Variables", British Journal of Urology, 81:817-822 (1998)

Watson et al, "Heat Treatment for Severe, Symptomatic Prostatic Outflow Obstruction", World Journal of Urology. vol 9: pp 7-11 (1991)

Wu, et al, "Performance Characteristics of a Helical Microwave Interstitial Antenna for Local Hyperthermia", Med Phys, 14(2), pp 235-237 (Mar/Apr 1987)

Yerushalmi, et al., "Localized Microwave Hyperternia in the Treatment of Poor Operative Risk Patients with Benign Prostatic Hyperplasia", Williams & Wilkins. Co vol 133, pp 873-876 (May 1985)

* cited by examiner



FIG. 1



FIG. 2

FIG. 3





FIG. 4

US 7,093,601 B2

1

# THERAPEUTIC PROSTATIC THERMOTHERAPY

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a divisional of U.S. patent application Ser. No. 10/232,062, filed Aug. 30, 2002, which is a divisional of U.S. patent application Ser. No. 09/766,746, filed on Jan. 22, 2001, now U.S. Pat. No. 6,522,931, which is a continuation of U.S. patent application Ser. No. 09/130,708, filed Aug. 6, 1998, now U.S. Pat. No. 6,216,703, which claims the benefit of U.S. Provisional Application Ser. No. 60/084,714, filed May 8, 1998, herein incorporated by reference in its entirety.

## TECHNICAL FIELD OF THE INVENTION

The present invention relates to the heat treatment of prostate disorders, including, but not limited to, benign prostatic hyperplasia, prostatitis, and prostatic malignancy.

## BACKGROUND OF THE INVENTION

Use of heating or energy radiating devices, particularly microwave radiating devices, to administer heat for the treatment of various diseases of the prostate have been demonstrated to provide efficacious treatment of various prostate conditions (Devonec et al., *Monographs in Urology*, 13, 77–95 (1992); De La Rosette et al., *J. Urology*, 157, 430–438 (1997); Devonec et al., *J. Endourology*, 5, 129–135 (1991); Bernier et al., *Curr. Opin. Urol.*, 7, 15–20 (1997)). Research has indicated that the cellular transformations brought about by raising tissue temperatures above certain levels can be used therapeutically. At temperatures above 45° C., thermal damage has been found to occur to cells, even when the exposure to the elevated temperatures lasts for even a short period of time. Thermal therapy has been defined as the process of heating tissue to greater than 45° C. to create necrosis. Both normal and abnormal cells respond to thermal exposure. Accordingly, therapies using heat have relied on healthy tissue regeneration after the delivery of a "thermal dose." A thermal dose is a quantity which is indicative of the biological impact of elevated temperature maintained for a period of time. For the purposes of the present invention, thermal dosages can be calculated according to the method of Sapareto et al., *International Journal of Radiation Oncology, Biology, Physics*, 10, 787–800 (1984), except that the breakpoint of 45° C., rather than 43° C. is used for non-malignant tissues. That is, for the purposes of the present invention, thermal dose measured in Equivalent 45° C. hours is equal to the sum of the products of one half of the treatment temperature in excess of 45° C. times the duration at that time, or

t=final
$$\sum 0.5^{(45-T)} \Delta t,$$
t=O

wherein T is temperature in degrees centigrade and t is time in hours.

A variety of different methods have been developed to deliver therapeutically effective quantities of heat to the prostate, including ultrasound delivery devices, RF delivery devices and hot water-recirculating catheters. One such device is the "WITT" hot water recirculating catheter, which is manufactured by ArgoMed, Inc. of Parsippany, N.J. (USA). Another such device is the "Thermex II", which is

2

manufactured by Direx Systems, Ltd. While hot water recirculating catheters are useful in the context of the present invention, a significant drawback is that it is difficult to apply an accurate thermal dose to the prostatic urethra while simultaneously avoiding delivery of a therapeutic dose of heat to non-target tissues such as the penis. Moreover, the design of hot water recirculating catheters can make accurate placement of the heating zones within the patient more difficult. A limitation to the usage of RF applicators is their relatively poor ability to penetrate tissue, often resulting in superficial treatment of the prostatic tissue.

A more preferred method to deliver thermotherapy in the context of the present invention is via a urethrally-inserted catheter with an imbedded microwave antenna. A cooling device is typically incorporated into microwave emitting catheters so that urethral tissue proximal to the microwave antenna is cooled. The addition of this feature has been directed at preserving the prostatic urethra, thereby reducing treatment discomfort and post-treatment recovery time. A temperature or energy measurement device can be used during treatments so that a thermal dose can be measured. Treatments utilizing this approach include TransUrethral Microwave Thermotherapy (TUMT). One disease currently treated by TUMT is Benign Prostatic Hyperplasia (BPH). The therapeutic effect of such therapies can be measured in any suitable manner. For example, therapy can be measured by an improvement in the AUA symptom score, or by an improvement in the Madsen-Iversen score, an improvement in urine flow, an improvement in urethral diameter, or the like.

The objective of TUMT of BPH is to destroy a portion of the prostatic tissue, while preserving the tissue immediately adjacent to the prostatic urethra and the tissue immediately adjacent to the same. Current opinion in the field is that the greater the tissue destruction in the prostate, the more beneficial the treatment (De La Rosette et al., supra). Therefore, current device and therapy design is directed at improving the maximum heat dose over the shortest period of time. In that regard, typical maximum temperatures frequently reach 65° C. or greater within the prostate. Unfortunately, this has a number of undesirable side-effects. For example, with prior art TUMT methods, hematuria rates typically exceed 30%, rates of urinary retention requiring long term catheterization usually exceeds 20%, rates of urethral bleeding not merely due to catheterization exceed 5%, and rates of urinary tract infection, ejaculator disturbances, inflammation in the urethra, chronic incontinence, and impotence are all statistically significant and exceed about 1.5%.

There are, however, other delivery methods which utilize non-cooled radiation applicators and require the delivery of multiple treatments at relatively low temperatures (45° C.–47° C. and lower). The objective of these methods is to obtain a therapeutic benefit while avoiding temperature ranges that are commonly thought to cause patient intolerance and give rise to significant side effects. The problem with these methods is that the data suggest, and current published opinion in the art states, that efficacy is reduced. In addition, multiple treatment sessions are required at these relatively low temperatures which is inconvenient and uncomfortable for the patient and economically disadvantageous for the physician.

