IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN MEDICAL SYSTEMS, INC. and AMS RESEARCH CORP., <br><br> Plaintiffs, <br><br> v. <br><br> CELSION CORP., <br><br> Defendant. | ) ) ) ) ) ) Civil Action No. 06-606 ) ) ) ) ) |

### PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiffs American Medical Systems, Inc. and AMS Research Corporation hereby identify all parent corporations and any publicly held company that owns ten percent (10%) or more of the party's stock, as follows:

1. **Plaintiff American Medical Systems, Inc.**: American Medical Systems, Inc. is a wholly-owned subsidiary of American Medical Systems Holdings, Inc.

2. **Plaintiff AMS Research Corporation**: AMS Research Corporation is a wholly owned subsidiary of American Medical Systems, Inc.

| | |
|---|---|
| OF COUNSEL: <br> Leland G. Hansen <br> Timothy J. Malloy <br> Sandra A. Frantzen <br> Merle S. Elliott <br> McAndrews, Held & Malloy, Ltd. <br> 500 West Madison Street, 34th Floor <br> Chicago, IL 60661 <br> Telephone: (312) 775-8000 <br> Facsimile: (312) 775-8100 <br><br> Dated: September 29, 2006 | Frederick L. Cottrell III (I.D. No. 2555) <br> Anne Shea Gaza (I.D. No. 4093) <br> cottrell@rlf.com <br> gaza@rlf.com <br> Richards, Layton & Finger P.A. <br> One Rodney Square <br> 920 N. King Street <br> Wilmington, Delaware 19899 <br> Telephone: (302) 651-7700 <br> *Attorneys for Plaintiffs American Medical Systems, Inc. and AMS Research Corp.* |

RLF1-3064719-1

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2006, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF to the following:

Celsion Corporation
c/o United Corporate Services, Inc.
874 Walker Road
Suite C
Dover, DE 19904

Anne Shea Gaza (#4093)
Gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

RLF1-3064722-1