IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMERICAN MEDICAL SYSTEMS, INC. and AMS RESEARCH CORP., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 06-606 (SLR) |
| CELSION CORPORATION, | ) ) ) | |
| Defendant. | ) | |

**CELSION'S MOTION FOR EXTENSION
OF TIME TO RESPOND TO THE COMPLAINT**

American Medical Systems, Inc. and AMS Research Corp. (collectively "AMS") filed this patent infringement action in Delaware against Celsion Corporation on September 28, 2006.[1] The response to the Complaint is docketed as due on October 18, 2006. Celsion hereby requests an extension of thirty days to November 17, 2006 to respond to the Complaint.

Since the Complaint was filed in Delaware, the business executives for the parties have been engaging in serious settlement negotiations. Those negotiations have been fruitful and the parties' principals have agreed to thirty days as the time to have a term sheet in place (with sixty days thereafter to prepare settlement papers). They have also agreed to minimize lawyer fees in the meantime.

Counsel for AMS has indicated, however, that while AMS is agreeable to a thirty-day extension for Celsion's response to the Complaint, counsel would only sign a stipulation to that effect if Celsion agreed to an expedited schedule in which discovery begins shortly after the

---

[1] AMS had earlier filed the same claims against Celsion in Minnesota, where it is located, but that action was dismissed for lack of personal jurisdiction.

extended time to respond. This conditional offer, which would as a practical matter require Celsion to begin working on discovery during the next thirty days, thus violating the intent of the parties' agreement, seeks to leverage the extension to obtain an unrelated advantage (discovery well before it would otherwise begin). AMS's demand makes no sense under the circumstances and would be wasteful and a distraction. AMS cannot legitimately claim prejudice from an unconditional thirty-day extension of Celsion's time to respond, as such an extension, well within the customary time frame for a response in this district, is highly unlikely to affect any ultimate schedule in the case or even when discovery would actually begin.

Accordingly, Celsion hereby requests entry of an order in the form attached granting Celsion an unconditional extension of thirty days to move, answer or otherwise plead in response to the Complaint. We have attempted to reach agreement with AMS's counsel, and have been unable to do so.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Mary B. Graham*

Mary B. Graham (#2256)
Rodger D. Smith II (#3778)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
302.658.9200

*Attorneys for Defendant Celsion Corporation*

OF COUNSEL:

Julie A. Petruzzelli
VENABLE LLP
575 7th Street, NW
Washington, DC 20004
202.344.4000

Dated: October 18, 2006
541912

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2006, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

>Anne S. Gaza, Esquire
>RICHARDS, LAYTON & FINGER
>One Rodney Square
>920 N. King Street
>Wilmington, DE  19899

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on October 18, 2006 upon the following individuals in the manner indicated:

| BY E-MAIL | BY E-MAIL |
| --- | --- |
| Frederick L. Cottrell, III, Esquire<br>Anne S. Gaza, Esquire<br>RICHARDS, LAYTON & FINGER<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE  19899 | Leland G. Hansen, Esquire<br>MCANDREWS, HELD & MALLOW, LTD.<br>500 West Madison Street, 34th Floor<br>Chicago, IL  60661 |

*/s/ Mary B. Graham*

Mary B. Graham (#2256)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN MEDICAL SYSTEMS, INC. and AMS RESEARCH CORP., <br><br> Plaintiffs, <br><br> v. <br><br> CELSION CORPORATION, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) <br><br> C.A. No. 06-606 (SLR) |

**[PROPOSED] ORDER**

The Court having considered Celsion's Motion For Extension Of Time To Respond To The Complaint, IT IS HEREBY ORDERED that Celsion Corporation may have until November 17, 2006 in which to move, answer or otherwise plead in response to the Complaint.

SO ORDERED, this ___ day of _____, 2006

_____
UNITED STATES DISTRICT JUDGE

542060

## **RULE 7.1.1. CERTIFICATION**

Counsel for Celsion has asked plaintiffs' counsel to agree that Celsion may have until November 17, 2006 in which to move, answer or otherwise plead in response to the Complaint. Counsel for plaintiffs would not agree unless Celsion agreed to start discovery shortly thereafter.

Dated: October 18, 2006            */s/ Mary B. Graham*

                                                            Mary B. Graham (#2256)

542063