IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMERICAN MEDICAL SYSTEMS, INC. and AMS RESEARCH CORP., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 06-606 (SLR) |
| CELSION CORP., | ) ) | |
| Defendant. | ) ) | |

**PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION FOR AN
EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

The day its Answer to Plaintiffs' Complaint was due, Defendant Celsion filed a motion for an extension of time to file its Answer based on ongoing settlement negotiations between the parties. Celsion's motion fails to alert the Court that:

(1) Celsion has had the Plaintiffs' Complaint since April 27, 2006 when Plaintiffs (collectively, "AMS") first served its Complaint in the District of Minnesota.[1] (*See* Ex. 1, Minnesota Docket Report at Doc. No. 1.)

(2) AMS granted Celsion an extension of time to file its Answer to that Minnesota Complaint. (*Id.* at Doc. No. 8.)

(3) Instead of filing an Answer, Celsion moved to dismiss the Complaint for lack of personal jurisdiction. (*Id* at Doc. No. 18.) Celsion told the Minnesota court that Delaware would be an appropriate jurisdiction.

(4) Celsion <u>twice</u> requested a delay in the briefing and hearing date on its jurisdictional motion. (*See* Ex. 2 and Ex. 3.) As a courtesy to counsel, AMS's counsel consented to Celsion's

---

[1] AMS filed an Amended Complaint in the District of Minnesota on September 1 to assert the two newly issued patents and also included additional jurisdictional facts. (Ex. 1, Doc. No. 41.)

request for a delay; however, the parties agreed that, to avoid a snowball effect resulting from a delay on the motion to dismiss, the parties would commence substantive discovery that would continue <u>regardless of venue and the outcome</u> of the jurisdictional motion.  This agreement between the parties is reflected, in part, in an email from AMS's counsel to Celsion's counsel:

> You called and indicated that we should not file our brief today….I also conferred with my client.  <u>The client is concerned about further delay</u>.  As we previously discussed, <u>the case will go forward in some jurisdiction regardless of the outcome of the motion to dismiss</u>.  Accordingly, the parties could hold a Rule 26(f) conference and begin discovery on liability issues without prejudice to anyone while we resolve the jurisdictional issues.  As we discussed, this approach would mitigate our client's concern about further delay.  Based on this understanding, we will agree to reschedule the hearing for September 26 or another date that week….

(Ex. 3; *see also* Ex. 4.)  (emphasis supplied).

(5) In conformance with the parties' agreement, the hearing was rescheduled, the parties conducted a Rule 26(f) conference on September 15, 2006, and AMS served discovery requests shortly thereafter.  (*See* Exs. 4 and 5).

(6)  After the case was dismissed in Minnesota and AMS refiled in Delaware, Celsion's counsel has appeared to renege on the prior agreements.

Celsion now seeks yet another delay to answer AMS's Complaint – a Complaint that has been in Celsion's possession for six months.  While AMS is hopeful that the parties will reach a settlement, in the event there is no final settlement, Celsion should not be permitted to use the settlement negotiations as an opportunity to "reset the clock" and further delay litigating this case on the merits.  AMS has repeatedly told Celsion that AMS is amenable to a brief stay of <u>all</u> proceedings so that the parties can discuss settlement; provided, however, that any stay should account for the long-standing proceedings between the parties and the parties' agreement to commence discovery that would continue regardless of venue.  (*See, e.g.*, Ex. 6.)

Contrary to Celsion's representations, and as AMS has repeatedly told Celsion's counsel, AMS <u>does not contend</u> that counsel should be collecting discovery during the stay. Instead, counsel for the parties should be able to work out a schedule for the outstanding discovery such that neither party needs to expend resources on discovery during the stay. Otherwise, the parties can continue settlement negotiations without a stay. The extension that Celsion requests, which does not account for the prior proceedings and ignores the parties' prior agreements, places Celsion in the position of benefiting if the settlement negotiations are not successful. If the parties do not settle, AMS intends to pursue this action against Celsion's ongoing infringement of AMS's patent rights. AMS does not want to delay the ultimate resolution of this matter, whether by trial or settlement.

In conclusion, AMS is not opposed to a stay that takes into account the prior proceedings and the parties' prior agreement. Accordingly, AMS respectfully requests that the Court deny Celsion's unilateral motion for an extension of time and order Celsion to respond to the Complaint promptly. Then, the parties can work out the terms of an agreed stay or the case can proceed without a stay while the parties continue settlement discussions.

