IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN MEDICAL SYSTEMS, INC. and AMS RESERACH CORP., <br><br>Plaintiffs, <br><br>v. <br><br>CELSION CORPORATION, <br><br>Defendant. | ) ) ) ) ) ) ) Civ. No. 06-606-SLR ) ) ) ) |

**O R D E R**

At Wilmington this 7th day of November, 2006, having reviewed defendant's motion for extension of time to respond to the complaint, and the papers filed in connection therewith;

IT IS ORDERED that said motion (D.I. 7) is granted, to the extent defendant has requested an extension of time to respond to the complaint. To the extent defendant is seeking a de facto stay of discovery while the parties discuss settlement, the motion is denied.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　United States District Judge