IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN MEDICAL SYSTEMS, INC. and AMS RESEARCH CORP.<br><br>Plaintiffs,<br><br>v.<br><br>CELSION CORP.,<br><br>Defendant. | )<br>)<br>)<br>)<br>) Civil Action No. 06-606 (SLR)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT STIPULATION AND [PROPOSED] ORDER**

WHEREBY Plaintiffs American Medical Systems, Inc. and AMS Research Corporation (collectively "AMS") and Defendant Celsion Corporation ("Celsion") have agreed to a stay of this action for a period of sixty (60) days to facilitate settlement negotiations.

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that this action shall be stayed for a period of sixty (60) days, beginning on and including December 6, 2006, and AMS will have up to and including February 5, 2006, to reply or otherwise respond to Celsion's Answer and Counterclaims.

RLF1-3090092-1

| | |
|---|---|
| RICHARDS, LAYTON & FINGER | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ Frederick L. Cottrell, III | /s/ Mary G. Graham |
| Frederick L. Cottrell III (#2555)<br>Anne S. Gaza (#4093)<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19899<br>(302) 651-7700<br>cottrell@rlf.com<br>gaza@rlf.com | Mary B. Graham (#2256)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>mgraham@mnat.com |
| OF COUNSEL:<br>Leland G. Hansen<br>Timothy J. Malloy<br>Sandra A. Frantzen<br>Merle S. Elliott<br>McAndrews, Held & Malloy, Ltd.<br>500 West Madison Street, 34th Floor<br>Chicago, IL 60661<br>Telephone: (312) 775-8000<br>Facsimile: (312) 775-8100 | OF COUNSEL:<br>Julie A. Petruzzelli<br>Venable LLP<br>575 7th Street, N.W.<br>Washington, D.C. 20004<br>(202) 344-4000<br><br>*Attorneys for Defendant Celsion Corporation* |
| *Attorneys for Plaintiffs American Medical Systems, Inc. and AMS Research Corp.* | |

Dated: December 6, 2006

SO ORDERED, this ___ day of _____, 2006

_____
UNITED STATES DISTRICT JUDGE