IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN MEDICAL SYSTEMS, INC. and AMS RESEARCH CORP.,<br><br>    Plaintiffs,<br><br>v.<br><br>CELSION CORP.,<br><br>    Defendant. | C. A. No. 06-606 (SLR)<br><br>JURY TRIAL DEMANDED |

## PLAINTIFFS' REPLY TO DEFENDANTS' COUNTERCLAIMS

Plaintiffs American Medical Systems, Inc. and AMS Research Corporation (collectively "AMS") for their reply to the counterclaims of Defendant Celsion Corporation ("Celsion") incorporate by reference each allegation contained in their Complaint for Patent Infringement and further allege as follows:

### THE PARTIES

1. Upon information and belief, AMS admits the allegations of Paragraph 1 of the Counterclaims.

2. AMS admits the allegations of Paragraph 2 of the Counterclaims.

3. AMS admits the allegations of Paragraph 3 of the Counterclaims.

### JURISDICTION AND VENUE

4. AMS admits that Celsion purports to state counterclaims under the Patent Laws and under the Declaratory Judgment Act. AMS denies the merits of Celsion's counterclaims.

5. AMS admits the allegations of Paragraph 5 of the Counterclaims.

RLF1-3112135-1

6. AMS admits the allegations of Paragraph 6 of the Counterclaims.

## BACKGROUND

7. AMS admits the allegations of Paragraph 7 of the Counterclaims.

8. AMS admits the allegations of Paragraph 8 of the Counterclaims.

9. AMS admits the allegations of Paragraph 9 of the Counterclaims.

10. AMS admits the allegations of Paragraph 10 of the Counterclaims.

11. AMS admits the allegations of Paragraph 11 of the Counterclaims.

12. AMS admits the allegations of Paragraph 12 of the Counterclaims.

13. AMS admits the allegations of Paragraph 13 of the Counterclaims.

14. AMS admits the allegations of Paragraph 14 of the Counterclaims.

15. AMS admits the allegations of Paragraph 15 of the Counterclaims.

16. AMS admits that Celsion purports to deny its past and ongoing infringement and alleges invalidity. AMS denies the merits of Celsion's allegations.

17. AMS admits the allegations of Paragraph 17 of the Counterclaims.

## FIRST COUNTERCLAIM
### (Declaration of Invalidity of the Patents-in-Suit)

18. The responses to paragraphs 1-17 above are incorporated for this First Counterclaim as though fully set forth herein.

19. AMS admits the allegations of Paragraph 19 of the Counterclaims.

20. AMS denies the allegations of Paragraph 20 of the Counterclaims.

21. AMS admits that Celsion purports to seek a declaration that the patents-in-suit are invalid. AMS denies Celsion is entitled to any such declaration. AMS denies the remainder of the allegations of Paragraph 21 of the Counterclaims.

## SECOND COUNTERCLAIM
### (Declaration of Noninfringement of the Patents-in-Suit)

22. The responses to paragraphs 1-21 above are incorporated for this Second Counterclaims as though fully set forth herein.

23. AMS admits the allegations of Paragraph 23 of the Counterclaims.

24. AMS denies the allegations of Paragraph 24 of the Counterclaims.

25. AMS admits that Celsion purports to seek a declaration that the patents-in-suit are invalid. AMS denies Celsion is entitled to any such declaration. AMS denies the remainder of the allegations of Paragraph 25 of the Counterclaims.

## AFFIRMATIVE DEFENSES
### First Affirmative Defense

26. Consistent with the allegations set forth in Plaintiffs' Complaint for Patent Infringement, Defendants are not entitled to a declaratory judgment of invalidity.

### Second Affirmative Defense

27. Consistent with the allegations set forth in Plaintiffs' Complaint for Patent Infringement, Defendants are not entitled to a declaratory judgment of noninfringement.

### Third Affirmative Defense

28. Celsion's Counterclaims and the causes of action therein fail to state facts sufficient to entitle Celsion to the relief requested.

### Fourth Affirmative Defense

29. AMS reserves the right to plead such further additional defenses as may appear in the future.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray for relief as follows:

A.  For dismissal of Defendants' Counterclaims with prejudice;

B.  For denial of all relief requested in Defendants' Prayer for Relief;

C.  For grant of the relief requested by Plaintiffs in their Complaint for Patent Infringement; and

D.  Such other and further relief as this Court may deem just and proper.


Dated: February 5, 2007

_____
Frederick L. Cottrell III (# 2555)
cottrell@rlf.com
Anne S. Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, Delaware 19899
Telephone: (302) 651-7700


OF COUNSEL:
Leland G. Hansen
Timothy J. Malloy
Sandra A. Frantzen
Merle S. Elliott
McAndrews, Held & Malloy, Ltd.
500 West Madison Street, 34th Floor
Chicago, IL 60661
Telephone: (312) 775-8000
Facsimile: (312) 775-8100


*Attorneys for Plaintiffs American Medical
Systems, Inc. and AMS Research Corp.*

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2007, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Mary B. Graham, Esquire
Rodger D. Smith, II, Esquire
Morris, Nichols, Arsht & Tunnell, LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

I hereby certify that on February 5, 2007, I caused to be sent by Federal Express the foregoing document to the following non-registered participant:

Julie A. Petruzzelli, Esquire
Venable LLP
575 7th Street, NW
Washington, DC 20004

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

RLF1-3112137-1