IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN MEDICAL SYSTEMS, INC. and AMS RESEARCH CORPORATION<br><br>Plaintiffs,<br><br>v.<br><br>CELSION CORPORATION,<br><br>Defendant. | )<br>)<br>)<br>)<br>)  Civil Action No. 06-606 (SLR)<br>)<br>)<br>)<br>)<br>) |

### STIPULATION AND ORDER OF DISMISSAL

WHEREAS, Plaintiffs American Medical Systems, Inc. and AMS Research Corporation and Defendant Celsion Corporation have settled their differences and agreed pursuant to their Settlement Agreement, which is incorporated herein by reference, to entry of this Stipulation and Order of Dismissal to resolve this action.

WHEREFORE, the parties agree, subject to order of the Court, as follows:

1. This Court has jurisdiction over the subject matter of this action and has personal jurisdiction over the parties. Venue is proper in this District.

2. This Court shall retain jurisdiction to enforce this Order of Dismissal and the terms of the parties' Settlement Agreement, consistent with the arbitration provisions therein.

3. This action, including all claims and counterclaims brought therein, is dismissed with prejudice pursuant to the Settlement Agreement.

4. Each party shall bear its own respective costs and expenses, including attorney fees.

RLF1-3116911-1

Dated: February 22, 2007

Dated: February 22, 2007

*Anne Shea Gaza*
_____
Frederick L. Cottrell III (#2555)
Anne Shea Gaza (#4093)
Richards, Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, DE 19899
(302) 651-7700
cottrell@rlf.com
gaza@rlf.com

OF COUNSEL:
Leland G. Hansen
Timothy J. Malloy
Sandra A. Frantzen
Merle S. Elliott
McAndrews, Held & Malloy, Ltd.
500 West Madison Street, 34th Floor
Chicago, IL 60661
Telephone: (312) 775-8000
Facsimile: (312) 775-8100

*Attorneys for Plaintiffs American Medical Systems, Inc. and AMS Research Corporation*

/s/ Mary B. Graham
_____
Mary B. Graham (#2256)
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
mgraham@mnat.com

OF COUNSEL:
Julie A. Petruzzelli
Venable LLP
575 7th Street, N.W.
Washington, D.C. 20004
(202) 344-4000

*Attorneys for Defendant Celsion Corporation*

SO ORDERED, this ___ day of February 2007

_____
UNITED STATES DISTRICT JUDGE