One significant drawback to other TUMT devices and therapies is that they are frequently painful for the patient and require the use of narcotic analgesics to control pain. This makes current TUMT inconvenient, limits the use of the therapy, adds to the expense and recovery time, and can potentially result in patient loss.

US 7,093,601 B2

3

A further drawback to other TUMT devices is the requirement for multiple treatment sessions and its limited efficacy Thus, the economics of the treatment are severely limited

The electromagnetic radiation applicator systems developed for the treatment of BPH have limited the ability of the skilled artisan to control urethral and prostate temperatures. Many prior art radiation applicator devices have controlled the heating of the prostate by simply controlling the power supplied to the heating unit. This method of controlling the heating is typically necessary when the catheter system is used in conjunction with a surface cooling device, because the surface cooling device alters measured temperatures Non-cooled catheter systems (see, e g , U S Pat No 4,967, 765 to Turner et al ) have the ability to monitor surface temperatures more accurately than cooled catheter systems. However, these devices have also been constructed in a manner to limit complexity and cost Accordingly, prior art catheter systems have been capable of heating tissue to a pre-selected temperature and maintaining the tissue at that temperature, but have not incorporated the more advanced features of the present invention. Other catheter designs useful in the context of the present inventive system have been commercially developed, e g , by EDAP/Technomed and Urologix While these other catheter designs are well known in the art, other examples are disclosed, e g , by U S Pat Nos. 4,620,480 and 5,628,770

In view of the foregoing problems, there is a need for prostatic thermotherapy, particularly for BPH that is cost-effective, eliminates the use of general anesthesia and obviates the need for a cooled catheter There is also a need for a prostatic thermotherapy that reduces non-beneficial side effects of previous methods

The present invention provides such a method and related devices These and other advantages of the present invention, as well as additional inventive features, will be apparent from the description of the invention provided herein

### BRIEF SUMMARY OF THE INVENTION

The present invention provides a method of heat treating a patient's prostate tissue and devices, programs, and systems useful in practicing the present inventive method

Surprisingly, it has now been found that the maximum urethral temperature that can be tolerated by patients to whom narcotic analgesics or general anesthesia have not been administered exceeds the previously art-accepted maximum of 45° C –47° C , under selected conditions It has also now been found that the side-effects which have been reported to accompany high temperature treatment of the prostate are substantially reduced by use of the method of the present invention when the maximum urethral temperature is kept below about 57° C. Moreover, it has been surprisingly discovered that preservation of the prostatic urethra is not an important parameter of the thermotherapy of the prostate On the contrary, the urethra and the urethrally proximal portions of the prostate are the tissues in which heating is desired in the present inventive method. Thus, the present invention provides a method of heat treating a patient's prostate tissue wherein the temperature of the prostate tissue is raised from an initial temperature below the destination temperature, to a destination temperature in the range of from 49° C to almost 57° C. The destination temperature is maintained for a period of time sufficient to administer a sufficient amount of heat to achieve a therapeutic effect on the prostate

It has now been found that by allowing a patient to acclimatize to elevated urethral temperatures the patient's

4

threshold of pain, with or without anti-inflammatory analgesics, is elevated to about 60° C. Thus, the present invention provides a method of prostatic thermotherapy wherein the maximum urethral temperature is raised to an elevated temperature which exceeds the previous art-accepted maximum by elevating the method temperature in such a manner so as to allow the patient to acclimatize the temperature elevation procedure The rate at which the temperature can be raised from 37° C to the range of about 42° C and 46° C can be relatively rapid In keeping with the inventive method, it is desirable for the rate at which temperature is elevated from about 44° C. to the destination temperature to occur more slowly Further, the rate of rise in temperature preferably decreases as the maximum urethral temperature approaches the destination temperature In general, the rate of increase in temperature according to the present invention varies between 1° C per 0 5 minutes to 1° C per 15 minutes. In order to allow better patient acclimatization, the rate of change in the temperature preferably does not exceed 1° C. per minute, and more preferably does not exceed 1° C per 2 minutes However, it is desirable to physician and patient to minimize the amount of time required for therapy In order to reduce the amount of time required to acclinate the patient to elevated urethral temperatures, the rate of temperature rise can be increased to 1° C per 10 minutes near the destination temperature and to about 1° C. per 2 minutes at the lower temperatures The total time to raise the urethral temperatures from 37° C to the destination temperature preferably ranges from 15 minutes to 2 hours, and more preferably is from 20 to 45 minutes Moreover, it will be appreciated that the temperature rise can be continuous or discontinuous (i e , "stepped")

The invention can best be understood with reference to the accompanying drawings and in the following detailed description of the preferred embodiments

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG 1 is a block diagram of a urethral insertable electromagnetic radiation applicator system according to an embodiment of the present invention

FIG 2 is a block diagram of the temperature control system and the microwave applicator of the system illustrated in FIG 1

FIG 3 is a flow chart of a temperature control program for regulating the temperature of body tissue heated by the microwave applicator of FIG 2

FIG 4 is a block diagram of a urethral insertable applicator system suitable for carrying out the present inventive method

### DESCRIPTION OF THE PREFERRED EMBODIMENTS

The present invention provides a method of heat treating a patient's prostate tissue and devices, programs, and systems useful in practicing the present inventive method

Surprisingly, it has now been found that the maximum urethral temperature that can be tolerated by patients to whom narcotic analgesics or general anesthesia have not been administered exceeds the previously art-accepted maximum of 45° C –47° C , under selected conditions It has also now been found that the side-effects which have been reported to accompany high temperature treatment of the prostate are substantially reduced by use of the method of the present invention when the temperature is kept below about 57° C Moreover, it has been surprisingly discovered

US 7,093,601 B2

5

that preservation of the prostatic urethra is not an important parameter of the thermotherapy of the prostate. On the contrary, the urethra and the urethrally proximal portions of the prostate are the tissues in which heating is desired in the present inventive method. Thus, the present invention provides a method of heat treating a patient's prostate tissue wherein the temperature of the prostate tissue is raised from an initial temperature below the destination temperature, to a destination temperature in the range of from 49° C. to almost 57° C. The destination temperature is maintained for a period of time sufficient to administer a sufficient amount of heat to achieve a therapeutic effort on the prostate.