OF COUNSEL:
Leland G. Hansen
Timothy J. Malloy
Sandra A. Frantzen
Merle S. Elliott
McAndrews, Held & Malloy, Ltd.
500 West Madison Street, 34th Floor
Chicago, IL 60661
Telephone: (312) 775-8000
Facsimile: (312) 775-8100

Dated: October 19, 2006

Frederick L. Cottrell III (#2555)
cottrell@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, Delaware 19899
Telephone: (302) 651-7700
*Attorneys for Plaintiffs*

3

# EXHIBIT 1

CLOSED, CV, PATENT, PHV, PROTO

# U.S. District Court
## District of Minnesota (DMN)
### CIVIL DOCKET FOR CASE #: 0:06-cv-01606-JMR-FLN

American Medical Systems, Inc et al v. Celsion Corporation
Assigned to: Chief Judge James M Rosenbaum
Referred to: Magistrate Judge Franklin L Noel
Cause: 35:145 Patent Infringement

Date Filed: 04/27/2006
Jury Demand: Plaintiff
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**American Medical Systems, Inc**
*a Delaware corporation*

represented by **Bret A Puls**
Oppenheimer Wolff & Donnelly LLP
45 S 7th St Ste 3300
Minneapolis, MN 55402
(612) 607-7000
Fax: (612) 607-7100
Email: bpuls@oppenheimer.com
*TERMINATED: 05/10/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David A Prange**
Oppenheimer Wolff & Donnelly LLP
45 S 7th St Ste 3300
Minneapolis, MN 55402
612-607-7000
Email: dprange@oppenheimer.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward M Laine**
Oppenheimer Wolff & Donnelly LLP
45 S 7th St Ste 3300
Minneapolis, MN 55402
(612) 607-7000
Fax: (612) 607-7100
Email: elaine@oppenheimer.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leland G Hansen**
McAndrews Held & Malloy, Ltd
500 W Madison St Ste 3400
Chicago, IL 60661
312-775-8013
Email: lhansen@mhmlaw.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Merle S Elliott**
McAndrews Held & Malloy, Ltd
500 W Madison St Ste 3400
Chicago, IL 60661
312-775-8092
Email: melliott@mhmlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J Bleck**
Oppenheimer Wolff & Donnelly LLP
45 S 7th St Ste 3300
Minneapolis, MN 55402
612-607-7000
Fax: 612-607-7100
Email: mbleck@oppenheimer.com
*TERMINATED: 05/10/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sandra A Frantzen**
McAndrews Held & Malloy, Ltd
500 W Madison St Ste 3400
Chicago, IL 60661
312-775-8116
Email: sfrantzen@mhmlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy J Malloy**
McAndrews Held & Malloy, Ltd
500 W Madison St Ste 3400
Chicago, IL 60661
312-775-8101
Fax: 312-775-8100
Email: tmalloy@mhmlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**AMS Research Corporation**
*a Delaware Corporation*

represented by **Bret A Puls**
(See above for address)
*TERMINATED: 05/10/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David A Prange**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward M Laine**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leland G Hansen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Merle S Elliott**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J Bleck**
(See above for address)
*TERMINATED: 05/10/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sandra A Frantzen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy J Malloy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Celsion Corporation**
*a Delaware corporation*

represented by **John B Lunseth, II**
Briggs & Morgan, PA
80 S 8th St Ste 2200
Minneapolis, MN 55402
612-977-8400
Fax: 612-977-8650
Email: jlunseth@briggs.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

10/19/2006 9:37 AM

**Julie A Petruzzelli**
Venable LLP - DC
575 7th St NW
Washington, DC 20004-1604
202-344-4010
Email: japetruzzelli@venable.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael M Lafeber**
Briggs & Morgan, PA
80 S 8th St Ste 2200
Minneapolis, MN 55402
612-977-8400
Fax: 612-977-8650
Email: mlafeber@briggs.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michelle M Marcus**
Venable LLP - DC
575 7th St NW
Washington, DC 20004-1604
202-344-8285
Email: mmmarcus@venable.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter-NA J Curtin**
Not Admitted
*TERMINATED: 05/23/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rebecca-NA L Lombard**
Not Admitted
*TERMINATED: 05/23/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan M Walsh**
Venable LLP - MD
2 Hopkins Plaza Ste 1800
Baltimore, MD 21201-2978
410-244-7706
Email: rmwalsh@venable.com
*TERMINATED: 09/07/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

CM/ECF - District of Minnesota - Live - Docket Report     https://ecf.mnd.uscourts.gov/cgi-bin/DktRpt.pl?281226283845649-L_92...