It has now been found that by allowing a patient to acclimatize to elevated urethral temperatures the patient's threshold of pain, with or without anti-inflammatory analgesics, is elevated to about 60° C. Thus, the present invention provides a method of prostatic thermotherapy wherein the maximum urethral temperature is raised to an elevated temperature which exceeds the previous art-accepted maximum by elevating the method temperature in such a manner so as to allow the patient to acclimatize the temperature elevation procedure. The rate at which the temperature can be raised from 37° C. to the range of about 42° C. and 46° C. can be relatively rapid. In keeping with the inventive method, it is desirable for the rate at which temperature is elevated from about 44° C. to the destination temperature to occur more slowly. Further, the rate of rise in temperature preferably decreases as the maximum urethral temperature approaches the destination temperature. In general, the rate of increase in temperature according to the present invention varies between 1° C. per 0.5 minutes to 1° C. per 15 minutes. In order to allow better patient acclimatization, the rate of change in the temperature preferably does not exceed 1° C. per minute, and more preferably does not exceed 1° C. per 2 minutes. However, it is desirable to physician and patient to minimize the amount of time required for therapy. In order to reduce the amount of time required to acclimate the patient to elevated urethral temperatures, the rate of temperature rise can be increased to 1° C. per 10 minutes near the destination temperature and to about 1° C. per 2 minutes at the lower temperatures. The total time to raise the urethral temperatures from 37° C. to the destination temperature preferably ranges from 15 minutes to 2 hours, and more preferably is from 20 to 45 minutes. Moreover, it will be appreciated that the temperature rise can be continuous or discontinuous (i.e., "stepped").

The total amount of heat delivered to the patient is also an important parameter of the present inventive method. While

6

patients are able to acclimate to temperatures up to about 60° C. if the rate of tissue temperature increase is controlled, it is desirable to control the total amount of heat administered to ensure both effective therapy and minimization of side effects. The administration of heat can be quantified by any suitable measurement, however, it is preferable to approximate the quantity of heat administered using the method of Sapareto et al., *International Journal of Radiation Oncology, Biology Physics*, 10, 787–800 (1984), modified such that the breakpoint of 45° C., rather than 43° C. is used for non-malignant tissues. Thus, while it is only an approximation of the actual thermal dose administered, for the purpose of the present invention, thermal dose measured in equivalent 45° C. hours (or equivalent 45° C. minutes) is equal to the sum of the products of one-half raised to the result of 45 minus the treatment temperature times the duration of time at that temperature, or

$$\sum_{t=0}^{t=final} 0.5^{(45-T)} \Delta t,$$

wherein T is temperature in degrees centigrade and t is time in hours (or minutes). For purpose of the present invention, the contribution of temperatures to the thermal dose below 45° C. can be ignored.

Table 1, below, illustrates several heating protocols, (utilized after heating to about 44° C.) that are suitable in the context of the present invention. Each protocol is identified by a letter, A through H. Protocol A defines one preferred embodiment. Protocols B and C define embodiments in which the destination temperature is held for a shorter periods of time, while in the embodiment of protocols D and E the final destination temperature is held for a longer period of time (relative to protocol A). Protocol F defines an embodiment in which the destination temperature is the lowest amongst the illustrated embodiments. Protocol G defines an embodiment in which the destination temperature is higher than the destination temperature of Protocols A–F. Protocol H, which is an operable, but not preferred embodiment of the present invention, illustrates that it is difficult to achieve both pain tolerance (through the use of tolerable rates of temperature increase) and to avoid delivering a thermal dose in excess of about 30,000 equivalent 45° C. minutes (about 500 equivalent 45° C. hours). This is because 1 minute at 60° C. is equivalent to 16,384 equivalent 45° C. minutes, without calculating any temperature ramp time between body temperature and 60° C.

TABLE 1

| Measured Urethral Temperature in Celsius | Time at Measured Temperature in Minutes | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Protocol: | A | B | C | D | E | F | G | H |
| 44.0 | 1–2 | 1–2 | 1–2 | 1–2 | 1–2 | 1–2 | 1–2 | 1–2 |
| 45.0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 45.5 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 46.0 | 2 | 2 | 2 | 2 | 2 | 2 | 1 | 1 |
| 46.5 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 47.0 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| 47.5 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| 48.0 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| 48.5 | 2 | 2 | 2 | 2 | 2 | | 2 | 2 |
| 49.0 | 3 | 3 | 3 | 3 | 3 | 100 | 3 | 3 |
| 49.5 | 2 | 2 | 2 | 2 | 2 | | 2 | 2 |
| 50.0 | 3 | 3 | 3 | 3 | 3 | | 3 | 3 |
| 50.5 | 2 | 2 | 2 | 2 | 2 | | 2 | 2 |

US 7,093,601 B2

7                                                                8

TABLE 1-continued

| Measured Urethral Temperature in Celsius | Time at Measured Temperature in Minutes | | | | | | | |
| Protocol: | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 51.0 | 45 | 20 | 30 | 75 | 90 | | 3 | 3 |
| 51.5 | | | | | | | 3 | 3 |
| 52.0 | | | | | | | 3 | 3 |
| 52.5 | | | | | | | 3 | 3 |
| 53.0 | | | | | | | 4 | 4 |
| 53.5 | | | | | | | 3 | 3 |
| 54.0 | | | | | | | 4 | 4 |
| 54.5 | | | | | | | 3 | 3 |
| 55.0 | | | | | | | 4 | 4 |
| 55.5 | | | | | | | 4 | 4 |
| 56.0 | | | | | | | | 4 |
| 56.5 | | | | | | | | 5 |
| 57.0 | | | | | | | | 4 |
| 57.5 | | | | | | | | 4 |
| 58.0 | | | | | | | | 5 |
| 58.5 | | | | | | | | 4 |
| 59.0 | | | | | | | | 5 |
| 59.5 | | | | | | | | 4 |
| 60.0 | | | | | | | | 5 |
| Approximate Thermal Dose (eqv 45° C. hrs): | 54 | 27 | 38 | 86 | 102 | 28 | 300 | 4160 |
| Approximate Thermal Dose (eqv. 45° C. min): | 3230 | 1630 | 2270 | 5150 | 6110 | 1670 | 40600 | 249,600 |