| Date Filed | # | Docket Text |
|---|---|---|
| 04/27/2006 | 1 | COMPLAINT with Jury Demand against Celsion Corporation ( Filing fee $ 350 receipt number 4003189.) Assigned to Judge James M. Rosenbaum per Patent List and referred to Magistrate Judge Franklin L. Noel, filed by American Medical Systems, Inc, AMS Research Corporation. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Civil Cover Sheet)(GJS) (Entered: 04/27/2006) |
| 04/27/2006 | | Summons Issued as to Celsion Corporation. (GJS) (Entered: 04/27/2006) |
| 05/10/2006 | 2 | SUMMONS Returned Executed by American Medical Systems, Inc, AMS Research Corporation. Celsion Corporation served on 4/28/2006, answer due 5/18/2006. (Puls, Bret) (Entered: 05/10/2006) |
| 05/10/2006 | 3 | NOTICE of Appearance by David A Prange on behalf of American Medical Systems, Inc, AMS Research Corporation (Prange, David) (Entered: 05/10/2006) |
| 05/10/2006 | 4 | NOTICE OF WITHDRAWAL FROM CASE by American Medical Systems, Inc, AMS Research Corporation (Puls, Bret) (Entered: 05/10/2006) |
| 05/10/2006 | 5 | NOTICE OF WITHDRAWAL FROM CASE by American Medical Systems, Inc, AMS Research Corporation (Bleck, Michael) (Entered: 05/10/2006) |
| 05/11/2006 | 6 | NOTICE of Appearance by Edward M Laine on behalf of American Medical Systems, Inc, AMS Research Corporation (Laine, Edward) (Entered: 05/11/2006) |
| 05/11/2006 | 7 | DOCUMENT FILED IN ERROR DUPLICATE FILING - NOTICE of Appearance by Edward M Laine on behalf of American Medical Systems, Inc, AMS Research Corporation (Laine, Edward) Modified on 5/11/2006 (GJS). (Entered: 05/11/2006) |
| 05/15/2006 | 8 | STIPULATION re 1 Complaint, *for Extension of Time to Move, Answer or Otherwise Respond* by Celsion Corporation, American Medical Systems, Inc, AMS Research Corporation. (Lafeber, Michael) (Entered: 05/15/2006) |
| 05/17/2006 | 9 | ORDER - GRANTING re 8 Stipulation To Extend Time to Answer Complaint. Signed by Magistrate Judge Franklin L Noel on 5/16/06. (GJS) (Entered: 05/17/2006) |
| 05/18/2006 | 10 | RULE 7.1 DISCLOSURE STATEMENT by American Medical Systems, Inc, AMS Research Corporation of American Medical Systems Holdings, Inc. as corporate parent and/or publicly held company. (Attachments: # 1 Certificate of Service)(Laine, Edward) (Entered: 05/18/2006) |
| 05/18/2006 | 11 | MOTION for Admission Pro Hac Vice for Timothy J. Malloy by American Medical Systems, Inc, AMS Research Corporation. (Laine, Edward) (Entered: 05/18/2006) |
| 05/18/2006 | 12 | MOTION for Admission Pro Hac Vice for Sandra A. Frantzen by American Medical Systems, Inc, AMS Research Corporation. (Laine, Edward) (Entered: 05/18/2006) |

CM/ECF - District of Minnesota - Live - Docket Report     https://ecf.mnd.uscourts.gov/cgi-bin/DktRpt.pl?281226283845649-L_92...