Preferably, the gradual increase in temperature is automatically regulated Accordingly, for electromagnetic radiating catheters, it is preferable for the power source that provides the energy to the radiation applicator be in operable association with urethral temperature sensors by way of a microprocessor, computer, or the like Similarly, for heating catheters (e.g., hot water heaters) it is preferable for an automatic regulator to control the temperature of the catheter positioned in the prostatic urethra

The present invention also provides a surprisingly effective form of thermotherapy of the prostate Prior art methods have called for maximum treatment temperatures at about 47° C. or lower ("low temperature treatments") or at temperatures well in excess of 60° C. ("high temperature treatments") However, thermotherapy according to the present invention is advantageously conducted at a temperature of from 49° C. to about 57° C., and preferably, at a temperature of from about 50° C. to about 55° C. It will be appreciated that in a prostate in which the tissue temperature sensor measures a temperature of 51° C. to 52° C. that the actual range of temperatures in the heated tissue will vary and in isolated places can reach temperatures as high as 55° C. Tissue temperature variation is consequence of uneven dispersion of energy from the antenna or heating portion of the catheter, differential absorption of the dispersed energy by the targeted tissue, and variations in blood perfusion through the target tissue Blood, of course, will be about 37° C. in a human and acts as coolant. Preferably patient tissue is heated to a maximum average sensed temperature of about 51° C. to about 52° C.

Thermotherapy conducted in this temperature range is more effective than that conducted at the lower temperature ranges and is not accompanied by an increase in side-effects (except for the need to anesthetize the patient with medication or acclimate the patient by gradually increasing urethral temperatures) Moreover, thermotherapy of the prostate performed in accordance with the present invention is accompanied by substantially fewer side effects such as, for example, hematuria, dysuria, tissue slough, retrograde ejaculation, extended catheterization and the like; see De La Rosette et al., supra than thermotherapy performed at temperatures exceeding 60° C.

The temperature of the prostate is maintained at the destination temperature (regardless of whether the temperature is gradually or rapidly increased to the destination temperature) for a period of time suitable to effect a therapeutic result (e.g., a decrease in the AUA symptom score). Suitable times at the treatment temperature can be as short as about 0.5 minutes, but are preferably at least 30 minutes. Suitable times at the treatment temperature can be as long as desired, but in order to avoid overdosage of heat, undesirable side effects, and loss of time, the time at the treatment temperature can be as long as about 4 hours, but preferably is not longer than about 2 hours, and more preferably is not longer than about 1 hour Treatment time should take into account the thermal dose that is administered.

Heat treatment according to the present invention preferably provides the urethra proximal tissues with a heat dose that is sufficient to provide a therapeutic effect, but which is low enough to avoid excessive undesired side-effects For example, treatment according to the present invention provides at least an estimated minimum cumulative thermal dose of at least about 1500 equivalent 45° C. minutes (i.e., 25 equivalent 45° C. hrs.) More preferably, treatment according to the present invention provides at least about 2000 equivalent 45° C. minutes Treatment according to the present invention preferably provides an estimated maximum cumulative thermal dose which does not exceed about 30,000 equivalent 45° C. minutes, and more preferably does not exceed about 20,000 equivalent 45° C. minutes, and yet more preferably does not exceed about 7000 equivalent 45° C. minutes

The present inventive method is specifically designed to provide the highest temperatures in the prostatic urethra consistent with minimizing side effects and patient discomfort The method is preferably accomplished in a straightforward method by not using a cooled catheter A cooled catheter causes the peak temperatures to occur a well within

US 7,093,601 B2

9

the prostate away from the urethral walls. When a cooled catheter is used, measured tissue temperatures decline rapidly as the urethra is approached, such that the 2 mm of prostate tissue proximal to the urethra typically do not receive therapeutic quantities of heat. However, rather than attempting to insulate these tissues, the present invention seeks to directly treat these tissues. When a heating catheter or non-cooled electromagnetic-radiating catheter is used the highest temperatures are reached in the urethra. Temperature declines deeper into the prostate tissue away from the catheter. Surprisingly, this heating pattern provides substantially more effective treatment.

Moreover, high temperature prior art techniques have focused on ablation of deep prostate tissue with the idea that eliminating deep prostatic tissue mass would decrease the pressure on the urethra allowing better urine flow and other benefits. In contrast, the present inventive method does not have the goal of decreasing prostate volume or mass and substantial changes in prostate volume or mass are not an expected outcome of the present inventive therapy. While applicants do not wish to be bound to any particular theory, it is believed that the application of an appropriate dose of heat to the prostatic urethra and the urethrally proximal prostate tissue causes a change in sensation. It is not known whether this change in sensation is accompanied by physical changes to the nerve bundles extending along the urethra through the prostate, but it is conceivable that these neurons are the true targets of the thermotherapy. In any event, while it is possible to use a catheter with a cooling device to practice the present invention, there is not a compelling medical reason to do so.

By limiting all tissue temperatures to less than about 57° C., and preferably less than about 55° C., the substantial side-effects accompanying very high temperature thermal therapy are advantageously avoided. Treatment according to the present invention is not usually or intolerably painful. However, pain relieving medication can be optionally administered. Preferably, treatment according to the present invention does not require narcotic analgesics, however, the use of anti-inflammatory analgesics and mild anxiolytics can be administered according to the judgement of the skilled clinician.

One aspect of the present invention provides a urethral insertable electromagnetic radiation applicator system suitable for implementing the present inventive method. FIG. 1 provides a block diagram of an example of a urethral insertable electromagnetic radiation applicator system according to an embodiment of the present invention. The system includes a catheter 1 for insertion into the urethra. The catheter 1 generally is adapted to enclose a microwave applicator 2. As illustrated in FIG. 2, the microwave applicator includes an antenna 10 for radiating electromagnetic energy through the wall of the catheter to body tissue, particularly a prostate gland undergoing treatment.