| | | |
|---|---|---|
| 05/18/2006 | 13 | MOTION for Admission Pro Hac Vice for Merle S. Elliott by American Medical Systems, Inc, AMS Research Corporation. (Laine, Edward) (Entered: 05/18/2006) |
| 05/18/2006 | 14 | MOTION for Admission Pro Hac Vice for Leland G. Hansen by American Medical Systems, Inc, AMS Research Corporation. (Laine, Edward) (Entered: 05/18/2006) |
| 05/18/2006 | 15 | CERTIFICATE OF SERVICE by American Medical Systems, Inc, AMS Research Corporation re 13 MOTION for Admission Pro Hac Vice for Merle S. Elliott, 11 MOTION for Admission Pro Hac Vice for Timothy J. Malloy, 14 MOTION for Admission Pro Hac Vice for Leland G. Hansen, 12 MOTION for Admission Pro Hac Vice for Sandra A. Frantzen (Laine, Edward) (Entered: 05/18/2006) |
| 05/18/2006 | 16 | CERTIFICATE OF SERVICE by American Medical Systems, Inc, AMS Research Corporation re 13 MOTION for Admission Pro Hac Vice for Merle S. Elliott, 11 MOTION for Admission Pro Hac Vice for Timothy J. Malloy, 14 MOTION for Admission Pro Hac Vice for Leland G. Hansen, 12 MOTION for Admission Pro Hac Vice for Sandra A. Frantzen *CORRECTED* (Laine, Edward) (Entered: 05/18/2006) |
| 05/23/2006 | 17 | NOTICE OF ATTORNEY APPEARANCE/SUBSTITUTION for Celsion Corporation (Attachments: # 1 Certificate )(Lafeber, Michael) Modified on 5/24/2006 (gjs). (Entered: 05/23/2006) |
| 05/25/2006 | | TEXT ONLY ENTRY - ORDER granting 11,12,13,14 Motions for Admission Pro Hac Vice of Attorneys Timothy J Malloy, Sandra A Frantzen, Merle S Elliott and Leland G Hansen for American Medical Systems, Inc and AMS Research Corporation. Fees paid; receipt number 4-003972. Approved by Clerk Richard D Sletten on 5/25/06. (MMC) (Entered: 06/02/2006) |
| 06/07/2006 | 18 | MOTION to Dismiss for Lack of Jurisdiction by Celsion Corporation. (Lafeber, Michael) (Entered: 06/07/2006) |
| 06/07/2006 | 19 | NOTICE OF HEARING ON MOTION 18 MOTION to Dismiss for Lack of Jurisdiction: Motion Hearing set for 8/1/2006 09:30 AM in Minneapolis - Courtroom 15E before Chief Judge James M Rosenbaum. (Lafeber, Michael) (Entered: 06/07/2006) |
| 06/07/2006 | 20 | MEMORANDUM in Support re 18 MOTION to Dismiss for Lack of Jurisdiction filed by Celsion Corporation. (Attachments: # 1 LR7.1 Word Count Compliance Certificate)(Lafeber, Michael) (Entered: 06/07/2006) |
| 06/07/2006 | 21 | Declaration of Anthony P. Deasey in Support of 18 MOTION to Dismiss for Lack of Jurisdiction filed by Celsion Corporation. (Lafeber, Michael) (Entered: 06/07/2006) |
| 06/07/2006 | 22 | CERTIFICATE OF SERVICE by Celsion Corporation (Lafeber, Michael) (Entered: 06/07/2006) |
| 06/13/2006 | 23 | MOTION for Admission Pro Hac Vice for Ryan M. Walsh by Celsion Corporation. (Attachments: # 1 Certificate of Service)(Lafeber, Michael) (Entered: 06/13/2006) |

| 06/13/2006 | | TEXT ONLY ENTRY - ORDER granting 23 Motion for Admission Pro Hac Vice of Attorney Ryan M Walsh for Celsion Corporation. Fee paid; receipt number 4-004408. Approved by Clerk Richard D Sletten on 6/13/06. (MMC) (Entered: 06/14/2006) |
| --- | --- | --- |
| 06/22/2006 | 24 | STIPULATION *Regarding Discovery and Briefing on Motion to Dismiss for Lake of Personal Jurisdiction* by Celsion Corporation. (Lafeber, Michael) (Entered: 06/22/2006) |
| 06/27/2006 | 25 | ORDER - GRANTING re 24 Stipulation regarding Discovery and Briefing . Signed by Magistrate Judge Franklin L Noel on 6/26/06. (GJS) (Entered: 06/27/2006) |
| 06/27/2006 | 26 | MOTION for Admission Pro Hac Vice for Julie A. Petruzzelli by Celsion Corporation. (Lafeber, Michael) (Entered: 06/27/2006) |
| 06/27/2006 | 27 | MOTION for Admission Pro Hac Vice for Michelle M. Marcus by Celsion Corporation. (Lafeber, Michael) (Entered: 06/27/2006) |
| 06/27/2006 | 28 | CERTIFICATE OF SERVICE by Celsion Corporation re 26 MOTION for Admission Pro Hac Vice for Julie A. Petruzzelli, 27 MOTION for Admission Pro Hac Vice for Michelle M. Marcus (Lafeber, Michael) (Entered: 06/27/2006) |
| 06/29/2006 | | TEXT ONLY ENTRY - ORDER granting 26,27 Motions for Admission Pro Hac Vice of Attorneys Julie A Petruzzelli and Michelle M Marcus for Celsion Corporation. Fees paid; receipt numbers 4-004950, 4-004953 Approved by Clerk Richard D Sletten on 6/29/06. (MMC) (Entered: 06/30/2006) |
| 07/07/2006 | 29 | STIPULATION *for the Entry of a Protective Order* by Celsion Corporation, American Medical Systems, Inc, AMS Research Corporation. (Lafeber, Michael) (Entered: 07/07/2006) |
| 07/18/2006 | 30 | ORDER - GRANTING re 29 Stipulation for Protective Order . Signed by Magistrate Judge Franklin L Noel on 7/18/06. (GJS) (Entered: 07/18/2006) |
| 08/01/2006 | 31 | LETTER TO DISTRICT JUDGE by Celsion Corporation. (Attachments: # 1 Affidavit of Service Certificate of Service)(Lafeber, Michael) (Entered: 08/01/2006) |
| 08/02/2006 | | ***TEXT ONLY ENTRY*** AMENDED NOTICE of Hearing on Motion 18 MOTION to Dismiss for Lack of Jurisdiction: Motion Hearing set for 8/29/2006 10:15 AM in Minneapolis - Courtroom 15E before Chief Judge James M Rosenbaum. (HLL) (Entered: 08/02/2006) |
| 08/23/2006 | 32 | LETTER TO DISTRICT JUDGE by Celsion Corporation. (Lafeber, Michael) (Entered: 08/23/2006) |
| 08/23/2006 | | ***TEXT ONLY ENTRY*** SECOND AMENDED NOTICE of Hearing on Motion 18 MOTION to Dismiss for Lack of Jurisdiction: Motion Hearing set for 9/22/2006 10:00 AM in Minneapolis - Courtroom 15E before Chief Judge James M Rosenbaum. (HLL) (Entered: 08/23/2006) |
| 08/23/2006 | 33 | LETTER TO DISTRICT JUDGE by Celsion Corporation. (Lafeber, Michael) (Entered: 08/23/2006) |