In this embodiment, the catheter 1 and the microwave applicator 2 may be variously configured, and can be similar to the catheter and the applicator disclosed in U.S. Pat. No. 4,967,765, the disclosure of which is hereby incorporated by reference in its entirety. In the referenced document, the microwave applicator includes a helical coil antenna mounted inside a urethral catheter. A suitable electrical connector, such as a coaxial cable connects the antenna to external excitation electronics. The antenna delivers electromagnetic radiation through the wall of the catheter to heat tissue adjacent to the catheter. Using a helical coil antenna is preferred to provide substantially uniform heating along the length of the antenna.

10

According to an important aspect of the invention, the applicator system includes a temperature control system 3 for regulating the temperature of tissue heated by the microwave applicator 2. Although the temperature control system may be an open loop system or a closed loop system, in a preferred embodiment, the temperature control system 3 comprises a closed loop system. In a most preferred embodiment, the temperature control system senses the temperature of tissue to being heated by the microwave applicator and regulates the electromagnetic energy output by the microwave applicator based on the sensed tissue temperature. Regulating the electromagnetic energy output by the microwave applicator based on the sensed tissue-temperature is preferred, because the tissue temperature may be a non-linear function of applied electromagnetic energy. More particularly, when electromagnetic energy is applied to tissue, such as the tissue of the prostate gland, the resulting temperature of the tissue depends on a variety of factors, for example, the blood flow to the tissue. Moreover, the relationship between temperature and applied electromagnetic energy may vary from one patient to the next. In conventional systems, the power applied to microwave applicators was simply increased in fixed power increments. For example, the power was increased by x watts every y minutes. Such a system is less preferred because of the variable relationship between applied electromagnetic energy and tissue temperature. Thus, by controlling the applied electromagnetic energy based on an accurately sensed temperature, embodiment of the present invention are capable of accurately regulating tissue temperature, while accounting for variations in the tissue being heated.

FIG. 2 illustrates an example of a block diagram of the temperature control system 3 and the microwave applicator 2 according to a preferred embodiment of the invention. In the illustrated embodiment, the temperature control system 3 comprises a temperature sensor 4 capable of sensing tissue temperature, signal conditioning circuitry 5 for conditioning the output signal from the temperature sensor 4, a microcontroller 6 for producing a temperature control signal based on the output signal from the temperature sensor 4, and an electromagnetic energy source 8 for applying electromagnetic energy to the antenna 10. The components illustrated in FIG. 2 cooperate to control the temperature of tissue being treated in response to the sensed tissue temperature.

The temperature sensor 4 may be variously configured. For example, the temperature sensor 4 may comprise a thermistor or thermocouple capable of sensing the temperature of tissue, such as the tissue of the prostate gland. In an alternative embodiment, the temperature sensor 4 may comprise a resistance temperature difference (RTD) sensor. The temperature sensor 4 preferably produces an output signal, e.g., a voltage, indicative of the tissue temperature.

The signal conditioning circuitry preferably receives the output signal from the temperature sensor and conditions the signal for processing by the microcontroller 6. For example, the signal conditioning circuitry may include a low-pass filter for filtering noise from the signal from the temperature sensor 4. The signal conditioning circuitry may also include an amplifier, such as an operational amplifier, for amplifying the signal output from the temperature sensor 4. The gain of the operational amplifier is preferably selected so that the voltage range of the output signal of the signal conditioning circuitry matches the input voltage range of the microcontroller 6.

The microcontroller 6 may be variously configured. For example, the microcontroller 6 may comprise a microprocessor including internal memory circuits and analog to

US 7,093,601 B2

11                                                                12

digital conversion circuitry, for processing the output signal from the signal conditioning circuitry and producing the temperature control signal. Although the illustrated embodiment depicts a microcontroller having an internal analog to digital converter, the present invention is not limited to such an embodiment. For example, the analog to digital converter may be external to the microcontroller 6. A temperature control program controls the microcontroller to output the temperature control signal based on the sensed tissue temperature. The temperature control program may be stored in memory internally or externally to the microcontroller. In an alternative embodiment, the temperature control program may be stored in a portable computer-readable storage medium, such as a magnetic disk or an optical disk. Utilizing a temperature control program to produce the control signal is preferred because the program can be updated as treatment protocols, e.g., treatment temperatures and/or durations, change.

The present invention is not limited to utilizing a microcontroller 6 to produce the temperature control signal. For example, analog or digital circuitry that performs equivalent functions to the microcontroller or the temperature control program is within the scope of the invention.

An electromagnetic energy source 8 receives the temperature control signal from the microcontroller and applies electromagnetic energy to the antenna. In a preferred embodiment, the electromagnetic energy source comprises an oscillator. The frequency of oscillation of the oscillator is preferably selected for optimal heating of tissue within FCC regulations. The oscillation frequency of the electromagnetic energy source is preferably selected to be about 915 MHz or about 12, in accordance with present FCC regulations. However, the present invention is not limited an oscillation frequency of 915 MHz. For example, if another frequency is determined to be more therapeutically beneficial and/or FCC regulations change, the preferred frequency of oscillation may change accordingly.

The antenna 10 receives the electromagnetic energy being the source 8 and radiates the energy to the tissue being treated. As stated above, the antenna preferably comprises a helical coil antenna. However, the present invention is not limited to helical coil antennas. Any antenna that produces a substantially uniform radiation pattern over a desired area of treatment is within the scope of the invention.

FIG. 3 is a flow chart of an example of a temperature control program according to an embodiment of the present invention. Once the catheter 1 is inserted into the urethra and the antenna is positioned near the prostate gland, the electromagnetic energy source is actuated. In order to avoid having to anesthetize the patient, the program preferably increases the temperature in predetermined or specified increments and maintains the temperature at each increment for a predetermined or specified duration. The temperature control program may store or calculate a plurality of desired prostatic tissue temperatures and a treatment duration corresponding to each temperature. The temperature sensor measures the tissue temperature. The control program may sample the measured temperature and store the measured temperature in memory. The program determines whether a first desired temperature level for treatment has been reached, i.e., by comparing the measured temperature stored in memory to one of desired treatment temperatures. If the first temperature has not been reached, the microcontroller continues to increase the temperature. Once the first temperature has been reached, the microcontroller adjusts the temperature control signal to maintain the first temperature. In order to maintain the first temperature, the microcontrol-

ler adjusts the temperature control signal based on the output signal from the temperature sensor, i.e., by sampling and comparing the measured temperature to the first desired temperature.