| 08/30/2006 | 34 | RESPONSE in Opposition re 18 MOTION to Dismiss for Lack of Jurisdiction *(Under Seal)* filed by all plaintiffs. (Frantzen, Sandra) RECEIVED SEALED DOCUMENT ON 8/30/06 Modified on 8/31/2006 (gjs). (Entered: 08/30/2006) |
|---|---|---|
| 08/30/2006 | 35 | EXHIBIT re 34 Response in Opposition to Motion *(LIST OF SUPPORTING EXHIBITS)* by all plaintiffs filed by all plaintiffs. (Attachments: # 1 Exhibit(s) 1# 2 Exhibit(s) 2# 3 Exhibit(s) 3# 4 Exhibit(s) 4# 5 Exhibit(s) 5# 6 Placeholder for Exhibits 6-30# 7 Exhibit(s) 31-32# 8 Placeholder for Exhibits 33-34# 9 Exhibit(s) 35# 10 Placeholder for Exhibit 36# 11 Exhibit(s) 37# 12 Exhibit(s) 38# 13 Placeholder for Exhibits 39-40)(Frantzen, Sandra) RECEIVED SEALED DOCUMENTS ON 8/30/06 Modified on 8/31/2006 (GJS). (Entered: 08/30/2006) |
| 08/30/2006 | 36 | Declaration of Jeffrey Mann in Support of 34 Response in Opposition to Motion filed by all plaintiffs. (Attachments: # 1 Placeholder for Exhibit A)(Frantzen, Sandra) RECEIVED SEALED DOCUMENT ON 8/30/06 Modified on 8/31/2006 (GJS). (Entered: 08/30/2006) |
| 08/30/2006 | 37 | Declaration of Jennifer Tomosivitch (Under Seal) in Support of 34 Response in Opposition to Motion filed by all plaintiffs. (Frantzen, Sandra) RECEIVED SEALED DOCUMENT ON 8/30/06 Modified on 8/31/2006 (GJS). (Entered: 08/30/2006) |
| 08/30/2006 | 38 | Declaration of Laura Smith (Under Seal) in Support of 34 Response in Opposition to Motion filed by all plaintiffs. (Frantzen, Sandra) RECEIVED SEALED DOCUMENT ON 8/30/06 Modified on 8/31/2006 (GJS) (Entered: 08/30/2006) |
| 08/30/2006 | 39 | LR7.1 WORD COUNT COMPLIANCE CERTIFICATE by all plaintiffs re 34 Response in Opposition to Motion filed by all plaintiffs. (Frantzen, Sandra) (Entered: 08/30/2006) |
| 08/30/2006 | 40 | CERTIFICATE OF SERVICE by American Medical Systems, Inc, AMS Research Corporation re 36 Declaration in Support, 37 Declaration in Support, 38 Declaration in Support, 35 Exhibit,, 34 Response in Opposition to Motion (Frantzen, Sandra) (Entered: 08/30/2006) |
| 09/01/2006 | 41 | AMENDED COMPLAINT against Celsion Corporation, filed by American Medical Systems, Inc, AMS Research Corporation. (Attachments: # 1 Exhibit(s) A# 2 Exhibit(s) B# 3 Exhibit(s) C# 4 Exhibit(s) D# 5 Certificate of Service)(Frantzen, Sandra) (Entered: 09/01/2006) |
| 09/07/2006 | 42 | NOTICE OF WITHDRAWAL FROM CASE by Celsion Corporation (Attachments: # 1 Affidavit of Service Certificate of Service)(Lafeber, Michael) (Entered: 09/07/2006) |
| 09/07/2006 | | ***TEXT ONLY ENTRY*** THIRD AMENDED NOTICE of Hearing on Motion 18 MOTION to Dismiss for Lack of Jurisdiction: Motion Hearing set for 9/27/2006 01:30 PM in Minneapolis - Courtroom 15E before Chief Judge James M Rosenbaum. (HLL) (Entered: 09/07/2006) |
| 09/15/2006 | 43 | REPLY to Response to Motion re 18 MOTION to Dismiss for Lack of Jurisdiction filed by Celsion Corporation. (Attachments: # 1 LR7.1 Word Count Compliance Certificate)(Lafeber, Michael) RECEIVED SEALED DOCUMENT ON 9/15/06 Modified on 9/19/2006 (GJS) (Entered: 09/15/2006) |