According to a preferred embodiment, the microcontroller also measures and controls the duration of treatment at each desired temperature. This measurement may be performed by executing a timer routine once each desired temperature is reached. The timer routine records the duration of the treatment at each desired temperature. The program compares the recorded duration to a desired duration. Once the desired duration has been reached, the program continues to the next processing step. In an alternative embodiment, an external timer circuit may be coupled to the microcontroller to measure treatment duration.

Once treatment occurs at a first desired temperature for a first desired time period, the control program determines whether the first temperature is the final or destination temperature in the processing routine. If the first temperature is the final or destination temperature, the program deactuates the electromagnetic energy source and ends. However, because the treatment preferably occurs at a plurality of different temperature levels, the temperature control program preferably increases the power level after the treatment at the first temperature so that treatment can occur at a second at a second temperature, preferably higher than the first temperature. The control program preferably repeats these steps, i.e., increasing the temperature until a desired temperature is reached, maintaining the temperature at the desired temperature for a desired duration, then increasing the temperature to the next level. Because the power level is controlled based on the sensed tissue temperature, the control program automatically tailors itself to each patient.

As stated above, the control program preferably steps through a plurality of temperature levels with predetermined or specified durations. The predetermined or specified durations may be fixed or variable. The number of levels, the temperature at each level, and the duration of each level are preferably selected to reduce patient discomfort and increase the effectiveness of treatment. In a most preferred embodiment, the temperature levels and durations are selected as shown in Table 1 above.

As illustrated in Table 1, a preferred embodiment of the treatment protocol begins at 44° C. In order to reach a tissue temperature of 44° C., the control program may actuate the electromagnetic source at an initial level until 44° C. is reached. The program may increase the temperature in predetermined or specified steps, as illustrated in FIG. 3 in order to reach 44° C. In an alternative embodiment, since the low temperature portion, e.g., between about 37° C. and about 44° C., of the treatment protocol is not as important, the control program may actuate the electromagnetic energy source such that the antenna delivers one watt during each 30 second time internal until 44° C. is reached. Once 44° C. is reached, the temperature control program preferably controls the energy applied by the antenna based on the sensed tissue temperature as illustrated in Table 1. For example, when the tissue temperature measured by the temperature sensor is 44° C., the microcontroller executes a timer routine. When the timer routine reaches 1 minute, the microcontroller preferably increases the power applied by the electromagnetic energy source to increase the tissue temperature to the next level, e.g., 44.5° C. When the tissue temperature measured by the temperature sensor reaches 44.5° C., the microcontroller preferably maintains that level and re-executes the timer routine. In this manner, the microcontroller and the temperature sensor step through the

US 7,093,601 B2

13

14

desired treatment protocol Because the temperature increments according to Table 1 are relatively small, e g , about 0.5 degrees, the patient is able to acclimate to the elevated temperatures, discomfort is minimized, and the need for narcotic analgesics and/or general anesthesia is attenuated or eliminated

Once the destination temperature is reached and maintained for a desired time period, the control program deactuates the electromagnetic energy source and ends According to Table 1, the destination temperature is preferably 51° C and the treatment duration at that temperature is 45 minutes. However, the present invention is not limited to a destination temperature of 51° for a duration of 45 minutes For example, the destination temperature is preferably between about 49° C and about 57° C, and more preferably between about 50° C and about 55° C Also, the average maximum sensed temperature is between about 51° C and about 52° C The treatment duration at the destination temperature preferably does not exceed about 60 minutes

The present invention is not limited to the temperature below the destination temperature or the durations at these temperatures illustrated in Table 1 For example, the control program may control the tissue temperatures such that the temperature is increased in increments of about 1° C The treatment duration at each temperature is preferably selected to range from no less than about 30 seconds to no more than about 15 minutes, and more preferably no less than about 1 minute to no more than about 10 minutes, and even more preferably no less than about 2 minutes to no more than about 5 minutes The longer the duration at each temperature, the lower the discomfort level of the patient On the other hand, increasing the duration also increases treatment time Thus, the upper limit of about 15 minutes per degree is preferably not exceeded

Although increasing the temperature in predetermined or specified steps is preferred, the present invention is not limited to such an embodiment For example, the control program may implement a slow ramping function from an initial temperature to a destination temperature The initial temperature may be about 37° C The destination temperature may be about 51° C In order to implement the ramping function the temperature control program may actuate the electromagnetic energy source The temperature sensor measures the tissue temperature The temperature control program may sample and store values corresponding to the measured temperature The control program may determine the rate of change of the temperature signal, i e , by differentiating the temperature signal utilizing the stored values The control program may compare the calculated rate of change to a desired rate of change If the rate of change in temperature is greater than the desired rate of change, the temperature sensor decreases the energy supplied by the electromagnetic energy source If the rate of change in temperature is less than the desired rate of change, the temperature sensor decreases the power supplied by the electromagnetic energy source If the rate of change is less than a desired rate of change, the temperature control program increases the energy supplied by electromagnetic energy source The desired rate of increase in temperature may be fixed or variable Once the destination temperature is reached, the temperature control program preferably maintains the destination temperature for a predetermined or specified time period, as described above

All of the references cited herein, including patents, patent applications, and publications, are hereby incorporated in their entireties by reference

While this invention has been described with an emphasis upon preferred embodiments, it will be obvious to those of ordinary skill in the art that variations of the preferred embodiments may be used and that it is intended that the invention may be practiced otherwise than as specifically described herein Accordingly, this invention includes all modifications encompassed within the spirit and scope of the invention as defined by the following claims

What is claimed is:

1 A method of treating prostate tissue for benign prostatic hyperplasia or prostatitis in a patient having a urethra, comprising the steps of applying energy to the prostate tissue to elevate the temperature of the prostate tissue to a destination temperature and for a time sufficient to achieve a therapeutic effect on said prostate tissue, said energy being applied with a catheter system having:

a catheter for insertion into the urethra;

a heat applicator within the catheter; and

a connector for connecting the applicator to an energy source;

said energy being applied such that the temperature of the prostate tissue is raised from an initial temperature below the destination temperature to a destination temperature in the range of from 490° C to about 57° C such that the mean rate of increase in temperature is from about 0 5 minute/° C to about 15 minute/° C