| | | |
|---|---|---|
| 09/15/2006 | 44 | Declaration of Michelle Marcus in Support of 43 Reply to Response to Motion filed by Celsion Corporation. (Attachments: # 1 Placeholder for Exhibit 1 to Declaration)(Lafeber, Michael) RECEIVED SEALED DOCUMENT ON 9/15/06 Modified on 9/19/2006 (GJS). (Entered: 09/15/2006) |
| 09/15/2006 | 45 | Declaration of Anthony P. Deasey in Support of 43 Reply to Response to Motion filed by Celsion Corporation. (Attachments: # 1 Placeholder for Exhibits 1-7)(Lafeber, Michael) RECEIVED SEALED DOCUMENT ON 9/15/06 Modified on 9/19/2006 (GJS). (Entered: 09/15/2006) |
| 09/15/2006 | 46 | CERTIFICATE OF SERVICE by Celsion Corporation (Lafeber, Michael) (Entered: 09/15/2006) |
| 09/21/2006 | 47 | Amended MOTION to Dismiss for Lack of Jurisdiction by Celsion Corporation. (Lafeber, Michael) (Entered: 09/21/2006) |
| 09/21/2006 | 48 | AMENDED NOTICE of Hearing on Motion 47 Amended MOTION to Dismiss for Lack of Jurisdiction: Motion Hearing set for 9/27/2006 01:30 PM in Minneapolis - Courtroom 15E before Chief Judge James M Rosenbaum. (Attachments: # 1 Certificate of Service)(Lafeber, Michael) Modified text on 9/21/2006 (kt). (Entered: 09/21/2006) |
| 09/27/2006 | 49 | Minute Entry for proceedings held before Chief Judge James M Rosenbaum : Motion Hearing held on 9/27/2006 re 18 MOTION to Dismiss for Lack of Jurisdiction filed and 47 Amended MOTION to Dismiss for Lack of Jurisdiction filed by Celsion Corporation. Motions granted. Order to be issued. (Court Reporter Dawn Hansen) (HLL) (Entered: 09/28/2006) |
| 10/02/2006 | 50 | ORDER granting 47 & 18 Motion to Dismiss for Lack of Jurisdiction. Signed by Judge James M Rosenbaum on 9/29/06. (jjn) (Entered: 10/02/2006) |
| 10/03/2006 | 51 | JUDGMENT entered. (Attachments: # 1 Civil Notice# 2 8th Circuit Notice)(GJS) (Entered: 10/03/2006) |

# EXHIBIT 2

2200 IDS CENTER
80 SOUTH EIGHTH STREET
MINNEAPOLIS, MINNESOTA 55402
TELEPHONE (612) 977-8400
FACSIMILE (612) 977-8650

# BRIGGS AND MORGAN

PROFESSIONAL ASSOCIATION

WRITER'S DIRECT DIAL
(612) 977-8472

WRITER'S E-MAIL
mlafeber@briggs.com

August 1, 2006

The Honorable James M. Rosenbaum
United States District Court
U.S. Courthouse, Suite 15E
300 South Fourth Street
Minneapolis MN 55415