2 The method of claim 1, wherein the destination temperature is in the range of about 50° C to about 55° C.

3 The method of claim 1, wherein the mean rate of increase in temperature is from about 1 0 minute/° C to about 10 minutes/° C

4 The method of claim 1, wherein the temperature of the prostate tissue is increased from the initial temperature to an intermediate temperature in the range of about 42° C to about 46° C at a first mean rate of increase; and the temperature of the prostate tissue is increased from the intermediate temperature to the destination temperature at a second mean rate of increase; wherein the first mean rate of increase is greater than the second mean rate of increase

5 The method of claim 1, wherein the mean rate of increase in temperature is selected such that from about 15 minutes to about 2 hours separate the time points when the tissue proximate the applicator rises from the initial temperature to the destination temperature

6 The method of claim 1, wherein the destination temperature is maintained for a time period less than 2 hours

7 A method of treating prostate tissue for benign prostatic hyperplasia or prostatitis in a patient having a urethra, comprising the steps of applying energy to the prostate tissue to elevate the temperature of the prostate tissue to a destination temperature and for a time sufficient to achieve a therapeutic effect on said prostate tissue, said energy being applied with a catheter system having:

a catheter for insertion into the urethra;

a heat applicator within the catheter; and

a connector for connecting the applicator to an energy source;

said energy being applied such that the temperature of tissue proximate the applicator is raised from an initial temperature below the destination temperature to a destination temperature in the range of from 49° C to about 57° C , and a thermal dose of about 1500 equivalent 45° C minutes to about 30,000 equivalent 45° C minutes is applied to the tissue proximate the applicator

8 The method of claim 7, further comprising the step of gradually increasing the temperature of the tissue proximate

US 7,093,601 B2

15
16

the applicator such that the mean rate of increase in temperature is from about 0.5 minute/° C. to about 15 minutes/° C.

9. The method of claim 7, further comprising the step of gradually increasing the temperature of the tissue proximate the applicator such that the mean rate of increase in temperature after the temperature range of about 42° C. to about 46° C. has been achieved is from about 0.5 minute/° C. to about 15 minutes/° C.

10. The method of claim 7, wherein the mean rate of increase in temperature is selected such that from about 15 minutes to about 2 hours separate the time points when the tissue proximate the applicator rises from the initial temperature to the destination temperature.

11. The method of claim 7, wherein a thermal dose of from about 2000 equivalent 45° C. minutes to about 30,000 equivalent 45° C. minutes is applied to the tissue proximate the applicator.

12. The method of claim 7, wherein a thermal dose of from about 1500 equivalent 45° C. minutes to about 20,000 equivalent 45° C. minutes is applied to the tissue proximate the applicator.

13. A method of treating prostate tissue for benign prostatic hyperplasia or prostatitis in a patient having a urethra, comprising the steps of:

(a) applying power from an energy source to the prostate tissue to elevate the temperature of the prostate tissue to a destination temperature in the range of from about 49° C. to about 57° C., such that a mean rate of increase in temperature is from about 0.5 minute/° C. to about 15 minute/° C., said power being applied with a catheter system having:
    a catheter for insertion into the urethra;
    a heat applicator within the catheter; and
    a connector for connecting the applicator to the energy source;

(b) defining a plurality of desired treatment temperatures increasing from an initial temperature of the prostate tissue to the destination temperature;

(c) defining a desired treatment duration for each desired treatment temperature;

(d) sensing a temperature representative of the temperature of the prostate tissue;

(e) adjusting the power applied by the energy source until a desired treatment temperature is reached;

(f) maintaining the desired temperature for the desired treatment duration defined for said desired treatment temperature;

(g) repeating steps (d) to (f) until the destination temperature of the prostate tissue is reached;

(h) maintaining the destination temperature for a desired period of time; and

(i) deactivating the energy source after the destination temperature of the prostate tissue has been maintained for the desired period of time.

14. A method of treating prostate tissue for benign prostatic hyperplasia or prostatitis in a patient having a urethra, comprising the steps of:

applying energy from an energy source to the prostate tissue to elevate the temperature of the prostate tissue to a destination temperature in the range of from about 49° C. to about 57° C., such that a mean rate of increase in temperature is from about 0.5 minute/° C. to about 15 minute/° C., said power being applied with a catheter system having:
    a catheter for insertion into the urethra,
    a heat applicator within the catheter, and

a connector for connecting the applicator to the energy source;

sensing a temperature representative of the temperature of the prostate tissue;

controlling the energy applied by the energy source based on the sensed temperature until the destination temperature has been reached;

maintaining the destination temperature for a desired period of time; and

deactivating the energy source after the destination temperature of the prostate tissue has been maintained for the desired period of time.

15. The method of claim 14, wherein the step of controlling the energy applied by the energy source further comprising the steps of:

adjusting the energy applied by the energy source to increase the temperature of the prostate tissue; and

maintaining the prostate tissue at preselected treatment temperatures between an initial temperature and the destination temperature for preselected treatment durations.

16. The method of claim 14, wherein the temperature of the prostate tissue is sensed continuously.

17. A method of treating prostate tissue for benign prostatic hyperplasia or prostatitis in a patient having a urethra by means of a catheter system including a catheter for insertion into the urethra, a heat applicator within the catheter and a connector for connecting the heat applicator to an energy source, said method comprising the steps of:

establishing a value of power from said energy source to be applied by said applicator;

determining a value of temperature of the prostate tissue;

adjusting said power from said energy source in dependence on the time the prostate tissue has been at said prostate tissue temperature value; and

computing a value of thermal dosage of said prostate tissue that is a function of said prostate tissue temperature value and the time said prostate tissue has been at said prostate tissue temperature value.

18. The method of claim 17 wherein said thermal dosage value computation step further comprises a function including the product of said prostate tissue temperature and the time said prostate tissue has been at said prostate tissue temperature value.

19. The method of claim 17 further comprising the step of computing a cumulative value of said thermal dosage corresponding to the sum of the values of said thermal dosage at a plurality of values of said prostate tissue temperature.

20. The method of claim 19 further comprising the step of determining a therapeutic effect on said prostate tissue in dependence on a value of said cumulative thermal dosage.

21. The method of claim 20 further comprising the step of correlating said therapeutic effect to a value of prostate tissue necrosis.