> Re:    **American Medical Systems, Inc., et al. v. Celsion Corporation**
> **Court File No. 06-CV-1606 JMR-FLN**

Dear Judge Rosenbaum:

In follow-up to my telephone discussions with your staff, this will confirm that due to unexpected difficulties in producing documents responsive to Plaintiff's jurisdictional discovery, the parties have agreed to the following modified schedule for Defendant Celsion's Motion to Dismiss for lack of jurisdiction in the above-referenced matter:

> July 21 -- Production of Documents by Defendant
>
> August 8 -- Close of Jurisdictional Discovery
>
> August 16 -- Plaintiff's Opposition Memorandum Due
>
> August 22 -- Defendant's Reply Memorandum Due
>
> August 29 -- Hearing on Defendant's Motion to Dismiss

All counsel of record will receive notice of the electronic filing of this letter through ECF. The Court's cooperation and willingness to accommodate this abbreviated briefing schedule is appreciated. Should you have any questions, comments or concerns, please call me.

Respectfully,

By   s/ Michael M. Lafeber

MML/kas

# EXHIBIT 3

**Sandra Frantzen**

| | |
|---|---|
| **From:** | Leland Hansen |
| **Sent:** | Wednesday, August 16, 2006 6:26 PM |
| **To:** | 'JAPetruzzelli@Venable.com' |
| **Cc:** | 'RMWalsh@Venable.com'; Sandra Frantzen; Merle S Elliott; 'ELaine@oppenheimer.com'; 'DPrange@oppenheimer com'; 'mlafeber@briggs.com' |
| **Subject:** | AMS v Celsion |

Julie:

I am writing to follow up on our phone conversations.

You called and indicated that we should not file our brief today. As I understand the circumstances, Ryan Walsh was scheduled to represent Celsion at the hearing on August 29, but he is leaving your firm for another opportunity. You are not available on that date. Accordingly, you requested that we agree to postpone the briefing and hearing schedule.

As we discussed, I called Judge Rosenbaum's calendar clerk. The next available hearing date is September 26 at 3:15 pm The clerk put a tentative hold on that date for us.

I also conferred with my client. The client is concerned about further delay As we previously discussed, the case will go forward in some jurisdiction regardless of the outcome of the motion to dismiss. Accordingly, the parties could hold a Rule 26(f) conference and begin discovery on liability issues without prejudice to anyone while we resolve the jurisdictional issues. As we discussed, this approach would mitigate our client's concern about further delay. Based on this understanding, we will agree to reschedule the hearing for September 26 or another date that week. As you proposed, the briefing schedule will be adjusted accordingly.

As we discussed, I will am unavailable until Monday. Please work with Sandra Frantzen in our office to finalize these arrangements. Because the motion to dismiss is Celsion's motion, someone from your office or Briggs & Morgan will need to confirm the new date with the calendar clerk.

Leland

1

# EXHIBIT 4

**Leland Hansen**

| | |
|---|---|
| **From:** | JAPetruzzelli@Venable.com |
| **Sent:** | Tuesday, August 22, 2006 11:48 AM |
| **To:** | Leland Hansen |
| **Cc:** | MLafeber@Briggs.com |
| **Subject:** | RE: AMS v. Celsion |

**Attachments:** ENVELOPE.TXT



ENVELOPE.TXT (1
KB)

Leland,

Michael Lafeber is confirming the hearing date with the calendar clerk and will submit a letter to the Court setting forth the new briefing schedule with your brief due on August 30th and our brief due on September 8th. As we discussed, we will plan on conducting the Rule
26(f) conference on September 14th or 15th.

Best regards,

Julie

-----Original Message-----
From: lhansen@mhmlaw.com [mailto:lhansen@mhmlaw.com]
Sent: Tuesday, August 22, 2006 12:03 PM
To: Petruzzelli, Julie A.
Subject: AMS v. Celsion

Julie:

To summarize our conversation yesterday, I understand that your local counsel follow up with the calendar clerk to confirm a new hearing date of September 22 at 10:00 am. Celsion's reply brief will be due on September 8. As an accommodation in view of the Labor Day holiday, I agreed that we would file our brief early (August 29) so that you have more time to prepare your reply. Also, the parties will conduct a Rule
26(f) conference by September 15. You suggested that September 14 or 15 would be best for you. Please confirm.