22. The method of claim 17 further comprising the step of generating signals indicative of a distribution of said applied power in said prostate tissue proximate to the applicator.

23. The method of claim 19 further comprising the steps of selecting said value of said cumulative thermal dosage to be a thermal dose of about 1500 equivalent 45° C. minutes to about 30,000 equivalent 45° C. minutes.

24. The method of claim 17 further comprising the steps of applying to the prostate tissue proximate said applicator

US 7,093,601 B2

17

a thermal dose of about 1500 equivalent 45° C minutes to about 30,000 equivalent 45° C minutes

25 The method of claim 22 further comprising the steps of generating signals corresponding to a distribution of applied power delivered to the tissue proximate to the heat applicator radially away from and along a length of the heat applicator

18

26 The method of claim 25 wherein said applied power distribution generating step further comprises the step of generating signals corresponding to a Specific Absorbtion Rate of power in said tissue proximate to the heat applicator

\* \* \* \* \*

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| I.(a) **PLAINTIFF** | **DEFENDANT** |
|---|---|
| American Medical Systems, Inc and AMS Research Corp | Celsion Corporation |

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U S PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT ____Kent____
( IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Frederick L Cottrell, III
Richards, Layton & Finger
One Rodney Square - P O Box 551
Wilmington, DE 19899
(302) 651-7700

ATTORNEYS (IF KNOWN)

**II. BASIS OF JURISDICTION** (PLACE AN X IN ONE BOX ONLY)

☐ 1  U S Government
Plaintiff

☐ 2  U S Government
Defendant

☒ 3  Federal Question
(U S Government Not a Party)

☐ 4  Diversity
(Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX
(For Diversity Cases Only) FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 50 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | |
| ☐ 120 Marine | ☐ 310 Airplane | **PERSONAL INJURY** | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 362 Personal Injury - Med. Malpractice | ☐ 625 Drug Related Seizure of Property 21 USC 881 | |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights |
| | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent |
| ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark |
| ☐ 152 Recovery of Defaulted Student Loans (excl Veterans) | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | **SOCIAL SECURITY** |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 861 HIA (1395ff) |
| ☐ 160 Stockholder's Suits | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) |
| ☐ 190 Other Contract | | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl Ret Inc Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 230 Rent Lease & Eject | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS - Third Party 26 USC 7609 |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | |
| | | ☐ 555 Prison Condition | | |

**VI. CAUSE OF ACTION** (CITE THE U S CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE  DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVE
Action for patent infringement under 35 U.S.C. §1, et seq.

**VII. REQUESTED IN COMPLAINT:**
CHECK IF THIS IS A CLASS ACTION
☐ Under F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: X YES __ NO

**VIII RELATED CASE(S)** (See instructions):
IF ANY                 Judge _____ Docket Number _____

DATE  September 28, 2006

SIGNATURE OF ATTORNEY OF RECORD  *Anne Shea Gaza*

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG JUDGE _____

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS-44
### Authority For Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

RLF1-3064239-1

I. (a) Plaintiffs - Defendants.  Enter names (last, first, middle initial) of plaintiff and defendant  If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations  If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title

(b) County of Residence  For each civil case filed, except U S  plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing  In U S  plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing  (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved)

(c) Attorneys  Enter firm name, address, telephone number, and attorney of record  If there are several attorneys, list them on an attachment, noting in this section "(see attachment)"

**II. Jurisdiction**.  The basis of jurisdiction is set forth under Rule 8 (a), F  R  C  P , which requires that jurisdictions be shown in pleadings  Place an "X" in one of the boxes  If there is more than one basis of jurisdiction, precedence is given in the order shown below

United States plaintiff  (1) Jurisdiction is based on 28 U S C  1345 and 1348  Suits by agencies and officers of the United States are included here

United States defendant  (2) When the plaintiff is suing the United States, its officers or agencies  place an X in this box

Federal question  (3) This refers to suits under 28 U S C  1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States  In cases where the U S  is a party, the U S  plaintiff or defendant code takes precedence, and box 1 or 2 should be marked

Diversity of citizenship  (4) This refers to suits under 28 U S C  1332, where parties are citizens of different states  When Box 4 is checked, the citizenship of the different parties must be checked  (See Section III below; federal question actions take precedence over diversity cases )

**III. Residence (citizenship) of Principal Parties**  This section of the JS-44 is to be completed if diversity of citizenship was indicated above  Mark this section for each principal party

**IV. Cause of Action**  Report the civil statute directly related to the cause of action and give a brief description of the cause

**V. Nature of Suit**  Place an "X" in the appropriate box  If the nature of suit cannot be determined, be sure the cause of action  in Section IV above, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit  If the cause fits more than one nature of suit, select the most definitive

**VI. Origin**  Place an "X" in one of the seven boxes

Original Proceedings  (1) Cases which originate in the United States district courts

Removed from State Court.  (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U S C , Section 1441  When the petition for removal is granted, check this box

Remanded from Appellate Court  (3) Check this box for cases remanded to the district court for further action  Use the date of remand as the filing date

Reinstated or Reopened  (4) Check this box for cases reinstated or reopened in the district court  Use the reopening date as the filing date

Transferred from Another District  (5) For cases transferred under Title 28 U S C  Section 1404(a)  Do not use this for within district transfers or multidistrict litigation transfers

Multidistrict Litigation  (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U S C  Section 1407  When this box is checked, do not check (5) above

Appeal to District Judge from Magistrate Judgment  (7) Check this box for an appeal from a magistrate's decision

**VII. Requested in Complaint**  Class Action  Place an "X" in this box if you are filing a class action under Rule 23, F R C P

Demand  In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction

Jury Demand  Check the appropriate box to indicate whether or not a jury is being demanded

**VIII. Related Cases**  This section of the JS-44 is used to reference relating pending cases if any  If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases

**Date and Attorney Signature**.  Date and sign the civil cover sheet
(rev  07/89)

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No.  0 6 - 6 0 6

# ACKNOWLEDGMENT
# OF  RECEIPT  FOR AO FORM  85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF _____2_____ COPIES OF AO FORM 85.

SEP 2 8 2006

_____
(Date forms issued)

*Charles W. Klein*
_____
(Signature of Party or their Representative)

Charles W. Klein
_____
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action