Leland

Leland Hansen
lhansen@mhmlaw.com
*************************************************

CONFIDENTIALITY NOTICE:

This Material is intended for the named recipient and, unless otherwise expressly indicated, is confidential and privileged information. Any dissemination, distribution or copying of this material is prohibited.
If you received this message in error, please notify the sender by replying to this message and then delete it from your system. Your cooperation is appreciated.

*************************************************
*******************************************************
U.S. Treasury Circular 230 Notice: Any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (a) avoiding penalties that may be imposed under the Internal Revenue Code or by any other applicable tax authority; or (b) promoting, marketing or recommending to another party any tax-related matter addressed herein. We provide this disclosure on all outbound e-mails to assure compliance with new standards of professional practice, pursuant to which certain tax advice must satisfy requirements as to form and substance.

1

# EXHIBIT 5

## Sandra Frantzen

| | |
|---|---|
| **From:** | Sandra Frantzen |
| **Sent:** | Wednesday, September 20, 2006 5:02 PM |
| **To:** | 'Julie A. Petruzzelli (japetruzzelli@venable com)'; 'MMMarcus@Venable com' |
| **Cc:** | Leland Hansen; Merle S. Elliott |
| **Subject:** | AMS et al v. Celsion |

**Attachments:**    AMS's Second Set of Requests for Production.pdf; AMS's First Set of Interrogatories.pdf

Dear Julie and Michelle.

As discussed on Friday, attached please find AMS document requests and interrogatories.

As you know, under the federal rules, our Rule 26(a)(1) disclosures would be due on September 29. As we discussed, we are willing to extend this deadline to October 11. Please confirm whether the mutual extension is acceptable.

In addition, in our Rule 26(f) conference, you indicated that you wanted to wait to discuss specific scheduling issues. However, please be advised that we presently believe that the parties should be able to complete discovery by March 2007 and be ready for trial by August 2007.

Very truly yours,
Sandra Frantzen

AMS's Second Set    AMS's First Set of
of Requests f...      Interrogato...

Sandra Frantzen
McAndrews, Held & Malloy Ltd.
500 West Madison Street
Suite 3400
Chicago, IL 60661
Telephone: 312-775-8000
Facsimile: 312-775-8100
sfrantzen@mhmlaw.com
www.mhmlaw.com

1

# EXHIBIT 6

**Sandra Frantzen**

| | |
|---|---|
| **From:** | Leland Hansen |
| **Sent:** | Tuesday, October 17, 2006 11:08 AM |
| **To:** | 'JAPetruzzelli@Venable.com' |
| **Cc:** | Sandra Frantzen |
| **Subject:** | RE: AMS v. Celsion |

Julie:

My availability is limited today.  If I am not available, you can talk to Sandra Frantzen.

As I indicated in my prior email, AMS is amendable to a 30 day stay for settlement negotiations. Of course, the parties can later agree to extend the stay if warranted by progress in the settlement negotiations.

The document that we submit to the court also should reflect our prior agreement regarding discovery.  In particular, when we agreed to your prior request for an extension of the hearing date on the jurisdictional motion, the parties agreed to commence substantive discovery, recognizing that the substantive issues are independent of venue.  At the time, I elected to rely on professionalism between counsel and did not insist that we formalize that agreement with the court.  However, given our conversation after the court ruled on the jurisdictional motion, it is now necessary that any formal stipulation for a stay must include specific dates for recommencing discovery after the stay.

Leland

-----Original Message-----
From: Leland Hansen
Sent: Monday, October 16, 2006 4:46 PM
To: 'JAPetruzzelli@Venable.com'
Subject: AMS v. Celsion

Julie:

Please call me to discuss the stay/extension.

My guidance is 30 days, not 60 days.  Also, we need dates for initial disclosures and responses to our discovery requests. The following would work:

| | |
|---|---|
| Answer | Nov 15 |
| Initial Disclosures | Nov 29 |
| Discovery responses | Nov 29 |

After 30 days, if the parties have made meaningful progress but do not yet have an agreement, another extension may be appropriate.

Leland

1

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2006, I caused to be served by hand delivery the

foregoing document and electronically filed the same with the Clerk of Court using CM/ECF

which will send notification of such filing(s) to the following:

Mary B. Graham, Esquire
Rodger D. Smith, II, Esquire
Morris, Nichols, Arsht & Tunnell, LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899


I hereby certify that on October 19, 2006, I caused to be sent by Federal Express the

foregoing document to the following non-registered participant:

Julie A. Petruzzelli, Esquire
Venable LLP
575 7th Street, NW
Washington, DC 20004


*Anne Shea Gaza*

Anne Shea Gaza (#4093)
Gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

RLF1-3072276-1